Exhibit 1





# DIVISION I
## 2025-26 MANUAL

# Table of Contents

## CONSTITUTION

**Article 1 Principles** 2
- **A** The Primacy of Academic Experience. 2
- **B** The Collegiate Student-Athlete Model. 2
- **C** Integrity and Sportsmanship. 2
- **D** Student-Athlete Well-Being. 2
- **E** Institutional Control. 2
- **F** Diversity, Equity and Inclusion. 2
- **G** Gender Equity. 2
- **H** Recruiting Standards. 2

**Article 2 Organization** 3
- **A** The Association 3
- **B** The Divisions 5
- **C** The Conferences 5
- **D** Member Colleges and Universities 6
- **E** Student-Athletes 7

**Article 3 Finance** 8
- **A** 8

**Article 4 Rules, Compliance and Accountability** 9
- **A** 9

**Article 5 Amendments to the Constitution** 10
- **A** 10

**Article 6 Institutional Control** 11
- **A** 11

## OPERATING BYLAWS

**Article 8 Institutional Control** 12
- **8.01** General Principle. 12
- **8.1** Institutional Governance. 12
- **8.2** Budgetary Control. 13
- **8.3** Financial Donations From Outside Organizations.<br /> 13
- **8.4** Exit Interviews. 14
- **8.5** Responsibilities for Actions of Outside Entities. 14

**Article 9 Legislative Authority and Process** 16
- **9.02** Definitions and Applications. 16
- **9.1** Conventions and Meetings. 16
- **9.2** Amendment Processes. 17
- **9.3** Other Legislative and Amendment Procedures. 22

**Article 10 Ethical Conduct** 25
- **10.01** General Principle. 25
- **10.02** Definitions and Applications. 25
- **10.1** Unethical Conduct. 25
- **10.2** Knowledge of Use of Banned Drugs. 25

| | | |
|---|---|---|
| **10.3** | Sports Wagering Activities. | 25 |
| **10.4** | Disciplinary Action. | 26 |
| **Article 11 Conduct and Employment of Athletics Personnel** | | 27 |
| **11.01** | General Principles. | 27 |
| **11.02** | Definitions and Applications. | 27 |
| **11.1** | Conduct of Athletics Personnel. | 28 |
| **11.2** | Contractual Agreements. | 28 |
| **11.3** | Compensation and Remuneration. | 29 |
| **11.4** | Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes. | 29 |
| **11.5** | Requirements to Recruit Off Campus. | 31 |
| **11.6** | Scouting of Opponents. | 31 |
| **11.7** | Limitations on the Number and Duties of Coaches and Noncoaching Staff Members. | 31 |
| **Article 12 Athletics Eligibility** | | 35 |
| **12.01** | General Principles. | 35 |
| **12.02** | Definitions and Applications. | 35 |
| **12.1** | Athletics Eligibility. | 37 |
| **12.2** | Involvement With Professional Teams. | 40 |
| **12.3** | Use of Agents. | 42 |
| **12.4** | Employment Unrelated to Name, Image and Likeness Activities. | 44 |
| **12.5** | Athletics Eligibility Requirements. | 44 |
| **12.6** | Seasons of Competition: Five-Year Rule. | 46 |
| **12.7** | U.S. Service Academy Exceptions, Special Eligibility Provisions. | 56 |
| **12.8** | Certification of Eligibility. | 56 |
| **12.9** | Ineligibility. | 57 |
| **12.10** | Restoration of Eligibility. | 58 |
| **Article 13 Recruiting** | | 62 |
| **13.01** | General Principles. | 62 |
| **13.02** | Definitions and Applications. | 62 |
| **13.1** | Contacts and Evaluations. | 67 |
| **13.2** | Offers and Inducements. | 85 |
| **13.4** | Recruiting Materials. | 87 |
| **13.5** | Transportation. | 89 |
| **13.6** | Official (Paid) Visit. | 90 |
| **13.7** | Unofficial (Nonpaid) Visit. | 95 |
| **13.8** | Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches and Other Individuals Associated With Prospective Student-Athletes. | 97 |
| **13.9** | Letter-of-Intent Programs, Financial Aid Agreements and Offers. | 100 |
| **13.10** | Publicity. | 101 |
| **13.11** | Tryouts. | 102 |
| **13.12** | Sports Camps and Clinics. | 111 |
| **13.13** | High School All-Star Games. | 117 |
| **13.14** | Use of Recruiting Funds. | 117 |
| **13.15** | Precollege Expenses. | 118 |
| **13.16** | U.S. Service Academy Exceptions and Waivers. | 121 |

**13.17**  Recruiting Calendars.                                                                 121

**13.18**  Basketball Event Certification.                                                       130

**Article 14 Academic Eligibility**                                                              133

**14.01**  General Principles.                                                                   133

**14.02**  Definitions and Applications.                                                         134

**14.1**  Admission, Enrollment and Academic Credentials.                                        135

**14.2**  Full-Time Enrollment.                                                                  135

**14.3**  Freshman Academic Requirements.                                                        139

**14.4**  Progress-Toward-Degree Requirements.                                                   144

**14.5**  Transfer Regulations.                                                                  152

**14.6**  Postgraduate Student Participation.                                                    160

**14.7**  Additional Waivers for Eligibility Requirements.                                       161

**14.8**  Academic Performance Program.                                                          161

**14.9**  Academic Integrity.                                                                    162

**Article 15 Financial Aid**                                                                     168

**15.01**  General Principles.                                                                   168

**15.02**  Definitions and Applications.                                                         169

**15.1**  Maximum Limit on Financial Aid -- Individual.                                          170

**15.2**  Elements of Financial Aid.                                                             171

**15.3**  Terms and Conditions of Awarding Institutional Financial Aid.                          174

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**                       178

**16.01**  General Principles.                                                                   178

**16.02**  Definitions and Applications.                                                         178

**16.1**  Awards.                                                                                178

**16.2**  Complimentary Admissions and Ticket Benefits.                                          180

**16.3**  Academic and Other Support Services.                                                   181

**16.4**  Medical Expenses.                                                                      182

**16.5**  Housing and Meals.                                                                     182

**16.6**  Expenses for Student-Athlete's Friends and Family Members.                             183

**16.7**  Entertainment.                                                                         184

**16.8**  Expenses Provided by the Institution for Practice and Competition.                     184

**16.9**  Other Expenses Provided by the Institution.                                            185

**16.10**  Provision of Expenses by Individuals or Organizations Other Than the Institution.     185

**16.11**  Benefits, Gifts and Services.                                                         185

**16.12**  Expense Waivers.                                                                      187

**16.13**  Settlement Related Benefits and Expenses.                                             187

**Article 17 Playing and Practice Seasons**                                                      192

**17.01**  General Principles.                                                                   192

**17.02**  Definitions and Applications.                                                         192

**17.1**  General Playing-Season Regulations.                                                    195

**17.2**  Roster Limitations.                                                                    206

**17.3**  Women's Acrobatics and Tumbling.                                                       210

**17.4**  Baseball.                                                                              212

**17.5**  Basketball.                                                                            214

**17.6**  Women's Beach Volleyball.                                                              219

**17.7**    Women's Bowling.    222
**17.8**    Cross Country.    224
**17.9**    Women's Equestrian.    226
**17.10**    Fencing.    228
**17.11**    Field Hockey.    231
**17.12**    Football.    233
**17.13**    Golf.    241
**17.14**    Gymnastics.    243
**17.15**    Ice Hockey.    246
**17.16**    Lacrosse.    248
**17.17**    Rifle.    251
**17.18**    Women's Rowing.    253
**17.19**    Women's Rugby.    256
**17.20**    Skiing.    258
**17.21**    Soccer.    260
**17.22**    Softball.    264
**17.23**    Women's Stunt.    266
**17.24**    Swimming and Diving.    268
**17.25**    Tennis.    270
**17.26**    Track and Field, Indoor/Outdoor.    273
**17.27**    Women's Triathlon.    276
**17.28**    Volleyball.    279
**17.29**    Water Polo.    282
**17.30**    Men's Wrestling.    285
**17.31**    Women's Wrestling.    287
**17.32**    Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.    290
**17.33**    Foreign Tours.    290
**17.34**    Playing Rules.    292
**17.35**    Outside Competition.    292
**Article 18 Championships and Postseason Football**    299
**18.01**    General Principles.    299
**18.02**    Definitions and Applications.    299
**18.1**    Regulations and Authority for Conduct of Championships.    299
**18.2**    Criteria for Establishment or Continuation of Championships.    300
**18.3**    Current Championships.    301
**18.4**    Eligibility for Championships.    302
**18.5**    Automatic Qualification by Conference.    307
**18.6**    Playing Rules for Championships.    307
**18.7**    Postseason Football.    307
**Article 19 Infractions Program**    310
**19.01**    General Principles.    310
**19.02**    Definitions and Applications.    310
**19.1**    Violation Structure.    310
**19.2**    Responsibility to Cooperate.    311
**19.3**    Public Disclosure and Dashboard.    313

**19.4**   Committee on Infractions.                                                                          313

**19.5**   Infractions Appeals Committee.                                                                    315

**19.6**   Enforcement Staff Review and Investigation of Alleged Violations.                                 316

**19.7**   Standards of Review and Resolution Methods (Level I/II Cases)                                     317

**19.8**   Full Hearing Resolution.                                                                          319

**19.9**   Limited Resolution.                                                                               321

**19.10**  Negotiated Resolution.                                                                            323

**19.11**  Committee on Infractions Decisions.                                                               324

**19.12**  Penalties.                                                                                        325

**19.13**  Appeal of Committee on Infractions Decisions.                                                     331

**19.14**  Notice of Allegations, Opportunity to Respond and Penalties (Level III Cases).                   333

**Article 20 Division Membership**                                                                           340

**20.01**  General Principles.                                                                               340

**20.02**  Definitions and Applications.                                                                     340

**20.1**   Eligibility for Membership.                                                                       343

**20.2**   Active Membership.                                                                                344

**20.3**   Member Conference.                                                                                349

**20.4**   Establishment of and Compliance With Division Criteria.                                           351

**20.5**   Multidivision Classification/Reclassification of Football Subdivision.                            353

**20.6**   Change of Division Membership.                                                                    356

**20.7**   Division Legislation.                                                                             359

**20.8**   Eligibility for National Collegiate and Division Championships.                                   360

**20.9**   Division I Membership.                                                                            360

**Article 21 Governance Structure and Committees**                                                           371

**21.02**  Definitions and Applications.                                                                     371

**21.1**   Division I Board of Directors.                                                                    373

**21.2**   Division I Council.                                                                                374

**21.3**   Committee on Academics.                                                                           377

**21.4**   Playing Rules Oversight Panel.                                                                    378

**21.5**   Association-Wide Committees -- General Committees.                                                378

**21.6**   Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities.    382

**21.7**   Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities.    384

**21.8**   Common Committees -- Committees With Only Championship Administration Responsibilities.           385

**21.9**   Common Committees -- Committees With Governance Administration Responsibilities.                  386

**21.10**  Division I Committees.                                                                            387

**Article 22 Name, Image and Likeness Activities**                                                           396

**22.01**  General Principles.                                                                               396

**22.02**  Definitions and Applications.                                                                     396

**22.1**   Student-Athlete Name, Image and Likeness Activities.                                              396

**22.2**   Reporting and Clearinghouse Review of Name, Image and Likeness Activities.                        397

**22.3**   Professional Service Providers.                                                                   398

**22.4**   Use of Commercial Trademarks or Logos on Equipment, Uniforms and Apparel.                         398

**Article 23 Designated Enforcement Entity and Neutral Arbitration Process**                                 400

**23.01**   General Principle.                                                                          400

**23.02**   Definitions and Applications.                                                               400

**23.1**    Negotiated Resolution.                                                                      400

**23.2**    Penalties.                                                                                  400

**23.3**    Neutral Arbitration Process.                                                                401

## ADMINISTRATIVE BYLAWS

### Article 31 Executive Regulations                                                                    402

**31.01**   General Principles.                                                                         402

**31.02**   Definitions and Applications.                                                               402

**31.1**    Administration of NCAA Championships.                                                       402

**31.2**    Eligibility for Championships.                                                              406

**31.3**    Selection of Teams and Individuals for Championships Participation.                         408

**31.4**    Financial Administration of Championships.                                                  412

**31.5**    Financial Administration of Postseason Football.                                           413

**31.6**    Rights to NCAA Properties and Marketing Restrictions.                                      414

**31.7**    General Financial Management.                                                               415

**31.8**    Personnel.                                                                                  418

**31.9**    National Statistics Program.                                                                418

BYLAW, ARTICLE 12

# Athletics Eligibility

## 12.01 General Principles.

**12.01.1 Eligibility for Athletics Participation.** Only a student-athlete who meets the governing athletics eligibility legislation and interpretations is eligible for intercollegiate athletics participation in a particular sport. An individual who receives direct or indirect payment for athletics participation, except as permitted by the governing legislation and interpretations, is considered a professional athlete. A professional athlete in one sport may represent a member institution in a different sport and may receive institutional financial assistance in the second sport. *(Revised: 6/6/25 effective 7/1/25)*

**12.01.2 "Individual" vs. "Student-Athlete."** NCAA eligibility may be lost as a result of activities before enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person before and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment. *(Revised: 6/6/25 effective 7/1/25)*

## 12.02 Definitions and Applications.

**12.02.1 Actual and Necessary Expenses.** Actual and necessary expenses are defined as: *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

(a) Meals;

(b) Lodging;

(c) Apparel, equipment and supplies;

(d) Coaching and instruction;

(e) Health/medical insurance;

(f) Transportation (expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season/preparation for an event and from training/practice/event site to home at the end of season/event);

(g) Medical expenses

(h) Facility usage;

(i) Entry fees; and

(j) Other reasonable expenses (e.g., entertainment).

**12.02.1.1 Calculation of Actual and Necessary Expenses -- Limited to Specific Individuals.** The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual who is permitted to receive the expenses pursuant to the applicable legislation (e.g., individual who participates as a member of the team or in a specific event, family member). *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.1.2 Calculation of Actual and Necessary Expenses -- Individual Sports and Women's Beach Volleyball.** In individual sports and women's beach volleyball, the calculation of an individual's actual and necessary expenses shall be based on expenses incurred during each calendar year (January-December). *(Adopted: 1/19/13 effective 8/1/13, Revised: 1/23/19 Immediate; may be applied retroactively to expenses incurred on or after January 1, 2019., 6/6/25 effective 7/1/25)*

**12.02.2 Family Member.** A family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 4/25/18, Revised: 6/6/25 effective 7/1/25)*

**12.02.3 Intercollegiate Competition.** Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/95, 1/9/06, 7/31/23, 6/6/25 effective 7/1/25)*

(a) Represents the institution against outside competition, regardless of how the competition is classified (e.g., contest, scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies;

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification; or

(c) Competes and receives expenses (e.g., transportation, meals, housing, entry fees) from the institution for the competition.

**12.02.3.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 is exempted from the application of this legislation. *(Revised: 1/10/92, 6/6/25 effective 7/1/25)*

**12.02.3.2 Participation on an Institution's Club Team.** Participation on a collegiate institution's club team is exempted from the application of this legislation, provided the institution did not sponsor the sport on the varsity intercollegiate level at the time of participation. *(Adopted: 6/24/09, Revised: 6/6/25 effective 7/1/25)*

**12.02.4 Limited Benefit -- Before Initial, Full-Time Enrollment at an NCAA Institution -- Expenses from a Permissible Source.** Before initial, full-time enrollment at an NCAA institution, if an individual receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the individual's actual and necessary expenses by $300 or less, the eligibility of the individual shall not be affected. *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.5 Limited Benefit -- Enrolled Student-Athlete -- Expenses from a Permissible Source.** If a student-athlete engages in permissible outside competition and receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the student-athlete's actual and necessary expenses by $300 or less, the eligibility of the student-athlete shall not be affected and the institution is not required to submit a self-report of the infraction. *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.6 Organized Competition.** Athletics competition shall be considered organized if any of the following conditions exists: *(Adopted: 7/31/14, Revised: 6/6/25 effective 7/1/25)*

(a) Competition is scheduled and publicized in advance;

(b) Official score is kept;

(c) Individual or team standings are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) A team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**12.02.7 Professional Athletics Team.** A professional team is any organized team that: *(Revised: 4/25/02 effective 8/1/02, 8/8/02, 4/23/03, 4/24/04, 10/28/04, 6/6/25 effective 7/1/25)*

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation; or

(b) Declares itself to be professional.

**12.02.8 Professional Sports Agent. [A]** A professional sports agent is a person who, directly or indirectly represents or attempts to represent any individual for the purpose of marketing the individual's athletics ability or reputation as a professional athlete for financial gain, or seeks to obtain any type of financial gain or benefit from a student-athlete's potential earnings as a professional athlete. A professional sports agent may include, but is not limited to, a certified contract advisor, financial advisor, marketing representative, brand manager or anyone who is employed or associated with such persons. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.9 Religious Mission, Official.** An official religious mission is one that is established by the religious organization of which the individual is a member and that results in the individual being unable to attend a collegiate institution during the period of the mission. *(Adopted: 1/9/06, 4/2/10, 6/6/25 effective 7/1/25)*

**12.02.10 Road Racing.** Road racing is considered the same as cross country or track and field for purposes of Bylaws 12.1, 12.2, 12.3 and 12.6.3.2. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.11 Track and Field and Cross Country.** Cross country, indoor track and field, and outdoor track and field shall be considered separate sports for purposes of Bylaw 12.6.3. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.12 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are

considered the same sport for purposes of Bylaw 12.1, 12.2, 12.3 and 12.6.3.2. *(Adopted: 1/18/14 effective 8/1/14, Revised: 6/6/25 effective 7/1/25)*

**12.02.13 Use of Overall Athletics Skill.** An individual who receives funds, awards, benefits or expenses not permitted by the governing legislation or interpretations for the use of overall athletics skill (e.g., superstars competition) is ineligible for competition in all sports. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.14 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaws 12.1, 12.2, 12.3 and 12.6.3.2. *(Adopted: 8/26/10, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

# 12.1 Athletics Eligibility. An individual shall not receive or accept a promise to receive funds, awards, benefits or expenses not permitted by the governing legislation and interpretations for athletics eligibility. (See Bylaw 12.10 regarding the eligibility restoration process.) *(Revised: 6/6/25 effective 7/1/25)*

**12.1.1 Validity of Athletics Eligibility Status.** As a condition and obligation of membership, it is the responsibility of an institution to determine the validity of the information on which the athletics eligibility status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) and student-athlete is based. (See Bylaw 14.01.3.) *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 1/8/07, 4/30/07, 6/6/25 effective 7/1/25)*

**12.1.1.1 Athletics Eligibility Certification Process.** An institution shall use an initial eligibility center approved by the Board of Governors to determine the validity of the information on which the athletics eligibility status of a student-athlete is based. *(Adopted: 1/9/06 effective 8/1/06 for final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 4/30/07, 10/30/14, 6/6/25 effective 7/1/25)*

**12.1.1.1.1 Scope.** The certification of athletics eligibility status issued by the NCAA Eligibility Center is limited to activities that occur before the prospective student-athlete's request for final certification or the prospective student-athlete's initial, full-time enrollment at an NCAA member institution, whichever occurs earlier. *(Adopted: 4/30/07, Revised: 6/20/23, 6/6/25 effective 7/1/25)*

**12.1.1.1.2 Institutional Responsibilities.**

**12.1.1.1.2.1 Athletics Eligibility Status After Certification.** An institution is responsible for certifying the athletics eligibility status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) from the time the prospective student-athlete requests that a final certification be issued by the NCAA Eligibility Center or from the time the prospective student-athlete initially enrolls as a full-time student at an NCAA member institution (whichever occurs earlier). *(Adopted: 4/30/07, Revised: 6/20/23, 6/6/25 effective 7/1/25)*

**12.1.1.1.2.2 Sharing Information and Reporting Discrepancies.** If an institution receives additional information or otherwise has cause to believe that a prospective student-athlete's athletics eligibility status has been jeopardized, the institution is responsible for promptly notifying the NCAA Eligibility Center of such information. Further, an institution is responsible for promptly reporting to the NCAA Eligibility Center all discrepancies in information related to a student-athlete's certification. *(Adopted: 4/30/07, Revised: 6/6/25 effective 7/1/25)*

**12.1.1.1.3 Eligibility for Practice or Competition.** Before engaging in practice or competition, a student-athlete shall receive a final certification of athletics eligibility status based on activities that occur before the student-athlete's request for final certification or initial, full-time enrollment at an NCAA Division I or II institution (whichever occurs earlier). *(Adopted: 4/30/07, Revised: 6/6/25 effective 7/1/25)*

**12.1.1.1.3.1 Temporary Certification.** If a prospective student-athlete reports for athletics participation before the student's athletics eligibility status has been certified, the student may practice, but not compete, for a maximum period of 45 days. After this period, the student's athletics eligibility status must be certified in order to continue to practice or to compete. *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 11/29/09, 6/6/25 effective 7/1/25)*

**12.1.1.1.3.2 Effect of Violations.** A violation of Bylaw 12.1.1.1.3 or Bylaw 12.1.1.1.3.1 in which the student-athlete is subsequently certified without conditions shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

**12.1.1.1.4 Eligibility for Practice After a Final Not-Certified Certification.** After a final not-certified certification is rendered, a student-athlete may continue to engage in practice activities, provided the institution has

submitted a notice of appeal. At the point in which all appeal opportunities have been exhausted and no eligibility has been granted, the student-athlete may no longer participate in practice activities. *(Adopted: 3/21/07)*

**12.1.2 Permissible Funds, Awards, Benefits or Expenses.** The receipt of funds, awards, benefits or expenses pursuant to the following provisions is permitted. *(Adopted: 6/6/25 effective 7/1/25)*

**12.1.2.1 Educational Expenses or Services -- Before to Collegiate Enrollment.** A prospective student-athlete may receive educational expenses or services (e.g., tuition, fees, living expenses, books, tutoring, standardized test preparatory classes) before to collegiate enrollment from any individual or entity other than a professional sports agent, member institution or a representative of an institution's athletics interests, provided the payment for such expenses or services is disbursed directly to the individual, organization or educational institution (e.g., high school, preparatory school) providing the educational expenses or services. *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/14/08, 5/1/19, 7/31/23, 11/7/24 effective 8/1/25, 6/6/25 effective 7/1/25)*

**12.1.2.2 Expenses from an Outside Sponsor.** *(Revised: 8/26/10, 1/19/13 effective 8/1/13, 11/7/13, 6/6/25 effective 7/1/25)*

**12.1.2.2.1 Participation as a Member of a Team.** An individual who participates in a sport as a member of a team may receive actual and necessary expenses for competition and practice held in preparation for such competition (directly related to the competition and conducted during a continuous time period preceding the competition) from an outside sponsor (e.g., team, neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial, full-time collegiate enrollment, other than a professional sports organization). *(Adopted: 6/6/25 effective 7/1/25)*

**12.1.2.2.2 Participation as an Individual.** An individual who participates in a sport as an individual (not a member of a team) may receive actual and necessary expenses associated with an athletics event and practice immediately preceding the event, from an outside sponsor (e.g., neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial, full-time collegiate enrollment, other than a professional sports organization). *(Adopted: 6/6/25 effective 7/1/25)*

**12.1.2.2.3 Expenses Before Full-Time Collegiate Enrollment -- Professional Sports Organization.** Before full-time collegiate enrollment, an individual may accept up to actual and necessary expenses for competition and practice held in preparation for such competition from a professional sports organization that sponsors the event. *(Adopted: 10/16/12, Revised: 6/6/25 effective 7/1/25)*

**12.1.2.3 Expenses for Family Members of Participants in Athletics Competition.** The family members of a participant in athletics competition may receive actual and necessary expenses from a nonprofessional organization sponsoring the competition , provided such expenses are made available to the family members of all participants in the competition. *(Adopted: 1/16/93, Revised: 1/11/97, 4/25/18, 7/31/23, 6/6/25 effective 7/1/25)*

**12.1.2.3.1 Postseason Events. [FBS]** A student-athlete may designate either additional individuals or substitutes (not to exceed a total of six individuals) to receive entertainment expenses related to an event organized by the nonprofessional sponsor of a postseason game specifically for the family members of participating student-athletes. [See Bylaw 17.12.6.2.1-(c).] The additional individuals or substitutes designated by the student-athlete shall be subject to the review and approval of the institution's athletics director (or designee). *(Adopted: 4/29/04 effective 8/1/04, Revised: 4/25/18, 1/23/19, 6/26/24 effective 8/1/24, 6/6/25 effective 7/1/25)*

**12.1.2.4 Prize Money or Payment Based on Performance.** *(Adopted: 4/25/02 effective 8/1/02, Revised: 12/12/06 applicable to any expenses received by a prospective student-athlete on or after 8/23/06, 4/26/12, 1/19/13 effective 8/1/13, 4/25/18, 6/6/25 effective 7/1/25)*

**12.1.2.4.1 Sports Other Than Tennis.** In sports other than tennis, an individual may accept prize money based on place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. *(Adopted: 6/6/25 effective 7/1/25)*

**12.1.2.4.2 Tennis.** *(Revised: 6/6/25 effective 7/1/25)*

**12.1.2.4.2.1 Before Full-Time Collegiate Enrollment.** In tennis, before full-time collegiate enrollment, an individual may accept up to $10,000 per calendar year in prize money based on place finish or performance in athletics events. Such prize money may be provided only by the sponsor of an event in which the individual participates. Once the individual has accepted $10,000 in prize money in a particular year, the individual may receive additional prize money on a per-event basis, provided such prize money does not exceed the individual's actual and necessary expenses for participation in the event. *(Adopted: 4/26/12, Revised: 1/19/13 effective 8/1/13, 6/6/25 effective 7/1/25)*

**12.1.2.4.2.2 After Initial, Full-Time Collegiate Enrollment.** In tennis, after initial, full-time collegiate enrollment, an individual may accept prize money based on place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. *(Adopted: 1/19/13 effective 8/1/13, Revised: 4/25/18, 6/6/25 effective 7/1/25)*

**12.1.2.5 Loan Against Future Professional Earnings Potential for Insurance. [A]** An individual may borrow against future professional earnings potential from an established, accredited commercial lending institution for the purpose of purchasing insurance incidental to participation in athletics (e.g., critical injury or illness, loss of value) (see Bylaw 16.11.1.4), provided a third party (including a representative of an institution's athletics interests) is not involved in arrangements for securing the loan. However, an institution's president or chancellor (or a designated representative from outside the department of athletics) may designate an institutional staff member (or staff members) (e.g., professional sports counseling panel) to assist a student-athlete with arrangements for securing the loan and insurance. *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 1/16/10, 1/17/15, 8/3/22, 6/6/25 effective 7/1/25)*

**12.1.2.6 Payment of NCAA Eligibility Center Fee.** A high school booster club (as opposed to specific individuals) may pay the necessary fee for prospective student-athletes at that high school to be certified by the NCAA Eligibility Center, provided no particular prospective student-athlete is singled out because of athletics ability or reputation. *(Adopted: 1/11/94, Revised: 5/9/07, 6/6/25 effective 7/1/25)*

**12.1.2.7 NCAA College Basketball Academies.** The NCAA may provide actual and necessary expenses for a prospective student-athlete and one individual accompanying the prospective-student athlete to attend an NCAA College Basketball Academy per the policies and procedures of the NCAA College Basketball Academy. *(Adopted: 8/8/18 effective 4/1/19, Revised: 10/5/22, 6/6/25 effective 7/1/25)*

**12.1.3 Permissible Funds, Awards, Benefits or Expenses – Olympic and Paralympic Committee/National Governing Body.** The receipt of funds, awards, benefits or expenses pursuant to the following provisions is permitted. *(Adopted: 6/6/25 effective 7/1/25)*

**12.1.3.1 Training Expenses.** An individual may receive actual and necessary expenses for training (including grants, but not prize money, whereby the recipient has qualified for the grant based on performance in a specific event or events), provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee, the appropriate national governing body in the sport (or, for international student-athletes, the equivalent organization of that nation) or a governmental entity. *(Adopted: 1/10/91, Revised: 4/27/00, 1/19/13 effective 8/1/13, 10/17/19, 7/31/23, 6/6/25 effective 7/1/25)*

**12.1.3.2 Training Expenses for Elite Athletes.** An individual who has been designated by the U.S. Olympic and Paralympic Committee and the sport-affiliated national governing body (or the international equivalent) as an elite athlete may receive actual and necessary expenses for training, sport experts other than coaches, training partners and travel for parents or guardians, coaches, sport experts and training partners, provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee or the appropriate national governing body in the sport (or, for international student-athletes, the equivalent organization of that nation). *(Adopted: 1/23/20, Revised: 7/31/23, 6/6/25 effective 7/1/25)*

**12.1.3.3 U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program.** An individual may receive the comprehensive benefits of the U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program. *(Adopted: 1/10/90, Revised: 10/17/19, 6/6/25 effective 7/1/25)*

**12.1.3.4 Operation Gold Grant.** An individual (prospective student-athlete or student-athlete) may accept funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold program. *(Adopted: 4/26/01 effective 8/1/01, Revised: 10/17/19, 6/6/25 effective 7/1/25)*

**12.1.3.5 Incentive Programs for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from a country's national Olympic and/or Paralympic governing body (equivalent to the U.S. Olympic and Paralympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 1/17/15 effective 8/1/15, Revised: 10/17/19, 1/22/20, 6/6/25 effective 7/1/25)*

**12.1.3.6 Expenses/Benefits Related to Olympic or Paralympic Games.** Members of an Olympic or Paralympic team may receive all nonmonetary benefits and awards provided to members of an Olympic or Paralympic team beyond actual and necessary expenses and any other item or service for which it can be demonstrated that the same benefit is available to all members of that nation's Olympic or Paralympic team or the specific sport Olympic or Paralympic team. *(Adopted: 11/1/00, Revised: 1/19/13 effective 8/1/13, 1/22/20, 6/6/25 effective 7/1/25)*

**12.1.3.7 Benefits to Family Members -- National Team Competition.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for an individual's family members to attend national team competition in which the individual will participate. In addition, an individual's family members may receive nonmonetary benefits provided to the family members of all national team members in conjunction with participation in national team competition. (See Bylaw 16.02.5.) *(Adopted: 1/11/94, Revised: 1/19/13 effective 8/1/13, 6/6/25 effective 7/1/25)*

**12.1.3.8 Expenses for Participation in Olympic or Paralympic Exhibitions.** An individual may receive actual and necessary expenses from the U.S. Olympic and Paralympic Committee, national governing body or the nonprofessional organizations sponsoring the event to participate in Olympic or Paralympic tours or exhibitions involving Olympic or Paralympic team members and/or members of the national team, provided that if the individual is a student-athlete, no class time is missed, and the exhibition does not conflict with dates of institutional competition. *(Adopted: 10/28/97 effective 8/1/98, Revised: 10/17/19, 1/22/20, 6/6/25 effective 7/1/25)*

**12.1.3.9 Commemorative Items.** An individual may receive commemorative items incidental to participation in the Olympic Games, Paralympic Games, World University Games (Universiade), World University Championships, Pan American Games, Parapan American Games, World Championships and World Cup events through the applicable national governing body. *(Adopted: 11/1/00 effective 8/1/01, Revised: 1/14/12, 1/22/20, 6/6/25 effective 7/1/25)*

## 12.2 Involvement With Professional Teams.

**12.2.1 Tryouts and Practice Without Competition.** *(Revised: 6/6/25 effective 7/1/25)*

**12.2.1.1 Tryout or Practice Before Enrollment.** Prior to initial full-time collegiate enrollment, an individual may participate in a tryout with a professional team or league, provided not more than actual and necessary expenses are received to participate. *(Adopted: 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10, Revised: 11/7/24 effective 8/1/25, 6/6/25 effective 7/1/25)*

**12.2.1.2 Tryout or Practice After Enrollment.** After initial full-time collegiate enrollment, an individual who has eligibility remaining may try out with a professional athletics team (or participate in a combine including that team) at any time, provided the individual does not miss class. The individual may receive actual and necessary expenses in conjunction with one 48-hour tryout per professional team (or a combine including that team). The 48-hour tryout period shall begin at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. A self-financed tryout may be for any length of time, provided the individual does not miss class. *(Revised: 1/10/92, 4/24/03, 5/26/06, 4/26/07 effective 8/1/07, 6/6/25 effective 7/1/25)*

**12.2.1.2.1 Exception for Major League Baseball Draft Combine.** In baseball, an individual may receive actual and necessary expenses from Major League Baseball or the national governing body to attend the MLB draft combine regardless of the duration of the combine. *(Adopted: 4/13/23, Revised: 7/31/23, 6/6/25 effective 7/1/25)*

**12.2.1.2.2 Exception for Basketball Draft Combine.** In basketball, an individual may receive actual and necessary expenses from a professional sports organization to attend that organization's basketball draft combine regardless of the duration of the camp. [See Bylaw 14.6.4-(e).] *(Adopted: 4/23/03, Revised: 5/26/06, 4/26/07 effective 8/1/07, 11/7/13, 7/31/23, 6/6/25 effective 7/1/25)*

**12.2.1.2.3 Exception -- Men's Basketball.** In men's basketball, an individual may receive actual and necessary expenses each year in conjunction with one 48-hour tryout per professional team and in conjunction with a professional organization's draft combine. An individual who is invited to participate in a professional organization's draft combine is permitted to miss class for such participation and associated travel. *(Adopted: 1/14/16)*

**12.2.1.2.4 Exception for National Hockey League Scouting Combine -- Men's Ice Hockey.** In men's ice hockey, an individual may receive actual and necessary expenses from the National Hockey League to attend the NHL scouting combine regardless of the duration of the combine. *(Adopted: 1/16/10, Revised: 7/31/23, 6/6/25 effective 7/1/25)*

**12.2.1.2.5 Exception for Major League Soccer Showcase.** In men's soccer, an individual may receive actual and necessary expenses from Major League Soccer to attend the MLS Showcase regardless of the duration of the event and without such activity being considered a tryout with a professional team. An individual who is invited to participate in a professional organization's draft combine is permitted to miss class for such participation and associated travel. *(Adopted: 6/26/24 effective 8/1/24, Revised: 6/6/25 effective 7/1/25)*

**12.2.1.2.6 Exception -- Postseason Practice Session -- Football. [FBS/FCS]** In football, an individual may participate in a postseason practice per Bylaw 17.12.7.4 without such activity being considered a tryout with a professional team. *(Adopted: 4/25/18 effective 8/1/18, Revised: 6/6/25 effective 7/1/25)*

**12.2.1.2.7 Prohibited Involvement of Institution's Coach.** An institution's coaching staff member may not arrange for or direct student-athletes' participation in football or basketball practice sessions conducted by a professional team.

## 12.2.2 Competition. *(Revised: 6/6/25 effective 7/1/25)*

**12.2.2.1 Competition Against Professionals.** An individual may participate singly or as a member of an amateur team against professional athletes or professional teams. *(Revised: 8/24/07, 6/6/25 effective 7/1/25)*

**12.2.2.2 Competition With Professionals.** An individual shall not compete on a professional team (per Bylaw 12.02.7) in that sport. However, an individual may compete on a tennis, golf, two-person beach volleyball or two-person synchronized diving team with persons who are competing for cash or a comparable prize, provided the individual does not receive payment or prize money that exceeds actual and necessary expenses, which may only be provided by the sponsor of the event. *(Revised: 1/9/96 effective 8/1/96, 1/14/97, 4/25/02 effective 8/1/02, 4/28/14, 7/31/15, 6/6/25 effective 7/1/25)*

**12.2.2.2.1 Exception -- Competition Before Initial Full-Time Collegiate Enrollment.** Before initial full-time collegiate enrollment, an individual may compete on a professional team (per Bylaw 12.02.4), provided the individual does not receive more than actual and necessary expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10, Revised: 11/7/24 effective 8/1/25, 6/6/25 effective 7/1/25)*

**12.2.2.2.2 Professional Player as Team Member.** An individual may participate with a professional on a team, provided the professional is not being paid by a professional team or league to play as a member of that team (e.g., summer basketball leagues with teams composed of both professional and amateur athletes). *(Revised: 6/6/25 effective 7/1/25)*

**12.2.2.2.3 Professional Coach or Referee.** Participation on a team that includes a professional coach or referee does not cause the team to be classified as a professional team. *(Revised: 6/6/25 effective 7/1/25)*

**12.2.2.2.4 Exception -- Olympic, Paralympic or National Teams.** It is permissible for an individual to participate on Olympic, Paralympic or national teams that are competing for prize money or are being compensated by the governing body to participate in a specific event, provided the student-athlete does not accept prize money or any other compensation (other than actual and necessary expenses). *(Adopted: 8/8/02, Revised: 1/22/20, 6/6/25 effective 7/1/25)*

**12.2.2.3 Competition in Professional All-Star Contest.** A student-athlete who agrees to participate in a professional (players to be paid) all-star game becomes ineligible to compete in any intercollegiate contest that occurs after that agreement. Thus, a senior entering into such an agreement immediately following the last regular-season intercollegiate contest would not be eligible to compete in a bowl game, an NCAA championship or any other postseason intercollegiate contest. *(Revised: 6/6/25 effective 7/1/25)*

## 12.2.3 Draft and Inquiry. *(Revised: 6/6/25 effective 7/1/25)*

**12.2.3.1 Inquiry.** An individual may inquire of a professional sports organization about eligibility for a professional-league player draft or request information about the individual's market value without affecting the individual's eligibility status. *(Revised: 6/6/25 effective 7/1/25)*

**12.2.3.2 Draft List -- General Rule.** After initial, full-time collegiate enrollment, an individual shall not request to be placed on the draft list or supplemental draft list of a professional league. *(Revised: 4/25/02 effective 8/1/02, 6/6/25 effective 7/1/25)*

**12.2.3.2.1 Exception -- Men's Basketball -- Four-Year College Student-Athlete.** *(Revised: 6/6/25 effective 7/1/25)*

**12.2.3.2.1.1 National Basketball Association.** In men's basketball, a student-athlete may enter the National Basketball Association's draft each year during collegiate participation , provided: *(Adopted: 8/8/18, Revised: 6/6/25 effective 7/1/25)*

(a) The student-athlete requests an evaluation from the National Basketball Association's Undergraduate Advisory Committee before entering the draft;

(b) The student-athlete requests to be removed from the draft list and declares the intent to resume intercollegiate participation not later than 10 days after the conclusion of the NBA draft combine;

(c) The student-athlete's declaration of intent is submitted in writing to the institution's director of athletics; and

(d) The student-athlete is not drafted.

**12.2.3.2.1.2 Professional League Other Than the National Basketball Association.** In men's basketball, a student-athlete may enter a professional league's draft (other than the National Basketball Association's draft) each year during the student-athlete's four-year college participation, provided: *(Adopted: 4/30/09 effective 8/1/09, Revised: 4/28/11 effective 8/1/11, 1/14/16, 8/8/18, 10/9/24, 6/6/25 effective 7/1/25)*

(a) The student-athlete requests to be removed from the draft list and declares the intent to resume intercollegiate participation not later than 10 days after the conclusion of the professional league's draft combine. If the professional league does not conduct a draft combine, the student-athlete must request to be removed from the draft list not later than the end of the day before the first day of the spring signing period for the applicable year;

(b) The student-athlete's declaration of intent is submitted in writing to the institution's director of athletics; and

(c) The student-athlete is not drafted.

**12.2.3.2.2 Exception -- Basketball -- Two-Year College Prospective Student-Athlete.** In basketball, a prospective student-athlete enrolled at a two-year collegiate institution may enter a professional league's draft one time during the prospective student-athlete's two-year college participation, provided the prospective student-athlete is not drafted by any team in that league. *(Adopted: 4/24/03 effective 8/1/03, Revised: 6/6/25 effective 7/1/25)*

**12.2.3.2.3 Exception -- Women's Basketball -- Four-Year College Student-Athlete.** In women's basketball, a student-athlete may enter a professional league's draft one time during collegiate participation, provided the student-athlete is not drafted by any team in that league and the student-athlete declares the intention to resume intercollegiate participation within 30 days after the draft. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 1/11/94, Revised: 1/10/95, 1/14/97 effective 4/16/97, 4/24/03 effective 8/1/03, 4/30/09 effective 8/1/09, 8/8/18, 6/6/25 effective 7/1/25)*

**12.2.3.2.4 Exception -- Football. [FBS/FCS]** In football, a student-athlete (as opposed to a prospective student-athlete) may enter the National Football League draft one time during collegiate participation, provided the student-athlete is not drafted by any team in that league and the student-athlete declares the intention to resume intercollegiate participation within 72 hours following the National Football League draft declaration date. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 10/31/02, Revised: 4/14/03, 12/15/06, 6/6/25 effective 7/1/25)*

**12.2.3.2.5 Exception -- Sports Other Than Basketball and Football.** A student-athlete in a sport other than basketball or football may enter a professional league's draft one time during collegiate participation, provided the student-athlete is not drafted and, within 72 hours following the draft, declares the intention to resume participation in intercollegiate athletics. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 4/26/07 effective 8/1/07, Revised: 6/6/25 effective 7/1/25)*

**12.2.3.3 Negotiations.** An individual may request information about professional market value. Further, the individual (or family members) or the institution's professional sports counseling panel may enter into negotiations with a professional sports organization . *(Adopted: 1/10/92, Revised: 4/25/18, 6/6/25 effective 7/1/25)*

**12.2.4 Contracts and Compensation.** An individual shall not enter into any kind of agreement to compete in professional athletics, either orally or in writing, regardless of the legal enforceability of that agreement. *(Revised: 1/10/92, 6/6/25 effective 7/1/25)*

**12.2.4.1 Exception -- Before Initial Full-Time Collegiate Enrollment.** Before initial full-time collegiate enrollment, an individual may enter into an agreement to compete on a professional team (per Bylaw 12.02.4), provided the agreement does not guarantee or promise payment (at any time) in excess of actual and necessary expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10, Revised: 11/7/24 effective 8/1/25, 6/6/25 effective 7/1/25)*

**12.2.4.2 Nonbinding Agreement.** An individual who signs a contract or commitment that does not become binding until the professional organization's representative or agent also signs the document is ineligible, even if the contract remains unsigned by the other parties until after the student-athlete's eligibility is exhausted. *(Revised: 6/6/25 effective 7/1/25)*

# 12.3 Use of Agents. [A]

**12.3.1 Professional Sports Agent. [A]** An individual shall not agree (orally or in writing) to be represented by a professional sports agent for the purpose of marketing athletics ability or reputation in a sport to secure an opportunity as a

professional athlete. An agency contract not specifically limited in writing to a sport or particular sports shall be deemed applicable to all sports. *(Revised: 6/6/25 effective 7/1/25)*

**12.3.1.1 Exception -- Baseball and Men's Ice Hockey -- Before Full-Time Collegiate Enrollment. [A]** In baseball and men's ice hockey, before full-time collegiate enrollment, an individual who is drafted by a professional baseball or men's ice hockey team may be represented by a professional sports agent or attorney during contract negotiations. The individual may not receive benefits (other than representation) from the agent or attorney and must pay the going rate for the representation. If the individual does not sign a contract with the professional team, the agreement for representation with the agent or attorney must be terminated before full-time collegiate enrollment. *(Adopted: 1/15/16, Revised: 1/19/18, 6/6/25 effective 7/1/25)*

**12.3.1.2 Exception -- NCAA-Certified Agents -- Men's Basketball. [A]**

**12.3.1.2.1 NCAA Certification Requirement -- Men's Basketball.** In men's basketball, any individual who solicits a prospective or enrolled student-athlete to enter into an agency contract or attempts to obtain employment for an individual with a professional sports team or organization or as a professional athlete must be certified and maintain active certification per the policies and procedures of the NCAA agent certification program. (See Bylaw 12.3.1.3.) *(Adopted: 6/6/25 effective 7/1/25)*

**12.3.1.2.1.1 Exception.** A family member of a prospective or enrolled student-athlete or an individual acting solely on behalf of a professional sports team or organization is not required to be certified through the NCAA agent certification program. *(Adopted: 6/6/25 effective 7/1/25)*

**12.3.1.2.1.2 Responsibility of NCAA-Certified Agent.** An NCAA-certified agent is presumed responsible for the actions of all employees who report, directly or indirectly, to the NCAA-certified agent. Improper conduct of an NCAA-certified agent's employees shall subject the agent to disciplinary action pursuant to the NCAA agent certification program. *(Adopted: 6/6/25 effective 7/1/25)*

**12.3.1.2.2 Elite Senior Prospective Student-Athletes. [A]** In men's basketball, on or after July 1 immediately before the prospective student-athlete's senior year in high school, a prospective student-athlete identified as an elite senior in accordance with established policies and procedures may be represented by an NCAA-certified agent (see Bylaw 12.02.1.2). *(Adopted: 8/8/18 Applicability to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft., Revised: 6/12/19, 6/6/25 effective 7/1/25)*

**12.3.1.2.3 Enrolled Student-Athletes and Two-Year College Prospective Student-Athletes -- After Request for Evaluation From NBA Undergraduate Advisory Committee. [A]** In men's basketball, after the conclusion of the playing season, a student-athlete or a two-year college prospective student-athlete who has requested an evaluation from the NBA Undergraduate Advisory Committee may be represented by an NCAA-certified agent (see Bylaw 12.02.1.2). *(Adopted: 8/8/18, Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.4 Expenses From an NCAA-Certified Agent. [A]** *(Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.4.1 Expenses Before Agreement. [A]** Before signing a written agreement with an NCAA-certified agent, a prospective student-athlete or student-athlete (and family members) who is eligible to be represented by an NCAA-certified agent may receive transportation and meals from an NCAA-certified agent in the locale where the prospective student-athlete or student-athlete is located (e.g., locale of home or institution) in conjunction with the process to select an agent. *(Adopted: 8/8/18 For an elite senior high school prospective student-athlete, effective date to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft. Expenses permissible after appropriate changes to the Uniform Athlete Agent Act, Revised Uniform Athlete Agent Act and relevant state laws., Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.4.2 Expenses After Agreement. [A]** After signing a written agreement with an NCAA-certified agent, the agent may provide the prospective student-athlete or student-athlete (and family members) with transportation, lodging and meals associated with meeting with the agent or a professional team. *(Adopted: 8/8/18 For an elite senior high school prospective student-athlete, effective date to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft. For an enrolled student-athlete or two-year college prospective student-athlete, effective immediately., Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.5 No Missed Class Time. [A]** A prospective or enrolled student-athlete shall not miss class in conjunction with the agent selection process or to meet with an agent or professional team. *(Adopted: 8/8/18, Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.6 Written Agreement. [A]** An agreement between a prospective student-athlete or student-athlete and an NCAA-certified agent shall be in writing. An agreement that involves a prospective student-athlete shall be disclosed to

the NCAA national office. An agreement that involves a student-athlete shall be disclosed to the student-athlete's institution. If a high school prospective student-athlete does not sign a contract with a professional team, the agreement must be terminated before full-time enrollment. If a student-athlete or two-year college prospective student-athlete does not sign a contract with a professional team, the agreement must be terminated before full-time enrollment in the ensuing regular academic term. *(Adopted: 8/8/18, Revised: 6/6/25 effective 7/1/25)*

**12.3.1.2.7 Compensation for Representation. [A]** A prospective student-athlete or student-athlete is not required to compensate an NCAA-certified agent for services provided. *(Adopted: 8/8/18, Revised: 6/6/25 effective 7/1/25)*

**12.3.1.3 Representation for Future Negotiations. [A]** An individual shall be ineligible per Bylaw 12.3.1 if the individual enters into an oral or written agreement with an agent for representation in future professional sports negotiations that are to take place after the individual has completed eligibility in that sport.

**12.3.1.4 Benefits from Prospective Agents. [A]** An individual (or the individual's family members or friends) shall not accept transportation or other benefits from a professional sports agent. *(Revised: 1/14/97, 1/16/19, 6/6/25 effective 7/1/25)*

**12.3.1.5 Legal Counsel. [A]** Securing advice from a lawyer concerning a proposed professional sports contract shall not be considered contracting for representation by an agent under this rule, unless the lawyer also represents the individual in negotiations for such a contract. *(Revised: 6/6/25 effective 7/1/25)*

**12.3.1.5.1 Presence of a Lawyer at Negotiations. [A]** A lawyer may not be present during discussions of a contract offer with a professional sports organization or have direct contact (e.g., in person, telephone, electronic correspondence) with a professional sports organization on behalf of the individual. A lawyer's presence during such discussions is considered representation by an agent. *(Revised: 6/6/25 effective 7/1/25)*

**12.3.2 Professional Sports Counseling Panel. [A]** It is permissible for an authorized institutional professional sports counseling panel to: *(Adopted: 1/16/93, Revised: 1/11/94, 1/16/10, 6/6/25 effective 7/1/25)*

(a) Advise a student-athlete about a future professional career;

(b) Assist a student-athlete with arrangements for securing a loan for the purpose of purchasing insurance against a disabling injury or illness and with arrangements for purchasing such insurance;

(c) Review a proposed professional sports contract;

(d) Meet with the student-athlete and representatives of professional teams;

(e) Communicate directly with representatives of a professional athletics team to assist in securing a tryout with that team for a student-athlete;

(f) Assist the student-athlete in the selection of an agent by participating with the student-athlete in interviews of agents, by reviewing written information player agents send to the student-athlete and by having direct communication with those individuals who can comment about the abilities of an agent (e.g., other agents, a professional league's players association); and

(g) Visit with player agents or representatives of professional athletics teams to assist the student-athlete in determining market value (e.g., potential salary, draft status).

**12.3.2.1 Appointment by President or Chancellor. [A]** This panel shall consist of at least three persons appointed by the institution's president or chancellor (or a designated representative from outside the athletics department). *(Revised: 3/8/06, 6/6/25 effective 7/1/25)*

**12.3.2.2 Composition. [A]** The majority of panel members shall be full-time employees outside the institution's athletics department. No sports agent or any person employed by a sports agent or agency may be a member of the panel. All panel members shall be identified to the NCAA national office. *(Revised: 1/11/94, 1/10/05, 1/20/17 effective 8/1/17, 6/6/25 effective 7/1/25)*

## 12.4 Employment Unrelated to Name, Image and Likeness Activities.

Compensation for employment unrelated to name, image and likeness activities (see Bylaw 22) may be paid to a student-athlete: **[R]** *(Revised: 6/6/25 effective 7/1/25)*

(a) Only for work actually performed; and

(b) At a rate commensurate with the going rate in that locality for similar services.

## 12.5 Athletics Eligibility Requirements. *(Revised: 6/6/25 effective 7/1/25)*

**12.5.1 Postseason and Regular-Season Competition.** To be eligible for regular-season competition, NCAA championships, and for postseason football bowl games, the student-athlete shall meet all eligibility requirements. *(Revised: 6/6/25 effective 7/1/25)*

**12.5.1.1 Postseason Competition -- Midyear Enrollees -- Football. [FBS/FCS]** In football, a midyear enrollee (freshman or transfer) is not eligible to participate in postseason competition that occurs before or during the student-athlete's initial term of full-time enrollment at the institution. *(Adopted: 6/13/18, Revised: 6/6/25 effective 7/1/25)*

**12.5.2 Student-Athlete Statement.** *(Revised: 6/6/25 effective 7/1/25)*

**12.5.2.1 Content and Purpose.** Before participation in intercollegiate competition each academic year, a student-athlete shall sign a statement in a form prescribed by the Legislative Committee in which the student-athlete submits information related to eligibility, recruitment, financial aid, previous positive-drug tests administered by any other athletics organization and involvement in organized gambling activities related to intercollegiate or professional athletics competition under the governing legislation. Failure to complete and sign the statement shall result in the student-athlete's ineligibility for participation in all intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight, and the student-athlete subsequently signs the form; however, the violation shall be considered an institutional violation per Bylaw 8.01.3. *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 2/19/97, 4/24/03, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25)*

**12.5.2.2 Administration.** The statement shall be administered to each student-athlete by the athletics director or the athletics director's designee before the student's participation in intercollegiate competition each academic year, and the statement shall be available for examination upon request by an authorized representative of the NCAA. *(Revised: 8/4/89, 1/9/06 effective 8/1/06, 7/30/10, 1/23/19, 6/6/25 effective 7/1/25)*

**12.5.2.3 Institutional Responsibility -- Notification of Positive Test.** The institution shall promptly notify the NCAA's chief medical officer, in writing, regarding a student-athlete's disclosure of a previous positive test for banned substances administered by any other athletics organization. *(Adopted: 1/14/97 effective 8/1/97, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.5.3 Drug-Testing Consent Form.** *(Revised: 6/6/25 effective 7/1/25)*

**12.5.3.1 Content and Purpose.** Each academic year, a student-athlete shall sign a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Legislative Committee in which the student consents to be tested for the use of drugs prohibited by NCAA legislation. Failure to complete and sign the consent form before practice or competition, or before the Monday of the fourth week of classes (whichever occurs first) shall result in the student-athlete's ineligibility for participation (practice and competition) in all intercollegiate athletics. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/10/95 effective 8/1/95, 1/14/97, 4/24/03, 8/5/04, 11/1/07 effective 8/1/08, 7/30/10, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25)*

**12.5.3.2 Administration.** The following procedures shall be used in administering the form (see Bylaw 20.2.4.8): *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/27/00, 7/30/10, 7/31/14, 1/23/19, 6/6/25 effective 7/1/25)*

(a) The consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee each academic year; and

(b) The athletics director or the athletics director's designee shall disseminate the list of banned drug classes to all student-athletes and educate them about products that might contain banned drugs. All student-athletes are to be notified that the list may change during the academic year, that updates may be found on the NCAA website (www.ncaa.org) and informed of the appropriate athletics department procedures for disseminating updates to the list; and

(c) The consent form shall be available for examination upon request by an authorized representative of the NCAA.

**12.5.3.3 Exception -- 14-Day Grace Period.** A student-athlete who is "trying out" for a team is not required to complete the form until 14 days from the first date the student-athlete engages in countable athletically related activities or before the student-athlete participates in a competition, whichever occurs earlier. *(Adopted: 4/27/06 effective 8/1/06, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.5.3.4 Effect of Violation.** A violation of Bylaw 12.5.3 or its subsections shall be considered institutional violations per Bylaw 8.01.3; however, a violation shall not affect the student-athlete's eligibility, provided the student-athlete signs the consent form. *(Revised: 4/28/05 effective 8/1/05, 7/30/10, 6/6/25 effective 7/1/25)*

**12.5.4 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/Buckley Amendment Consent Form -- Disclosure of Protected Health Information.** *(Revised: 6/6/25 effective 7/1/25)*

**12.5.4.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Legislative Committee in which the student-athlete authorizes/consents to the institution's physicians, athletics directors and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance Program (ISP), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/ consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25)*

**12.5.4.2 Administration.** The following procedures shall be used in administering the form: **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 7/30/10, 1/23/19, 6/6/25 effective 7/1/25)*

(a) The authorization/consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year.

(b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate.

**12.5.5 Eligibility Requirements for Male Students to Practice With Women's Teams.** A male student may engage in practice sessions with women's teams subject to the following conditions: *(Revised: 5/12/05, 5/29/08, 7/31/14, 4/26/17, 7/31/23, 6/6/25 effective 7/1/25)*

(a) A male student who practices with an institution's women's team must be verified as eligible for practice in accordance with Bylaw 14.2.1 and must have eligibility remaining under the five-year rule (see Bylaw 12.6.1);

(b) It is not permissible for a recruited male student-athlete who is serving an academic year of residence as a nonqualifier to participate in practice sessions with a women's team. A nonrecruited male student who is serving an academic year of residence as a nonqualifier may participate in practice sessions with a women's team; and

(c) A male student who practices with an institution's women's basketball team may participate in required summer athletic activities, provided the student was enrolled full time at the conclusion of the regular academic term (e.g., spring semester or quarter) immediately preceding the institution's summer term.

## 12.6 Seasons of Competition: Five-Year Rule.
A student-athlete shall not engage in more than four seasons of intercollegiate competition in any one sport (see Bylaws 12.02.3 and 14.3.3). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the student-athlete completes all seasons of participation in all sports within the time periods specified below. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1 Five-Year Rule.** A student-athlete shall complete the student-athlete's seasons of participation within five calendar years from the beginning of the semester or quarter in which the student-athlete first registered for a minimum full-time program of studies in a collegiate institution, with time spent on an official religious mission, in the armed services or with recognized foreign aid services of the U.S. government being excepted. For international students, service in the armed forces of the student's home country is considered equivalent to such service in the United States. *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.1 Determining the Start of the Five-Year Period.** For purposes of starting the count of time under the five-year rule, a student-athlete shall be considered registered at a collegiate institution (domestic or foreign; see Bylaw 14.02.4) when the student-athlete initially registers in a regular term (semester or quarter) of an academic year for a minimum full-time program of studies, as determined by the institution, and attends the student's first day of classes for that term (see Bylaw 12.6.2). *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.2 Service Exceptions to the Five-Year Rule.** Time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government is excepted from the application of the five-year rule. Among such services that qualify a student-athlete for an extension of the five-year rule are: *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) Military Sea Transport Service;

(b) Peace Corps; or

(c) Service as a conscientious objector ordered by the Selective Service Commission (or the equivalent authority in a foreign nation) in lieu of active military duty.

**12.6.1.2.1 Elapsed Time/Service to Enrollment.** If a student-athlete enrolls in a regular term of a collegiate institution at the first opportunity following completion of any one of the commitments described in the exceptions to this bylaw, the elapsed time (the exact number of calendar days) between completion of the commitment and the first

opportunity for enrollment may be added to the exact number of days served on active duty in the armed services, with foreign aid services or on official religious missions and will not count toward the student-athlete's five years of eligibility. It is not permissible to extend the five-year period by any additional time beyond the first opportunity to enroll (the opening day of classes of the first regular term at the institution in which the student-athlete enrolls as a regular student immediately following the termination of the active-duty commitment). *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.2.2 Collegiate Enrollment Concurrent With Service Assignment.** Any time in which a student-athlete is enrolled for a minimum full-time load as a regular student in a collegiate institution while simultaneously on active duty in the U.S. military, on an official religious mission or with a recognized foreign aid service of the U.S. government shall count against the five calendar years in which the student-athlete's seasons of eligibility must be completed. *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.3 Academic Study Abroad Exception.** Time spent participating in a full-time study-abroad program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17, Revised: 6/6/25 effective 7/1/25)*

(a) The institution recognizes the student-athlete as a full-time student at the time of participation in the study-abroad program;

(b) At the time of participation in the study-abroad program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c) The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the study-abroad program;

(d) The student-athlete satisfactorily completes the study-abroad program; and

(e) The student-athlete earns a baccalaureate degree within five years or fewer.

**12.6.1.4 Internship or Cooperative Educational Work Experience Program Exception.** Time spent participating in a full-time internship or cooperative educational work experience program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17, Revised: 6/6/25 effective 7/1/25)*

(a) The institution recognizes the student-athlete as a full-time student at the time of participation in the internship or cooperative educational work experience program;

(b) At the time of participation in the internship or cooperative educational work experience program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c) The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the internship or cooperative educational work experience program;

(d) The student-athlete satisfactorily completes the internship or cooperative educational work experience program; and

(e) The student-athlete earns a baccalaureate degree within five years or fewer.

**12.6.1.5 Pregnancy Exception.** A member institution may approve a one-year extension of the five-year period of eligibility for a female student-athlete for reasons of pregnancy. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.6 Athletics Activity Waiver.** The Committee on Student-Athlete Reinstatement, or a committee designated by it, shall have the authority to waive this provision by a two-thirds majority of its members present and voting to permit student-athletes to participate in: *(Revised: 1/10/91, 1/9/96, 1/14/12, 7/31/14, 10/17/19, 1/22/20, 6/6/25 effective 7/1/25)*

(a) Official Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships, Olympic and Paralympic training, tryouts and competition;

(b) Officially recognized training and competition directly qualifying participants for final Olympic or Paralympic tryouts; or

(c) Official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or non-Paralympic sport, the equivalent organization of that sport).

**12.6.1.6.1 Junior Level Competition.** The athletics activity waiver does not apply to junior level training, tryouts or competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the training, tryouts or competition specified in Bylaw 12.6.1.6. *(Adopted: 2/17/17, Revised: 6/6/25 effective 7/1/25)*

**12.6.1.6.2 Athletics Activity Waiver Criteria.** Extensions of the five-year period of eligibility for student-athletes by the Committee on Student-Athlete Reinstatement, or its designated committee, shall be based on the following criteria: The member institution in which the student-athlete is enrolled must establish to the satisfaction of the Committee on Student-Athlete Reinstatement (by objective evidence) that the student-athlete was unable to participate in intercollegiate athletics as a result of participation in one of the activities listed in the above legislation for a specific period of time. Further, such an extension shall be limited to one time and for a period not to exceed one year per student-athlete, per sport. *(Revised: 8/11/98, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.7 Five-Year Rule Waiver.** The Committee on Student-Athlete Reinstatement, or its designated committee, by a two-thirds majority of its members present and voting, may approve waivers of the five-year rule as it deems appropriate. *(Revised: 7/30/10, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.7.1 Waiver Criteria.** A waiver of the five-year period of eligibility is designed to provide a student-athlete with the opportunity to participate in four seasons of intercollegiate competition within a five-year period. This waiver may be granted, based upon objective evidence under the following circumstances: *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 4/27/00, 7/30/10, 7/31/14, 4/25/18, 5/19/22 applicable to a student-athlete who qualifies for a waiver that would provide the opportunity to participate in four seasons of competition within a five-year period, 6/6/25 effective 7/1/25)*

(a) The student-athlete did not use a season of intercollegiate competition due to an institutional decision to redshirt the student-athlete; the student-athlete was listed on the institution's squad list and was eligible for competition during the segment of the season that concludes with the NCAA championship; and the student-athlete was deprived of the opportunity to participate in intercollegiate competition in one other season due to circumstances beyond the control of the student-athlete or institution. (The use of this provision is limited to one time in a student-athlete's period of eligibility); or

(b) The student-athlete is deprived of the opportunity to participate for more than one season in his or her sport within the five-year period of eligibility for reasons that are beyond the control of the student-athlete or the institution.

**12.6.1.7.1.1 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete or the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 8/12/97, 1/9/06, 7/30/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation;

(c) Reliance by the student-athlete upon written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete, which directly leads to the student-athlete not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition;

(d) Natural disasters (e.g., earthquake, flood); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual upon whom the student-athlete is legally dependent, which prohibit the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent.

**12.6.1.7.1.2 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete or the institution and cause a participation opportunity to be used include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/9/96, 7/30/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) A student-athlete's decision to attend an institution that does not sponsor the student-athlete's sport, or decides not to participate at an institution that does sponsor the sport;

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, or disciplinary reasons or incarceration culminating in or resulting from a conviction;

(c) Reliance by a student-athlete upon misinformation from a coaching staff member;

(d) Redshirt year;

(e) Ineligibility to participate as a result of a transfer year of residence or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of the five-year period of eligibility.

**12.6.1.7.1.3 Circumstances of Extraordinary or Extreme Hardship.** The Committee on Student-Athlete Reinstatement reserves the right to review requests that do not meet the more-than-one-year criteria of this waiver for circumstances of extraordinary or extreme hardship. *(Revised: 4/25/18, 6/6/25 effective 7/1/25)*

**12.6.1.7.1.4 Practice While Waiver is Pending.** A student-athlete who has exhausted five years of eligibility may continue to practice (but not compete) for a maximum of 30 consecutive calendar days, provided the student-athlete's institution has submitted a waiver request. The student-athlete may not commence practice until the institution has filed such a request. Further, if such a request is denied before exhausting the 30-day practice period, the student-athlete must cease all practice activities upon the institution's notification of the denial. *(Revised: 4/25/18, 6/6/25 effective 7/1/25)*

## 12.6.2 Additional Applications of the Five-Year Rule. *(Revised: 6/6/25 effective 7/1/25)*

**12.6.2.1 Athletics Competition.** Even though an individual is enrolled for less than a minimum full-time program of studies at a collegiate institution, the individual's five-year period of eligibility begins if the individual represents the institution in intercollegiate athletics. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.2 Nonrecognized College.** Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the five-year rule only if: *(Revised: 1/10/90, 8/8/02, 7/31/14, 6/6/25 effective 7/1/25)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**12.6.2.3 Joint College/High School Program.** A student-athlete's eligibility under the five-year rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for high school students in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not participate in intercollegiate athletics while enrolled in the joint program. *(Revised: 11/1/01 effective 8/1/02, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.4 Vocational Program.** A student-athlete's eligibility under the five-year rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.5 Eligibility for Practice.** To be eligible to participate in organized practice sessions, a student-athlete shall have eligibility remaining under the five-year rule (see Bylaws 14.2.1.7 and 14.2.1.8). **[D]** *(Revised: 8/5/04, 7/31/14, 3/27/18, 6/6/25 effective 7/1/25)*

## 12.6.3 Criteria for Determining Season of Competition. *(Revised: 6/6/25 effective 7/1/25)*

**12.6.3.1 Minimum Amount of Competition.** Any competition, regardless of time, during a season in an intercollegiate sport shall be counted as a season of competition in that sport, except as provided in Bylaws 12.6.3.1.1, 12.6.3.1.2, 12.6.3.1.3, 12.6.3.1.4, 12.6.3.1.5 and 12.6.3.1.6. This provision is applicable to intercollegiate athletics competition conducted by a two-year or four-year collegiate institution at the varsity or subvarsity level. *(Revised: 1/11/94, 4/28/05 effective 8/1/05, 5/9/06, 1/16/10 effective 8/1/10, 7/31/14, 8/8/18 effective 8/1/18, 6/6/25 effective 7/1/25)*

**12.6.3.1.1 Two-Year College Scrimmages.** A two-year college prospective student-athlete may compete in a scrimmage as a member of a two-year college team without counting such competition as a season of competition, provided the competition meets all of the following conditions: *(Adopted: 1/11/94, Revised: 5/9/06, 7/31/14, 6/6/25 effective 7/1/25)*

(a) The scrimmage is approved by the two-year college;

(b) No official score is kept;

(c) No admission is charged;

(d) No official time is kept;

(e) The scrimmage is played before the two-year college's first regularly scheduled outside competition; and

(f) The prospective student-athlete participates in not more than two such scrimmages or dates of competition per academic year.

**12.6.3.1.2 Exception -- Nonchampionship Segment Competition -- Field Hockey, Men's Soccer, Women's Soccer, Women's Volleyball and Men's Water Polo.** In field hockey, men's soccer, women's soccer, women's volleyball and men's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete was academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 11/1/01, Revised: 8/8/02, 10/31/02, 5/9/06, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.1.3 Exception -- Nonchampionship Segment Competition -- Baseball, Women's Beach Volleyball, Lacrosse, Softball, Men's Volleyball and Women's Water Polo.** In baseball, women's beach volleyball, lacrosse, softball, men's volleyball and women's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete remains academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 6/28/17, Revised: 6/6/25 effective 7/1/25)*

**12.6.3.1.4 Preseason Exhibitions/Preseason Practice Scrimmages.** A student-athlete may compete in preseason exhibition contests and preseason practice scrimmages (as permitted in the particular sport per Bylaw 17) without counting such competition as a season of competition. *(Revised: 5/9/06, 7/31/14, 4/26/17, 6/6/25 effective 7/1/25)*

**12.6.3.1.5 Alumni Game, Fundraising Activity or Celebrity Sports Activity.** A student-athlete may engage in outside competition in either one alumni game, one fundraising activity or one celebrity sports activity during a season without counting such competition as a season of competition, provided the event is exempted from the institution's maximum number of contests or dates of competition as permitted in the particular sport per Bylaw 17. *(Adopted: 1/16/10 effective 8/1/10, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.1.6 Exception -- Football. [FBS/FCS]** In football, a student-athlete representing a Division I institution may compete in up to four contests in a season without using a season of competition. *(Adopted: 8/8/18 effective 8/1/18 for competition that occurs on or after 8/1/18, Revised: 6/12/19, 6/6/25 effective 7/1/25)*

**12.6.3.1.7 Exception -- Men's Wrestling.** In men's wrestling, a student-athlete representing a Division I institution may compete in up to five dates of competition during the student-athlete's initial year of collegiate enrollment without using a season of competition. Competition in a conference championship tournament, the NCAA Division I Wrestling Championships, or any other season-ending championship event shall not be exempted from counting as a season of competition. *(Adopted: 6/30/22 effective 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.3.2 Delayed Enrollment -- Seasons of Competition.** *(Revised: 6/6/25 effective 7/1/25)*

**12.6.3.2.1 Sports Other Than Men's Ice Hockey, Skiing and Tennis.** In sports other than men's ice hockey, skiing and tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term during a one-year period (by October 1 or March 1 immediately after one year has elapsed) after the student-athlete's high school graduation date or the graduation date of the student-athlete's class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to a delayed enrollment condition based on the number of contests (or dates of competition) in which the student-athlete participated as a percentage of the maximum number of permissible contests (or dates of competition) in the sport per NCAA Bylaw 17 for each calendar year after the one-year period and before full-time collegiate enrollment in which the student-athlete has participated in organized competition per Bylaw 12.02.6. (See Figure 12-2.) *(Adopted: 1/9/96 effective 8/1/97, Revised: 4/29/04 effective 8/1/04, 4/20/09, 4/29/10 effective 8/1/11, 7/31/14, 4/26/23, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, 6/6/25 effective 7/1/25)*

**12.6.3.2.1.1 Exception -- Transfer Student.** A student-athlete is not required to fulfill an academic year of residence before being eligible to represent the institution in intercollegiate competition, provided the student-athlete: *(Adopted: 1/23/19, Revised: 6/6/25 effective 7/1/25)*

(a) Attended a collegiate institution (or institutions) as a full-time student for at least two semesters or three quarters (excluding summer terms); and

(b) Satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit for each term of full-time attendance.

**12.6.3.2.1.2 Exception -- National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the one-year time period after the prospective student-athlete's high school graduation date or the graduation date of the prospective student-athlete's class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.6.3.2.1: *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18 applicable to a student-athlete who initially enrolls full time in a collegiate institution on or after 8/1/18, 10/17/19, 1/22/20, 6/6/25 effective 7/1/25)*

(a) Official Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships and established regional competition (e.g., North American Championships, European Championships) or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams);

(b) Officially recognized competition from which participants may be selected to a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships and established regional competition (e.g., North American Championships, European Championships) or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams) and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation).

**12.6.3.2.1.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.6.3.2.1. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.6.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19, 6/6/25 effective 7/1/25)*

**12.6.3.2.1.4 Track and Field and Cross Country.** A student-athlete who has participated in organized competition after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and before full-time collegiate enrollment during a cross country, indoor track and field, or outdoor track and field season (as opposed to general road racing events) shall be charged with a season of competition in the sport in which the student-athlete has participated for each calendar year after the one-year time period in which the student-athlete participated in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.2.1.5 Road Racing.** A student-athlete who has participated in road racing activities after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and before full-time collegiate enrollment shall be charged with a season of competition in each of the sports of cross country, indoor track and field, outdoor track and field, and triathlon for each calendar year after the one-year time period in which the student-athlete participates in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 1/18/14 effective 8/1/14, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.2.2 Tennis.** In tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term within six months (by October 1 or March 1 immediately after six months have elapsed) after the student-athlete's high school graduation date or the graduation date of the student-athlete's class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to a delayed enrollment condition based on the number of dates of

competition in which the student-athlete participated as a percentage of the maximum number of permissible dates of competition in the sport per NCAA Bylaw 17 for each calendar year after the six-month period and before full-time collegiate enrollment in which the student-athlete has participated in organized competition per Bylaw 12.02.6. (See Figure 12-2.) *(Adopted: 4/29/10 effective 8/1/12, Revised: 7/31/14, 4/26/23, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, 6/6/25 effective 7/1/25)*

**12.6.3.2.2.1 Exception -- Transfer Student.** A student-athlete is not required to fulfill an academic year of residence before being eligible to represent the institution in intercollegiate competition, provided the student-athlete: *(Adopted: 1/23/19, Revised: 6/6/25 effective 7/1/25)*

(a) Attended a collegiate institution (or institutions) as a full-time student for at least two semesters or three quarters (excluding summer terms); and

(b) Satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit for each term of full-time attendance.

**12.6.3.2.2.2 Exception -- National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the six-month time period after the prospective student-athlete's high school graduation date or the graduation date of the prospective student-athlete's class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.6.3.2.2: *(Adopted: 1/15/11 effective 8/1/12, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18, 10/17/19, 1/22/20, 6/6/25 effective 7/1/25)*

(a) Official Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships competition or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams);

(b) Officially recognized competition from which participants may directly qualify for final tryouts for a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships or the junior level equivalent (e.g., Youth Olympic Games, U20 World Cup, junior national teams) and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation).

**12.6.3.2.2.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.6.3.2.2. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.6.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19, 6/6/25 effective 7/1/25)*

**12.6.3.2.2.4 Matriculation After 20th Birthday -- Tennis.** In tennis, a student-athlete who is eligible under Bylaw 12.6.3.2.2, but who participates in organized tennis events after the student-athlete's 20th birthday and before full-time enrollment at the certifying institution shall be subject to a delayed enrollment condition based on the number of permissible dates of competition in which the student-athlete participated as a percentage of the maximum number of permissible dates of competition in the sport per NCAA Bylaw 17. (See Figure 12-2.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 6/10/04, 7/31/14, 1/23/19, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, 6/6/25 effective 7/1/25)*

**12.6.3.2.2.4.1 Exception -- Continuous Full-Time Enrollment.** A student-athlete who is eligible under Bylaw 12.6.3.2.2 and who maintained full-time enrollment in a collegiate institution during each regular academic term from initial, full-time enrollment in a collegiate institution to initial, full-time enrollment at the certifying institution is not subject to the application of Bylaw 12.6.3.2.2.4. *(Adopted: 4/25/18, Revised: 6/6/25 effective 7/1/25)*

**12.6.3.2.2.4.2 Exception -- Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships Participation.** Participation in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships or the junior level

equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams) is exempt from the application of Bylaw 12.6.3.2.2.4. *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18 applicable to a student-athlete who initially enrolls full time in a collegiate institution on or after 8/1/18, 1/22/20, 6/6/25 effective 7/1/25)*

**12.6.3.2.2.4.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.6.3.2.2. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.6.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19, 6/6/25 effective 7/1/25)*

**12.6.3.2.3 Low-level and Minimally Organized Participation.** A student-athlete may be granted relief from delayed enrollment conditions during the athletics eligibility certification process for participation that meets the definition of organized competition (see Bylaw 12.02.) but is determined to be low-level or minimally organized participation. *(Adopted: 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, Revised: 6/6/25 effective 7/1/25)*

**12.6.3.3 Participation After 21st Birthday -- Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, any participation as an individual or a team representative in organized sports competition by a prospective student-athlete during each 12-month period after the prospective student-athlete's 21st birthday and before initial, full-time enrollment in a collegiate institution shall result in a delayed enrollment condition based on the number of contests (or dates of competition) in which the prospective student-athlete participated as a percentage of the maximum number of permissible contests (or dates of competition) in the sport per NCAA Bylaw 17. (See Figure 12-2.). Participation in organized competition during time spent on an official religious mission, in the armed services or with recognized foreign aid services of the U.S. government shall be excepted. *(Revised: 1/10/90, 1/16/93, 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 6/10/04, 1/17/09 effective 8/1/10, 4/13/10 effective 8/1/11, 7/31/14, 4/25/18, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, 6/6/25 effective 7/1/25)*

**12.6.3.4 Foreign-Tour Competition.** A student-athlete who did not compete during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and before the start of the next academic year shall not be charged with a season of eligibility (see Bylaw 17.33.1.4). *(Revised: 8/11/98, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.5 Participation on an Institution's Club Team.** An individual is charged with a season of competition for participation in intercollegiate competition (see Bylaw 12.02.3) as a member of an institution's club team if that institution sponsored the sport as a varsity intercollegiate sport and as a club sport at the time of participation. *(Adopted: 6/24/09, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4 Hardship Waiver.** A student-athlete may be granted an additional year of competition by the conference or the Committee on Student-Athlete Reinstatement for reasons of "hardship." Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions: *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 8/1/97, 4/26/01 effective 8/1/01, 11/1/01, 4/3/02, 8/8/02, 3/10/04, 5/11/05, 9/18/07, 11/1/07 effective 8/1/08, 4/24/08, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

(a) The incapacitating injury or illness occurs in one of the four seasons of intercollegiate competition at any two-year or four-year collegiate institutions or occurs after the first day of classes in the student-athlete's senior year in high school;

(b) The injury or illness occurs before the first contest or date of competition of the second half of the playing season that concludes with the NCAA championship in that sport and results in incapacity to compete for the remainder of that playing season; and

(c) The injury or illness occurs when the student-athlete has not participated in more than three contests or dates of competition or 30 percent of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition, whichever is greater.

**12.6.4.1 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences or, in the case of an independent member institution, by the Committee on Student-Athlete Reinstatement. *(Revised: 10/28/04, 4/20/09, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.1.1 Review of Denied Waiver.** An institution may submit a denied hardship waiver to the Committee on Student-Athlete Reinstatement. The committee shall have the authority to review and determine whether to approve

the waiver based on circumstances that may warrant relief from the application of the legislated waiver criteria. *(Adopted: 4/20/09, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.2 Criteria for Administration of Hardship Waiver.** *(Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.1 Nature of Injury/Illness.** It is not necessary for the incapacitating injury or illness to be the direct result of the student-athlete's participation in the institution's organized practice or game competition. *(Revised: 11/1/01, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.2.2 Medical Documentation.** Contemporaneous or other appropriate medical documentation, from a physician (a medical doctor) who administered care at the time of the injury or illness, that establishes the student-athlete's inability to compete as a result of that injury or illness shall be submitted with any hardship-waiver request. Documentation from an individual other than a physician (e.g., chiropractor, physical therapist) may only be used to support the physician's documentation. For a case involving a psychological or mental illness, the required contemporaneous or other appropriate medical documentation may be provided by an individual (e.g., psychiatrist, psychologist) who is qualified and licensed to diagnose and treat the particular illness. *(Adopted: 4/20/99, Revised: 2/22/01, 7/31/14, 10/17/19, 6/6/25 effective 7/1/25)*

**12.6.4.2.3 First Half and 30 Percent of Season Denominator.** The denominator used to determine the first half and 30 percent of a season is the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition (see Figure 12-1). *(Revised: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.4.2.3.1 Exception -- Indoor and Outdoor Track and Field.** For an institution that sponsors both indoor and outdoor track and field, the number of completed dates of competition, including postseason competition, in the applicable season (either indoor or outdoor) is used to determine the first half and 30 percent of the season. For an institution that sponsors only indoor or outdoor track and field (but not both), the maximum number of dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 plus one date of competition is used to determine the first half and 30 percent of the season. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.3.2 Fraction in the First-Half-of-Season Computation.** A computation of the first-half-of-season that results in a fractional portion of a contest or date of competition shall be rounded up to the next whole number. The first contest or date of competition immediately following the rounded value is the first contest or date of competition in the second half of the season (see Figure 12-1). *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.3.3 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 30-percent of a 29-game basketball schedule -- 8.7 games -- shall be considered nine games). *(Revised: 1/14/97 effective 8/1/97, 4/26/07, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.4.2.4 Playing Season that Concludes with the NCAA Championship.** In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., golf, ice hockey), completed competition for the entire season (e.g., nonchampionship and championship segments) shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. In sports in which the playing season may be divided into two segments, but championship selection is based on competition during only one segment of the season (e.g., baseball, soccer), completed competition for only the championship segment shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.5 Exclusions from the First Half and 30 Percent of Season.** In identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated, the following competitions shall be excluded: *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

(a) Preseason exhibition contests and preseason practice scrimmages that do not count toward the use of a season of competition per Bylaw 12.6.3.1.4; and

(b) Annual exemptions (e.g., alumni game, foreign team in the United States) as specified in Bylaw 17 for the applicable sport, except for a conference championship and other postseason competition.

**12.6.4.2.6 Reinjury in Second Half of Season.** A student-athlete who suffers an injury in the first half of the season that concludes with the NCAA championship or who suffers an injury after the first day of classes in the student-athlete's senior year of high school, attempts to return to competition during the second half of that season and then is unable to participate further as a result of aggravating the original injury does not qualify for the hardship waiver. *(Revised: 11/1/01, 8/8/02, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.2.7 Outside Competition in Second Half of Season.** An individual who engages in outside competition during the second half of the institution's playing season that concludes with the NCAA championship, including competition while not representing the institution, does not qualify for a hardship waiver. *(Adopted: 10/17/19, Revised: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.4.2.8 Transfer Student-Athletes.** The application of the hardship legislation for a transfer student-athlete may be based on the method that would be most beneficial to the student-athlete (the rule applicable to the division in which the injury or illness occurred or the Division I rule). The application of a particular division's legislation must include all the applicable elements of that division's legislation. It is not permissible to use selected elements of the legislation of more than one division. *(Adopted: 11/12/97, Revised: 4/26/01 effective 8/1/01, 9/17/09, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.2.9 Foreign-Tour Competition.** A student-athlete who qualifies for a hardship for the previous academic year would not use a season of competition if the student-athlete represents the institution on a certified foreign tour during the summer-vacation period at the conclusion of that academic year. *(Adopted: 1/10/92, Revised: 4/26/01, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.5 Season-of-Competition Waiver -- Competition While Ineligible.** In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 12.10, a student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement when the student-athlete participated in a limited amount of competition as a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority; or the student-athlete's good-faith, erroneous reliance on a coaching staff member's decision to put the student-athlete into competition before the coaching staff member receiving a formal declaration of the student-athlete's eligibility from the institution's appropriate certifying authority. The competition must have occurred under all of the following conditions: *(Adopted: 1/16/93, Revised: 1/14/97 effective 8/1/97, 4/20/99, 4/25/02 effective 8/1/02, 8/4/05, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

(a) The competition occurred while the student-athlete was representing an NCAA member institution;

(b) The competition occurred within 60 days of the date the student-athlete first reported for athletics participation;

(c) The student-athlete did not participate in more than two events or 10 percent (whichever number is greater) of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition. All competition against outside participants that triggers the use of a season of competition shall be countable under this limitation in determining the number of events in which the student-athlete participated;

(d) The student-athlete was involved innocently and inadvertently in the erroneous determination or declaration of eligibility, which permitted the student-athlete to compete while ineligible; and

(e) In the case of a coaching staff member's erroneous decision, the student-athlete had reason to believe the student-athlete would be eligible to participate, and the student-athlete did not contribute to the coaching staff member's erroneous decision to allow the student-athlete to participate.

**12.6.5.1 Ten Percent Calculation.** The requirements specified in Bylaw 12.6.4.2.3 shall apply to the 10 percent calculation specified in this waiver. *(Adopted: 1/16/93, Revised: 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.6 Season-of-Competition Waiver -- Competition While Eligible.** A student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement in a case in which the student-athlete participated in a limited amount of competition while eligible due to a coach's documented misunderstanding of the legislation or other extenuating circumstances. In cases in which a student-athlete does not meet the criteria of this waiver, the Committee on Student-Athlete Reinstatement shall have authority to review and grant a waiver based on additional documented extenuating circumstances. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.6.1 Coach's Documented Misunderstanding.** The student-athlete participated as a result of good faith, reliance on a coaching staff member's decision to put the student-athlete in an alumni contest, exhibition contests, scrimmages, or

nonchampionship segment contests based on the coach's documented misunderstanding of NCAA legislation and the competition occurred under the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

(a) The competition occurred while the student-athlete was representing an NCAA institution;

(b) The competition occurred before the completion of the first 20 percent of the playing season that concludes with the NCAA championship in that sport; and

(c) The student-athlete did not compete in more than two events or 10 percent (whichever number is greater) of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition. All competition against outside participants that triggers the use of a season of competition shall be countable under this limitation in determining the number of events in which the student-athlete participated.

**12.6.6.1.1 Percent Calculation.** The requirements specified in Bylaw 12.6.4.2.3 shall apply to the percent calculation specified in this waiver. *(Adopted: 10/20/04, Revised: 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.6.2 Extenuating Circumstances.** Extenuating circumstances include, but are not limited to, the following: *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14, 6/6/25 effective 7/1/25)*

(a) The student-athlete failed to complete the entire season of competition at the institution as a result of a life-threatening injury or illness suffered by a member of the student-athlete's immediate family, that clearly is supported by contemporaneous medical documentation;

(b) The student-athlete failed to complete the entire season of competition at the institution as a result of extreme financial difficulties as a result of a specific event (e.g., layoff, death in family) experienced by the student-athlete or an individual upon whom the student-athlete is legally dependent and prohibited the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent;

(c) The student-athlete's institution dropped the sport (in which the student-athlete practiced or competed) from its intercollegiate program.

**12.6.6.2.1 Conditions of Competition.** The competition must have occurred under all of the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 1/14/08 effective 8/1/04, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

(a) The competition occurred before the first contest or date of competition of the second half of the playing season that concludes with the NCAA championship in the sport; and

(b) The student-athlete did not compete in more than three contests or dates of competition or 30 percent of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition, whichever is greater.

**12.6.6.2.1.1 Percent Calculation.** The requirements specified in Bylaws 12.6.4.2.3, 12.6.4.2.4 and 12.6.4.2.5 shall apply to the percent calculation specified in this waiver. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 1/14/08, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

## 12.7 U.S. Service Academy Exceptions, Special Eligibility Provisions. *(Revised: 6/6/25 effective 7/1/25)*

**12.7.1 Five-Year Rule.** The Committee on Student-Athlete Reinstatement, by a two-thirds majority of its members present and voting, may approve waivers to the five-year rule (see Bylaw 12.6) for student-athletes of the national service academies who have exhausted eligibility in one sport but wish to compete in another sport or sports in which they have eligibility remaining. *(Revised: 4/24/03 effective 8/1/03, 7/31/14, 6/6/25 effective 7/1/25)*

**12.7.2 Transfer Status.** A student who has attended as a freshman (plebe) only in the official summer-enrollment program of one of the four national service academies is not considered a transfer in the application of the transfer regulations of Bylaw 14.5. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

## 12.8 Certification of Eligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.8.1 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur before allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). A violation of this bylaw in which the institution fails to certify a student-athlete's eligibility before allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 3/8/06, 1/14/08, 7/31/14, 6/6/25 effective 7/1/25)*

**12.8.2 Squad-List Form.** The institution's athletics director shall compile on a form approved by the Legislative Committee a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the designated categories. A student-athlete's name must be on the official institutional form in order for the student-athlete to be eligible to represent the institution in intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight and the student-athlete is subsequently added to the form; however, the violation shall be considered an institutional violation per Bylaw 8.01.3. (See Bylaw 17.2.6 for details about the administration of the squad list.) *(Revised: 1/14/97, 11/1/07 effective 8/1/08, 7/31/14, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25)*

## 12.9 Ineligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.9.1 Obligation of Member Institution to Withhold Student-Athlete From Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal for restoration of the student-athlete's eligibility as provided in Bylaw 12.10 if it concludes that the circumstances warrant restoration. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.2 Ineligibility Resulting From Recruiting Violation.** An institution shall not enter a student-athlete (as an individual or as a member of a team) in intercollegiate competition if it is acknowledged by the institution or established through the infractions process that the institution or a representative of its athletics interests violated the legislation in the recruiting of the student-athlete. The institution may appeal for restoration of the student-athlete's eligibility as provided in Bylaw 12.10 if it concludes that circumstances warrant restoration. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.2.1 Payment of Legal Fees During Appeal. [A]** An institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete has signed the institution's written offer of admission and/or financial aid or the institution has received the individual's financial deposit in response to its offer of admission. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). *(Revised: 7/31/14, 10/9/24, 6/6/25 effective 7/1/25)*

**12.9.3 Application of Ineligibility Ruling Pending Appeal.** Once an interpretation (per Bylaw 9.3.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Bylaw 9.3.1.2.1.1 or 9.3.1.2.2) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership. *(Revised: 12/22/08, 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.4 Ineligible Participation.** *(Revised: 6/6/25 effective 7/1/25)*

**12.9.4.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport if the student-athlete participates in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal for restoration of the student-athlete's eligibility if it concludes that the circumstances warrant restoration (see Bylaw 12.10). *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.4.2 Restitution.** If a student-athlete who is ineligible under the terms of the bylaws or other legislation is permitted to participate in intercollegiate competition contrary to such NCAA legislation but in accordance with the terms of a court restraining order or injunction operative against the institution attended by such student-athlete or against the Association, or both, and said injunction is voluntarily vacated, stayed or reversed or it is finally determined by the courts that injunctive relief is not or was not justified, the Board of Directors may take any one or more of the following actions against such institution in the interest of restitution and fairness to competing institutions: *(Revised: 4/26/01 effective 8/1/01, 11/1/07 effective 8/1/08, 8/1/22, 8/31/22 effective 1/1/23, 6/6/25 effective 7/1/25)*

(a) Require that individual records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(b) Require that team records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(c) Require that team victories achieved during participation by such ineligible student-athlete shall be abrogated and the games or events forfeited to the opposing institutions;

(d) Require that individual awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(e) Require that team awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(f) Determine that the institution is ineligible for one or more NCAA championships in the sports and in the seasons in which such ineligible student-athlete participated;

(g) Determine that the institution is ineligible for invitational and postseason meets and tournaments in the sports and in the seasons in which such ineligible student-athlete participated;

(h) Require that the institution shall remit to the NCAA the institution's share of television receipts (other than the portion shared with other conference members) for appearing on any live television series or program if such ineligible student-athlete participates in a contest selected for such telecast, or if the Board of Directors concludes that the institution would not have been selected for such telecast but for the participation of such ineligible student-athlete during the season of the telecast; any such funds thus remitted shall be devoted to the NCAA postgraduate scholarship program; and

(i) Require that the institution that has been represented in an NCAA championship by such a student-athlete shall be assessed a financial penalty as determined by the Committee on Infractions.

## 12.10 Restoration of Eligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.10.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under an applicable provision of the constitution, bylaws or other regulations, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.10.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student-athlete. *(Revised: 1/11/94, 3/8/06, 7/31/14, 6/6/25 effective 7/1/25)*

**12.10.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for the student-athlete's involvement in a violation of NCAA regulations (as defined in Bylaw 19), and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student-athlete involved in a violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons. *(Revised: 6/6/25 effective 7/1/25)*

**FIGURE 12-1**
**Hardship Waiver Criteria**
***For injuries and illnesses occurring on or after August 1, 2022***

Use the figure below to identify the values for first half and 30 percent of the season for the applicable sport. Then apply the values to the institution's completed schedule for the playing season that concludes with the NCAA championship[1] as follows:

1.    When counting on the schedule to identify the first contest in the second half of the season, exclude the following:

   a.    Preseason exhibition contests and preseason practice scrimmages that do not count toward use of a season of competition per Bylaw 12.6.3.1.4; and

   b.    Bylaw 17 annual exemptions (e.g., alumni game, foreign team in the United States) except for the conference championship and other postseason competition which must be counted.

2.    When counting the number of contests or dates of competition in which the student-athlete has participated, exclude the following:

   a.    Preseason exhibition contests and preseason practice scrimmages that do not count toward use of a season of competition per Bylaw 12.6.3.1.4; and

   b.    Bylaw 17 annual exemptions (e.g., alumni game, foreign team in the United States) except for the conference championship and other postseason competition which must be counted.

3.    Please note, an individual who engages in outside competition during the second half of the playing season that concludes with the NCAA championship, including competition while not representing the institution (e.g., unattached), does not qualify for a hardship waiver per Bylaw 12.6.4.2.7.

| Sport | Denominator[2] | 30 Percent of Denominator | First Half of Playing Season |
|---|---|---|---|
| Acrobatics and Tumbling | 13 | 4 | Before the start of the 8th date of competition |
| Baseball | 57 | 18 | Before the start of the 30th contest |
| Basketball | No QRSMTE = 30 With QRSMTE = 32 | No QRSMTE = 9 With QRSMTE = 10 | No QRSMTE = Before the start of the 16th contest With QRSMTE = Before the start of the 17th contest |
| Beach Volleyball | 17 | 6 | Before the start of the 10th date of competition |
| Bowling, Women's | 33 | 10 | Before the start of the 18th date of competition |
| Cross Country | 8 | 3 | Before the start of the 5th date of competition |
| Equestrian, Women's | 16 | 5 | Before the start of the 9th date of competition |
| Fencing | 12 | 4 | Before the start of the 7th date of competition |
| Field Hockey | 21 | 7 | Before the start of the 12th contest |
| Football -- FBS [3] | 13 | 4 | Before the start of the 8th contest |
| Football -- FCS [3,4] | 12 or 13 | 4 | Before the start of the 7th or 8th contest |
| Golf | 25 | 8 | Before the start of the 14th date of competition |
| Gymnastics | 14 | 5 | Before the start of the 8th date of competition |
| Ice Hockey | 35 | 11 | Before the start of the 19th contest |
| Lacrosse, Men's | 18 | 6 | Before the start of the 10th date of competition |
| Lacrosse, Women's | 18 | 6 | Before the start of the 10th contest |
| Rifle | 14 | 5 | Before the start of the 8th date of competition |

| | | | |
|---|---|---|---|
| Rowing, Women's | 21 | 7 | Before the start of the 12th contest |
| Rugby, Women's | 17 | 6 | Before the start of the 10th contest |
| Skiing<br>    Alpine<br>    Nordic | <br>33<br>33 | <br>10<br>10 | <br>Before the start of the 18th date of competition<br>Before the start of the 18th date of competition |
| Soccer | 21 | 7 | Before the start of the 12th contest |
| Softball | 57 | 18 | Before the start of the 30th contest |
| Stunt | 17 | 6 | Before the start of the 10th date of competition |
| Swimming and Diving | 21 | 7 | Before the start of the 12th date of competition |
| Tennis | 26 | 8 | Before the start of the 14th date of competition |
| Track and Field (Indoor/Outdoor) | Completed dates of competition[5] | Will vary[5] | Based on the institution's completed dates of competition.[5] |
| Track and Field (Indoor Only) | 19 | 6 | Before the start of the 11th date of competition |
| Track and Field (Outdoor Only) | 19 | 6 | Before the start of the 11th date of competition |
| Triathlon, Women's | 7 | 3 | Before the start of the 5th date of competition |
| Volleyball, Men's | 29 | 9 | Before the start of the 16th date of competition |
| Volleyball, Women's | 33 | 10 | Before the start of the 18th contest |
| Water Polo | 22 | 7 | Before the start of the 12th date of competition |
| Wrestling, Men's | 17 | 6 | Before the start of the 10th date of competition |
| Wrestling, Women's | 17 | 6 | Before the start of the 10th date of competition |

[1] Nonchampionship segment competition is not considered for purposes of hardship waiver eligibility.

[2] Bylaw 17 maximum for the sport plus one pursuant to Bylaw 12.6.4.2.3.

[3] A Division I football student-athlete may compete in up to four contests without using a season of competition.

[4] See Bylaw 17.12.6.1. Twelve football contests shall be permissible during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November.

[5] See Bylaw 12.6.4.2.3.1 for additional information regarding the first half and 30 percent of season calculations for indoor and outdoor track and field.

### FIGURE 12-2 Delayed Enrollment Conditions

| Sport | Max | Contests | | Dates of Competition | |
|---|---|---|---|---|---|
| | | 20% | 50% | 20% | 50% |
| Acrobatics and Tumbling | 12 | | | 3 | 6 |
| Baseball | 56 | 12 | 28 | | |
| Basketball | 29 | 6 | 15 | | |
| Bowling, Women's | 32 | | | 7 | 16 |
| Cross Country | 7 | | | 2 | 4 |
| Equestrian, Women's | 15 | | | 3 | 8 |
| Fencing | 11 | | | 3 | 6 |
| Field Hockey | 20 | 4 | 10 | | |
| Football | | | | | |
|     FBS | 12 | 3 | 6 | | |
|     FCS | 11 | 3 | 6 | | |
| Golf | 24 | | | 5 | 12 |
| Gymnastics | 13 | | | 3 | 7 |
| Ice Hockey | 34 | 7 | 17 | | |
| Lacrosse | 17 | | | 4 | 9 |
| Rifle | 13 | | | 3 | 7 |
| Rowing, Women's | 20 | | | 4 | 10 |
| Rugby, Women's | 11 | 3 | 6 | | |
| Beach Volleyball, Women's | 16 | | | 4 | 8 |
| Skiing | 32 | | | 7 | 16 |
| Soccer | 20 | 4 | 10 | | |
| Softball | 56 | 12 | 28 | | |
| Stunt | 16 | | | 4 | 8 |
| Swimming and Diving | 20 | | | 4 | 10 |
| Tennis | 25 | | | 5 | 13 |
| Track and Field | | | | | |
|     Indoor | 9 | | | 2 | 5 |
|     Outdoor | 9 | | | 2 | 5 |
| Triathlon, Women's | 6 | | | 2 | 3 |
| Volleyball, Men's | 28 | | | 6 | 14 |
| Volleyball, Women's | 32 | 7 | 16 | | |
| Water Polo | 21 | | | 5 | 11 |
| Wrestling, Men's | 16 | | | 4 | 8 |
| Wrestling, Women's | 16 | | | 4 | 8 |

| Percentage of Maximum Number of Contests/Dates of Competition | | |
|---|---|---|
| (Applied to each 12-month period after the legislated grace period and before initial full-time collegiate enrollment, or for purposes of Bylaw 12.6.3.2.2.4, initial full-time enrollment at the certifying institution.) | | |
| ≤20% | >20% and ≤ to 50% | >50% |
| Apply a one-for-one withholding condition when the student-athlete competed in 20% or less of the maximum number of contests or dates of competition. | Charge one season of competition when the student-athlete competed in greater than 20% and less than or equal to 50% of the maximum number of contests or dates of competition. | Require an academic year of residence and charge one season of competition when the student-athlete competed in greater than 50% of the maximum number of contests or dates of competition. (See note.) |

**Note**: The academic year of residence does not apply to Bylaw 12.6.3.3 (participation after 21st birthday – men's ice hockey and skiing) or to student-athletes who meet the exception in Bylaw 12.6.3.2.2.4 (matriculation after 20th birthday – tennis). Further, relief of the academic year of residence will not be provided if the individual engaged in more than 50% of the maximum number of contests (dates of competition) in the applicable sport during any 12-month period of the delay.

BYLAW, ARTICLE 14
# Academic Eligibility

## 14.01 General Principles.

**14.01.1 Institutional Responsibility.** An institution shall not permit a student-athlete to represent it in intercollegiate athletics competition unless the student-athlete meets all applicable eligibility requirements, and the institution has certified the student-athlete's eligibility. A violation of this bylaw in which the institution fails to certify the student-athlete's eligibility before allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 1/14/08)*

**14.01.2 Academic Status.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies, be in good academic standing and maintain progress toward a baccalaureate or equivalent degree. *(Revised: 5/29/08)*

    **14.01.2.1 Good Academic Standing.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in good academic standing as determined by the academic authorities who determine the meaning of such phrases for all students of the institution, subject to controlling legislation of the conference or similar association of which the institution is a member. The standard of good academic standing required for a student-athlete to represent an institution in intercollegiate athletics competition must be at least as demanding as the institutional standard applied to all students to participate in extracurricular activities. *(Revised: 5/29/08, 10/4/17)*

        **14.01.2.1.1 Additional Application -- Baseball.** In baseball, a student-athlete who fails to meet the requirements of good academic standing at the beginning of an institution's fall term shall not be eligible for competition during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.01.3 Compliance With Other NCAA and Conference Legislation.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in compliance with all applicable provisions of the constitution and bylaws of the Association and all rules and regulations of the institution and the conference, if any, of which the institution is a member. A violation of this bylaw that relates only to a violation of a conference rule shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility. *(Revised: 10/27/06, 5/29/08)*

**14.01.4 Purpose of the Academic Performance Program.** The central purpose of the academic performance program is to ensure that the Division I membership is dedicated to providing student-athletes with exemplary educational and intercollegiate-athletics experiences in an environment that recognizes and supports the primacy of the academic mission of its member institutions, while enhancing the ability of male and female student-athletes to earn a four-year degree. *(Adopted: 4/29/04, Revised: 7/31/13)*

**14.01.5 Nature of Reward and Penalty Structure -- Academic Performance Program.** The Division I membership is committed to providing higher education for a diverse body of male and female student-athletes within the context of an institution's academic and admissions standards for all students through a system that rewards those institutions and teams that demonstrate commitment toward the academic progress, retention and graduation of student-athletes and penalizes those that do not. *(Adopted: 4/29/04, Revised: 7/31/13)*

**14.01.6 Disclosure Requirements -- Academic Performance Program.**

    **14.01.6.1 Academic Progress Rate -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its academic progress rate (APR) in a form approved and administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

    **14.01.6.2 Academic Performance Census -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its academic performance census (APC) in a form administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

    **14.01.6.3 Graduation Success Rate -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in a postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its graduation success rate (GSR) in a form approved and administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

## 14.02 Definitions and Applications.

**14.02.1 Academic Progress Rate.** The Committee on Academics shall have the authority to determine the minimum acceptable academic progress rate (APR), which shall include a calculation that accounts for currently enrolled student-athletes. The rate shall account for the institution's success in retaining and graduating all such student-athletes. Further, the rate shall account for the academic eligibility of the student-athletes, including all applicable NCAA, conference and institutional academic eligibility requirements. The committee shall publish an explanation of the APR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 8/6/09, 7/31/13, 8/7/14)*

**14.02.2 Branch School.** A branch school is an educational institution that usually offers two years of college work, does not award degrees independently, and is wholly controlled and operated by a four-year, degree-granting parent institution.

**14.02.3 Business Day.** A business day is any weekday that is not recognized as a national holiday, including any weekday during which an institution is closed for other reasons (e.g., holiday break). *(Adopted: 4/29/10 effective 8/1/10)*

**14.02.4 Collegiate Institution.** A collegiate institution (for purposes of NCAA legislation) is an institution of higher education that: *(Revised: 1/10/90, 8/8/02)*

(a) Is accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree;

(b) Conducts an intercollegiate athletics program, even though the institution is not accredited at the college level and authorized to offer at least a one-year program of study creditable toward a degree; or

(c) Is located in a foreign country.

**14.02.5 Education-Impacting Disability.** An education-impacting disability is a current impairment that has a substantial educational impact on a student's academic performance and requires accommodation. *(Adopted: 8/8/08)*

**14.02.6 Exception.** An exception is the granting of relief from the application of a specific regulation (e.g., the residence requirement for a transfer student from a two-year college to become eligible for competition). The action granting the exception may be taken solely by the certifying institution, based on evidence that the conditions on which the exception is authorized have been met (see Bylaw 14.02.14). *(Revised: 11/1/07 effective 8/1/08, 4/18/24)*

**14.02.7 Good Academic Standing and Progress Toward Degree.** The phrases "good academic standing" and "progress toward degree" are to be interpreted at each member institution by the academic officials who determine the meaning and application of such phrases for all students, subject to the controlling regulations of the institution; the conference (or a similar association), if any, of which the institution is a member; and applicable NCAA legislation (see Bylaw 14.4).

**14.02.8 Graduation Success Rate.** The Committee on Academics shall determine the minimum acceptable graduation success rate (GSR). The committee shall publish an explanation of the GSR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

**14.02.9 Participation in Intercollegiate Athletics.** Participation in intercollegiate athletics occurs when a student-athlete either practices in a sport (see Bylaw 17.02.1) or competes in a sport, as defined in Bylaw 17.02.10. Eligibility rules for competition may differ from those for practice.

**14.02.10 Qualification Status.**

**14.02.10.1 Qualifier.** A qualifier is a student who, for purposes of determining eligibility for financial aid, practice and competition, has met the requirements of Bylaw 14.3.1.1. *(Revised: 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.10.2 Academic Redshirt.** An academic redshirt is defined as one who has met the requirements of Bylaw 14.3.1.2 but not the requirements of Bylaw 14.3.1.1. *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.10.3 Nonqualifier.** A nonqualifier is a student who has not graduated from high school or who, at the time specified in the regulation (see Bylaw 14.3), has not successfully completed the required core curriculum or has not presented the required minimum core-curriculum grade-point average for a qualifier or academic redshirt. *(Revised: 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.11 Residence.** Residence is enrollment in a full-time academic program (as defined by the institution) at a collegiate institution during a regular term of an academic year. A summer term may not be used to satisfy an academic term of residence. Any student-athlete (e.g., qualifier, nonqualifier, transfer student from a two-year college) admitted after the 12th class day may not use that semester or quarter for the purpose of satisfying an academic term or year of residence. *(Revised: 4/14/10, 4/18/24)*

**14.02.11.1 Academic Year of Residence.** To satisfy an academic year of residence, a student shall: *(Revised: 4/14/10, 5/14/13)*

(a) Be enrolled in and complete a minimum full-time program of studies for two full semesters or three full quarters; or

(b) Be enrolled in a minimum full-time program of studies for two semesters or three quarters and pass a number of hours (including hours earned at the certifying institution during a summer term) that is at least equal to the sum total of the minimum load of each of the required terms.

**14.02.12 Term of Full-Time Enrollment.** For purposes of Bylaw 14.4, a term of full-time enrollment occurs when a student-athlete attends a class in a regular term (semester or quarter) of an academic year while registered as a full-time student, as determined by the institution. *(Adopted: 10/17/19)*

**14.02.13 Transfer Student.** A transfer student, in the application of NCAA eligibility requirements, is a student who transfers from any collegiate institution after having met any one of the conditions set forth in Bylaw 14.5.2.

**14.02.14 Waiver.** A waiver is an action exempting an individual or institution from the application of a specific regulation. A waiver requires formal approval (e.g., an NCAA committee or a conference, as specified in the legislation) based on evidence of compliance with the specified conditions or criteria under which the waiver is authorized or extenuating circumstances (see Bylaw 14.02.6). *(Revised: 11/1/07 effective 8/1/08)*

# 14.1 Admission, Enrollment and Academic Credentials.

**14.1.1 Admission.** A student-athlete shall not represent an institution in intercollegiate athletics competition unless the student has been admitted as a regularly enrolled, degree-seeking student in accordance with the regular, published entrance requirements of that institution.

**14.1.1.1 Special Admission.** A student-athlete may be admitted under a special exception to the institution's normal entrance requirements if the discretionary authority of the president or chancellor (or designated admissions officer or committee) to grant such exceptions is set forth in an official document published by the university (e.g., official catalog) that describes the institution's admissions requirements. *(Revised: 3/8/06)*

**14.1.2 Validity of Academic Credentials.** As a condition and obligation of membership, an institution is responsible for determining the validity of a student-athlete's academic record. *(Revised: 4/26/17 effective 8/1/17)*

**14.1.2.1 Invalidation of Academic Credentials After Initial-Eligibility Certification.** If a student-athlete's academic credentials (e.g., transcript, test scores) are invalidated after initial eligibility has been certified, the institution must report any violation that may have occurred as a result of the student-athlete's receipt of financial aid or participation in practice or competition and declare the student-athlete ineligible for competition. If such a violation occurred, the student-athlete remains ineligible for intercollegiate competition unless eligibility is restored regardless of whether an initial-eligibility waiver is granted after the invalidation of the academic credentials. *(Adopted: 3/3/11)*

**14.1.2.2 High School Review Committee.** The High School Review Committee shall have the authority to establish policies and procedures related to reviewing the validity of a high school and the validity of a prospective student-athlete's academic credentials. A review may result in a determination that a high school or a prospective student-athlete's academic credentials shall not be used to meet initial-eligibility requirements. The committee's policies and procedures shall be approved by the Committee on Academics. *(Adopted: 1/8/07, Revised: 11/1/07 effective 8/1/08, 8/7/14, 1/10/24)*

**14.1.2.3 NCAA Eligibility Center.** An institution shall use the NCAA Eligibility Center approved by the Board of Governors to determine the initial eligibility of a student-athlete. *(Adopted: 1/19/93 effective 8/1/94, Revised: 1/10/95, 3/10/04, 4/27/06 1/8/07, 5/9/07, 10/30/14)*

**14.1.2.3.1 Institutional Responsibility.** An institution is responsible for promptly reporting all discrepancies in information used in a student-athlete's initial-eligibility certification to the NCAA Eligibility Center. Discrepancies in information include, but are not limited to, corrections, additions, potential academic misconduct with regard to high schools attended, grades, completion of coursework or test scores. *(Adopted: 4/27/06, Revised: 5/9/07)*

# 14.2 Full-Time Enrollment.

**14.2.1 Requirement for Practice.** To be eligible to participate in organized practice sessions, a student-athlete shall be enrolled in a minimum full-time program of studies leading to a baccalaureate or equivalent degree as defined by the regulations of the certifying institution. (See Bylaw 12.6.2.5.) **[D]** *(Revised: 1/10/92, 10/28/99, 3/27/18)*

**14.2.1.1 Practice Prior to Initial Enrollment.** A student-athlete may practice during the official vacation period immediately preceding initial enrollment, provided the student has been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's initial participation; is no longer enrolled in the previous educational institution; and is eligible under all institutional and NCAA requirements.

**14.2.1.1.1 Prohibited Practice Activities -- General Rule.** A prospective student-athlete shall not engage in any practice activities (e.g., review of playbook, chalk talk, film review) with a coaching staff member prior to enrollment. A prospective student-athlete may observe an institution's practice session, including a session that is closed to the general public. *(Adopted: 12/12/06, Revised: 3/3/11, 5/30/13, 4/25/18 effective 8/1/18, 1/23/19 effective 8/1/19, 1/20/22)*

> **14.2.1.1.1.1 Exception -- Women's Basketball.** A prospective student-athlete who signed the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission may participate in virtual team activities (e.g., team meetings, film review) during an institution's summer vacation period, provided the prospective student-athlete has completed all academic requirements for high school graduation or all transfer academic requirements. *(Adopted: 1/20/22, Revised: 10/9/24)*

**14.2.1.2 Drop/Add Course.** A student-athlete no longer shall be considered enrolled in a minimum full-time program of studies (after dropping a course that places the student below full-time status) when the dropped course becomes official in accordance with procedures determined by the institution for all students. A student who is adding a course to reach full-time status shall become eligible for practice and competition once the course has been approved by the appropriate department head (or designated representative) and submitted to the registrar. *(Adopted: 1/10/92)*

**14.2.1.3 Exception -- Final Semester/Quarter.** A student-athlete with athletics eligibility remaining may participate in organized practice sessions while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of a baccalaureate or graduate degree program, or a minor or undergraduate certificate program and the institution certifies that the student is carrying (for credit) the courses necessary to complete the degree, minor or certificate requirements, as determined by the faculty of the institution. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. *(Revised: 3/27/18, 1/23/19 effective 8/1/19)*

> **14.2.1.3.1 Eligibility Following Final Term.** A student-athlete who is eligible for practice while enrolled less than full time during the student-athlete's final term remains eligible for practice during the remainder of the institution's season, including postseason events. (See Bylaw 12.6.) *(Adopted: 3/27/18)*

**14.2.1.4 Final Term Before Experiential Learning Requirement.** A student-athlete may practice while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate or postbaccalaureate degree program before participating in an experiential learning requirement (e.g., student teaching, internship, clinical, capstone project, etc.) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements, other than the experiential learning requirement. A student-athlete who uses this exception is not permitted to use the final semester/quarter exception the following semester or quarter. *(Adopted: 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after, Revised: 11/28/23)*

**14.2.1.5 Withdrawal or Dismissal.** A student-athlete who withdraws or is dismissed from an institution is considered to be a prospective student-athlete eligible for recruitment by other NCAA member institutions and may not continue to practice with the original institution's team.

**14.2.1.6 Exception -- Practice During First Week of Class.** A student-athlete may practice, but may not compete, during the institution's first five days of classes if the student-athlete is enrolled in less than a minimum full-time program of studies, provided the student is otherwise eligible under all institutional, conference and NCAA requirements. *(Adopted: 1/10/95 effective 8/1/95)*

**14.2.1.7 Exception -- Former Student Participating in Practice on an Occasional Basis -- Sports Other Than Football.** In sports other than football, a former student (e.g., former student-athlete) at the certifying institution may participate in an organized practice session on an occasional basis, provided the institution does not publicize the participation of the former student at any time before the practice session. *(Adopted: 3/3/11, Revised: 4/25/18 effective 8/1/18)*

**14.2.1.8 Exception -- U.S. Olympic and Paralympic Committee/National Governing Body -- Practice.** A student with eligibility remaining who is not enrolled or who is enrolled in less than a minimum full-time program of studies, or a former student-athlete may participate on a regular basis in organized practice sessions, provided the following conditions are met: *(Adopted: 4/26/17, Revised: 10/17/19, 1/22/20, 4/26/23 effective 8/1/23)*

(a) The practice sessions take place at the institution the individual previously attended as an undergraduate or currently attends or previously attended as a graduate student, except that a former student-athlete who has graduated and has no eligibility remaining may participate in practice sessions at an institution other than the individual previously attended;

(b) In the case of a former student-athlete, the practice sessions involve an individual sport or women's rowing;

(c) In the case of a current student-athlete with eligibility remaining, the practice sessions involve an individual or team sport;

(d) The institution receives confirmation that the U.S. Olympic and Paralympic Committee or national governing body in the sport has recommended the individual's participation;

(e) In sports other than men's gymnastics, the individual does not participate in any coaching activities unless the institution designates the individual in the appropriate coaching limits;

(f) In the case of a student-athlete with NCAA eligibility remaining in the sport, such participation occurs only during the academic year immediately preceding the Olympic or Paralympic Games; and

(g) In the case of a former student-athlete, such participation shall be limited to the number of years that allows the individual to practice with the institution's team in preparation for two consecutive Olympic or Paralympic Games following exhaustion of eligibility or completion of degree, whichever occurs earlier. A former student-athlete who has not graduated must be enrolled (full or part time) and making progress toward a degree.

**14.2.2 Requirement for Competition.** To be eligible for competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies leading to a baccalaureate or equivalent degree, which shall not be less than 12 semester or quarter hours. *(Revised: 6/1/07)*

**14.2.2.1 Exceptions.** The following exceptions to the minimum 12-semester or 12-quarter-hour enrollment requirement are permitted:

**14.2.2.1.1 Competition Prior to Initial Enrollment.** A student-athlete may compete during the official vacation period immediately preceding initial enrollment, provided the student has been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's initial participation; is no longer enrolled in the previous educational institution; and is eligible under all institutional and NCAA requirements. (See Bylaw 16.8.2.1.)

**14.2.2.1.2 Eligibility Between Terms.** To be eligible for competition that takes place between terms (including competition between a student-athlete's final term as an undergraduate student and first term as a graduate or postbaccalaurate student), the student-athlete shall: *(Revised: 1/11/89, 3/27/18)*

(a) Have been registered for the required minimum full-time load (see Bylaw 14.2.2) at the conclusion of the term immediately preceding the date of competition, if the student is continuing enrollment; or

(b) Be accepted for enrollment as a regular full-time student for the regular term immediately following if the student is either continuing enrollment or beginning enrollment (see Bylaw 14.4.3.4).

**14.2.2.1.3 Final Semester/Quarter.** A student-athlete may compete while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of a baccalaureate or graduate degree program, or a minor or undergraduate certificate program and the institution certifies that the student is carrying (for credit) the courses necessary to complete degree**,** minor or certificate requirements. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree, minor or certificate requirements during that semester or quarter and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Revised: 1/10/92, 1/16/93, 1/10/95, 2/1/05, 11/1/07 effective 8/1/08, 1/14/12, 8/21/12, 3/27/18, 1/23/19 effective 8/1/19)*

**14.2.2.1.3.1 Eligibility Following Final Term.** A student-athlete who is eligible to compete while enrolled less than full time during the student-athlete's final term remains eligible for regular-season competition that occurs after the term and any postseason event that begins within 60 days following the term. A student-athlete who attends a quarter-system institution and who graduates at the end of the winter quarter may compete in any postseason event (and preceding regular-season competition) that occurs during the same academic year following the completion of the winter quarter. (See Bylaw 12.6.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 3/27/18)*

**14.2.2.1.4 Final Term Before Experiential Learning Requirement.** A student-athlete may compete while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate or postbaccalaureate degree program before participating in an experiential learning requirement (e.g., student teaching, internship, clinical, capstone project, etc.) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements, other than the experiential learning requirement. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree requirements during the following final semester or quarter and is eligible to receive the baccalaureate or postbaccalaureate diploma on the institution's next degree granting date immediately following the final semester. A

student-athlete who uses this exception is not permitted to use the final semester/quarter exception in the following semester or quarter. *(Adopted: 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after, Revised: 11/28/23)*

**14.2.2.2 Noncredit Work.** Hours of noncredit work (including remedial courses) may be counted toward fulfilling the minimum full-time enrollment requirement, provided the noncredit work is given the same academic load value and is considered by the institution to be a requirement for the degree currently being pursued by the student.

**14.2.2.3 Concurrent Courses at Two Institutions.** Courses taken concurrently at a second institution may be counted toward meeting the minimum 12-hour enrollment requirement, provided:

(a) The certifying institution officially recognizes the student's combined hours as full-time enrollment for a minimum of 12 hours; and

(b) Courses taken at the second institution will be included on the student's transcript at the institution where the student is seeking the degree.

**14.2.2.4 Cooperative Educational Exchange Program.** A student-athlete may represent the certifying institution in intercollegiate athletics even though at the time of competition the student is enrolled in another institution in a cooperative educational exchange program, provided:

(a) The certifying institution considers the student to be regularly enrolled in a minimum full-time program of studies; and

(b) All work is placed on the student's transcript and accepted toward the student's undergraduate degree at the certifying institution.

**14.2.2.5 Cooperative Educational Work Experience Program.** A student-athlete may represent the certifying institution in intercollegiate athletics while enrolled in a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) offered by the institution, provided the student is considered to be enrolled in a full-time program of studies, regardless of the credit value of the program. However, a student who participates in a cooperative educational work experience program that is not a required element of the student's degree program must be enrolled in a minimum of six credit hours, which may include the credit value of the cooperative educational work experience program, at the certifying institution during the same term. *(Adopted: 10/28/10)*

**14.2.2.6 Nontraditional Courses.** Enrollment in a nontraditional course (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) offered by the certifying institution may be used to satisfy the full-time enrollment requirement for competition, provided the following conditions are met: *(Adopted: 4/28/11 effective 8/1/11)*

(a) The course is available to any student at the institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student;

(c) Enrollment in the course occurs within the institution's regular enrollment periods (pre-registration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures; and

(d) The course is conducted during the institution's regular academic schedule (term time) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.2.3 Waivers.** Waivers may be granted to the minimum 12-semester or 12-quarter hour enrollment requirement as follows: *(Revised: 1/16/10 effective 5/1/10)*

**14.2.3.1 Nontraditional Academic Calendars.** A student-athlete at an institution that determines enrollment hours on a basis other than traditional semester or quarter hours or that conducts a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) may practice and compete, if the student is enrolled for a comparable minimum academic load as determined by the Committee on Academics. *(Revised: 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 10/8/10)*

**14.2.3.2 Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships -- Competition.** The Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the minimum full-time enrollment requirement for any participant in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships (including junior levels of such events) who, because of such participation, may lose eligibility for practice and competition in any sport. *(Revised: 1/10/91, 1/9/96, 9/12/03, 12/13/05, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 1/14/12, 1/22/20)*

**14.2.3.3 Student-Athletes With Education-Impacting Disabilities.** The Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the 12-hour requirement for a student-athlete when objective evidence demonstrates that an institution defines full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the education-impacting disability. *(Adopted: 1/10/95, Revised: 11/1/07 effective 8/1/08, 8/7/08, 1/16/10 effective 5/1/10)*

**14.2.3.4 Full-Time Enrollment -- Practice and Competition.** Unless otherwise specified under this bylaw, the Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the 12-hour requirement for practice and competition. *(Adopted: 8/4/05, Revised: 11/1/07 effective 5/1/08, 1/16/10 effective 5/1/10)*

## 14.3 Freshman Academic Requirements.

**14.3.1 Eligibility for Financial Aid, Practice and Competition -- Qualifiers and Academic Redshirts.** A student-athlete who enrolls in a member institution as an entering freshman with no previous full-time college attendance shall meet the following academic requirements, as certified by the NCAA Eligibility Center, as approved by the Board of Governors, and any applicable institutional and conference regulations, to be considered a qualifier or an academic redshirt. *(Revised: 1/16/93 effective 8/1/94, 1/9/96 effective 8/1/97, 3/22/06, 5/9/07, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 10/30/14)*

**14.3.1.1 Qualifier.** A qualifier shall be eligible for financial aid, practice and competition during the first academic year of residence. A qualifier is defined as one who is a high school graduate and who presented the following academic qualifications: *(Revised: 1/10/90, 1/10/92 effective 8/1/95, 1/16/93 effective 8/1/90, 1/14/94 effective 8/1/96, 2/9/95, 1/11/00 effective 8/1/11, 11/1/01 effective 8/1/05, 4/24/02 effective 8/1/08, 10/31/02 effective 8/1/03 and 8/1/05, 4/26/06, 5/31/06, 5/9/07, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 5/9/18, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

(a) A minimum cumulative grade-point average of 2.300 (based on a maximum 4.000) in a successfully completed core curriculum of at least 16 academic courses per Bylaw 14.3.1.3, including the following:

| | |
|---|---|
| English | 4 years |
| Mathematics (Three years of mathematics courses at the level of Algebra I or higher). (Computer science courses containing significant programming elements that meet graduation requirements in the area of mathematics also may be accepted.) | 3 years |
| Natural or physical science (including at least one laboratory course if offered by the high school). (Computer science courses containing significant programming elements that meet graduation requirements in the area of natural or physical science also may be accepted.) | 2 years |
| Additional courses in English, mathematics, or natural or physical science | 1 year |
| Social science | 2 years |
| Additional academic courses [in any of the above areas or world language, philosophy or nondoctrinal religion (e.g., comparative religion) courses] | 4 years |

The record of the above courses and course grades must be certified by the Eligibility Center using either an official high school transcript forwarded directly from the high school or a high school transcript forwarded by an institution's admissions office; and

(b) Completion of 10 of the required 16 core courses before the start of the seventh semester (or the equivalent) of high school. Seven of the 10 core courses must include English, mathematics and natural or physical science. The 10 core courses used to fulfill this requirement and the grades achieved in such courses shall be used in determining the student-athlete's eligibility for financial aid, practice and competition during the first academic year of residence and shall not be replaced by courses or grades achieved in subsequently completed core courses, including courses completed after the core-curriculum time limitation pursuant to Bylaws 14.3.1.3.1.1 or 14.3.1.3.1.2. (See Bylaw 14.3.1.3.5.)

**14.3.1.1.1 Exception -- International Prospective Student-Athletes.** The provisions of Bylaw 14.3.1.1-(b) do not apply to a prospective student-athlete whose initial-eligibility certification is based entirely on international credentials. *(Adopted: 4/26/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.1.1.2 Exception -- Early Academic Certification.** A student-athlete presenting a core-course grade-point average of 3.000 or higher (based on a maximum of 4.000) in a minimum of 14 core courses upon completion of six

semesters (or the equivalent) shall be certified as a qualifier. The 14 core courses shall include three core courses in English, two in mathematics, two in natural or physical science (including at least one laboratory course, if offered), two additional core courses in English, mathematics, or natural or physical science and five additional core courses in any NCAA core area. The record of the courses and course grades must be certified by the Eligibility Center using either an official high school transcript forwarded directly from the high school or a high school transcript forwarded by an institution's admissions office. *(Adopted: 1/14/08 effective 8/1/08, Revised: 10/27/11, 4/26/12, 8/2/12 effective 8/1/13, 2/2/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.1.1.2.1 Submission of Final Transcript.** If a student-athlete is certified as a qualifier pursuant to the early academic certification exception and initial full-time collegiate enrollment occurs at the certifying institution during the first term of the academic year, the institution shall ensure submission of the final high school transcript (official or unofficial) to the Eligibility Center by February 1 following the student-athlete's initial full-time enrollment. If a student-athlete is certified as a qualifier pursuant to the early academic certification exception and initial full-time collegiate enrollment occurs at the certifying institution after the conclusion of the first term of the academic year, the institution shall ensure submission of the final high school transcript (official or unofficial) to the Eligibility Center by February 1 of the following academic year. **[D]** *(Adopted: 4/30/09 effective 8/1/09)*

**14.3.1.1.2.1.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The committee shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/09, Revised: 8/7/14)*

**14.3.1.2 Academic Redshirt.** An academic redshirt may receive institutional athletically related financial aid but may not compete during the first academic year of residence. An academic redshirt may practice only on campus or at the institution's regular practice facility during the first regular academic term of residence. An academic redshirt must successfully complete nine semester or eight quarter hours of academic credit in each applicable regular academic term in order to be eligible for practice in the immediately subsequent term of the initial academic year of residence. An academic redshirt is defined as one who is a high school graduate and who presented a minimum cumulative grade-point average of 2.000 (based on a maximum 4.000) in a successfully completed core curriculum of at least 16 academic courses per Bylaw 14.3.1.3, including the required courses set forth in Bylaw 14.3.1.1-(a). *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.1.2.1 Outside Competition -- Academic Redshirt.** An academic redshirt may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but during the first year of enrollment, such an individual is not permitted to practice or compete on an institutional club team or on an outside sports team. *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.1.3 Core-Curriculum Requirements.** A course must meet all the following criteria to satisfy core-curriculum requirements: *(Revised: 1/11/00 effective 8/1/00, 11/1/01 effective 8/1/05 for those students first entering a collegiate institution on or after 8/1/05, 8/7/08, 1/15/11 effective 1/14/12, 1/10/24 effective 8/1/24 August 1, 2024; for high school account, program or course reviews that occur on or after August 1, 2024.)*

(a) The course must be administered by a high school that meets criteria for validity (e.g., quality control and integrity of information, school policies and operations), as established by the High School Review Committee (see Bylaw 14.1.2.2);

(b) The instructional model for the course must meet criteria for review (e.g., instructor interaction, pacing, instructional time, monitoring, feedback, intervention), as established by the High School Review Committee;

(c) The curriculum for the course must meet high school graduation requirements in one or a combination of the following areas: English, mathematics, natural/physical science, social science, world language, philosophy or nondoctrinal religion (e.g., comparative religion); and

(d) The curriculum for the course must meet college preparatory criteria for content (e.g., standards, learning objectives, competencies) and rigor of performance tasks and assessments (e.g., application of skills and concepts, strategic or extended thinking), as established by the High School Review Committee.

**14.3.1.3.1 Core-Curriculum Time Limitation.** A prospective student-athlete must complete the core-curriculum requirements not later than the high school graduation date of the prospective student-athlete's class [as determined by the first year of enrollment in high school (ninth grade) or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility]. Graduation from high school or secondary school shall be based on the prospective student-athlete's prescribed educational path in the prospective student-athlete's country.

The eligibility of an international student-athlete whose prescribed educational path culminates with a leaving examination (e.g., General Certificate of Secondary Education, Baccalaureat, Arbitur) shall be determined based on the leaving examination, regardless of a delay in graduation or completion of the leaving examination. *(Revised: 1/10/90, 9/15/97, 11/1/01 effective 8/1/02, 4/26/07 effective 8/1/07, 1/15/11 effective 8/1/12 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/12)*

**14.3.1.3.1.1 Exception -- One Core Course after High School Graduation.** If a prospective student-athlete graduates from high school within the core-curriculum time limitation, the prospective student-athlete may use one core course, completed in the year after graduation (summer or academic year), but not later than the end of the academic year immediately after the high school graduation date of the prospective student-athlete's class, to satisfy the core-curriculum or minimum grade-point average requirements or both. The prospective student-athlete may complete the core course at a location other than the high school from which the prospective student-athlete graduated and may initially enroll full time at a collegiate institution at any time after completion of the core course. *(Adopted: 4/26/07 effective 8/1/07, Revised: 9/24/09)*

**14.3.1.3.1.1.1 Receipt of Athletically Related Financial Aid While Enrolled in Core Courses.** A prospective student-athlete may not use a core course completed after high school graduation to satisfy initial-eligibility requirements if the prospective student-athlete is enrolled in the core course while concurrently receiving athletically related financial aid to attend an institution's summer term. A prospective student-athlete may use a core course completed after high school graduation, provided the prospective student-athlete either completes the core course prior to receiving athletically related financial aid to attend an institution's summer term or does not enroll in the core course until after completion of the institution's summer term for which the prospective student-athlete is receiving athletically related financial aid (see Bylaw 15.2.7.1.4). *(Adopted: 9/24/09)*

**14.3.1.3.1.2 Exception -- Students with Education-Impacting Disabilities.** If a prospective student-athlete with a diagnosed education-impacting disability graduates from high school within the core-curriculum time limitation, the prospective student-athlete may use up to three core courses completed after high school graduation to satisfy the core-curriculum or minimum grade-point average requirements or both. The prospective student-athlete may complete the core courses at a location other than the high school from which the prospective student-athlete graduated and may initially enroll full time at a collegiate institution at any time after completion of the core courses. A prospective student-athlete may not use a core course completed after graduation if the prospective student-athlete receives institutional financial aid while enrolled in a course during the summer after the high school graduation date of the prospective student-athlete's class (see Bylaw 15.2.7.1.4). *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/24/03 effective 8/1/03, 11/1/07 effective 8/1/08, 4/17/08, 8/7/08, 4/30/09 effective 8/1/10 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/10)*

**14.3.1.3.2 College Courses. [#]** College courses may be used to satisfy core-curriculum requirements if accepted by the high school, provided the courses are accepted for any other student, meet all other requirements for core courses and are placed on the student's high school transcript. *(Revised: 4/26/12)*

**14.3.1.3.3 English as a Second Language Course. [#]** It is permissible to use an advanced-level English as a Second Language (ESL) course to satisfy a core-curriculum requirement, provided the is qualitatively and quantitatively the same as the comparison course in the regular-course offering and the course appears on the high school's list of approved core courses. Further, an advanced-level ESL course must be exclusively for ESL students and all students in the course must be at the same level. *(Adopted: 11/17/98, Revised: 1/15/11 effective 1/14/12, 1/13/16)*

**14.3.1.3.4 Courses for Students With Education-Impacting Disabilities. [#]** High school courses for students with education-impacting disabilities may be used to fulfill the core-curriculum requirements, even if such courses appear to be taught at a level below the high school's regular academic instructional level (e.g., special education courses), if the high school principal submits a written statement to the Eligibility Center indicating that the courses are substantially comparable, quantitatively and qualitatively, to similar core course offerings in that academic discipline and the courses appear on the high school's list of approved core courses. Students with education-impacting disabilities still must complete the required core courses and achieve the minimum required grade-point average in the core curriculum. The fact that the title of a course includes a designation such as "remedial," "special education," "special needs," or other similar titles used for courses designed for students with education-impacting disabilities does not, in and of itself, disqualify a course from satisfying core-curriculum requirements. *(Revised: 1/14/97 effective 8/1/97, 2/11/98, 4/24/03 effective 8/1/03, 8/7/08, 1/15/11 effective 1/14/12)*

**14.3.1.3.5 Grade Value of Core Courses.** The following grade values are to be used in determining a student's grade-point average in the core courses: A = 4 quality points, B = 3 quality points, C = 2 quality points, D = 1 quality

point. In determining the core-curriculum grade-point average, each grade earned in a course (including all numerical grades) must be converted to this 4.000 scale on an individual-course basis. Pluses or minuses within a grade level shall not receive greater or lesser quality points. A school's normal practice of weighting honors or advanced courses may be used to compute the quality points awarded in those courses and the cumulative grade-point average, provided a written statement verifying the grading policy accompanies the prospective student-athlete's official grade transcript. An honors or advanced course shall receive no greater than 1.000 additional quality point (e.g., A=5.000). In calculating the grade in a weighted honors or advanced course, if a high school does not assign quality points to its courses, quality points shall be added to each course before calculating the student's grade-point average and not added to a student's cumulative core-course grade-point average. The core-curriculum grade-point average may be calculated using the student's 16 best grades from courses that meet the distribution requirements of the core curriculum. *(Revised: 1/10/92 effective 8/1/95, 1/14/97, 4/15/98, 1/13/03 effective 8/1/05, 4/24/03 effective 8/1/08, 1/15/11 effective 1/14/12, 5/2/13 effective 8/1/16 for those student-athletes initially enrolling full time in a college institution on or after 8/1/16)*

**14.3.1.3.6 Pass-Fail Grades. [#]** Courses that are awarded pass-fail grades may be used to satisfy core-curriculum requirements. The Eligibility Center shall assign the course the lowest passing grade that the high school assigns for a pass-fail course. *(Revised: 1/14/97 effective 8/1/97, 4/15/97, 5/9/07, 1/15/11 effective 1/14/12)*

**14.3.1.3.7 Repeat Courses. [#]** A repeated course may be used only once to satisfy core-curriculum requirements. The best grade in that course may be used to calculate the grade-point average in the core curriculum. *(Revised: 1/15/11 effective 1/14/12)*

**14.3.1.3.8 Multiple High School Attendance. [#]** For a student-athlete who attends more than one high school, a Form 48-H (core-course form) and an official transcript from each high school the student-athlete attended must be used. However, the Eligibility Center may receive the official transcript from either the student-athlete's original high school or the high school from which the student-athlete graduated, or an institution's admissions office. *(Adopted: 1/10/92, Revised: 4/22/98 effective 8/1/98, 3/30/06, 5/9/07, 4/26/12)*

**14.3.1.4 Initial-Eligibility Waivers.** The Initial-Eligibility Waivers Committee (see Bylaw 21.7.5.1.3.1) shall have the authority to waive the initial-eligibility requirements based on objective evidence that demonstrates circumstances in which a student's overall academic record warrants a waiver of the normal application of this regulation. The committee shall oversee the process for reviewing such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary, aggregate form. *(Revised: 11/1/07 effective 8/1/08, 1/16/10 effective 5/11/10, 8/7/14)*

**14.3.1.5 Effect of Violations.** A violation of Bylaw 14.3.1 in which the student-athlete is subsequently certified as a qualifier shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

## 14.3.2 Eligibility for Financial Aid, Practice and Competition -- Nonqualifiers.

**14.3.2.1 Nonqualifier.** A nonqualifier is a student who has not graduated from high school or who, at the time specified in the regulation (see Bylaw 14.3), did not present the core-curriculum grade-point average required for a qualifier or an academic redshirt. *(Revised: 10/27/11, 4/26/12 effective 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.2.1.1 Eligibility for Aid, Practice and Competition.** An entering freshman with no previous college attendance who was a nonqualifier at the time of enrollment in a Division I institution shall not be eligible for competition or practice during the first academic year of residence. However, such a student shall be eligible for nonathletics institutional financial aid that is not from an athletics source and is based on financial need only, consistent with institutional and conference regulations. *(Revised: 1/10/95 effective 8/1/96)*

**14.3.2.2 Practice-Session Attendance.** A student-athlete who is a nonqualifier and who, therefore, is not eligible for practice, may not attend any practice sessions in any capacity, nor may the student-athlete attend any meeting characterized as practice (see Bylaw 17.02.1). *(Revised: 1/10/95 effective 8/1/96, 1/9/96 effective 8/1/96)*

**14.3.2.3 Outside Competition -- Nonqualifiers.** A nonqualifier may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but during the first year of enrollment [including an institution's term-time official vacation periods (e.g., mid-term break, Labor Day weekend) and between terms when classes are not in session (e.g., winter break)], such an individual is not permitted to practice or compete on an institutional club team or on an outside sports team, including a national team. *(Adopted: 1/10/13)*

**14.3.3 Seasons of Competition -- Nonqualifiers.** Nonqualifiers, recruited or nonrecruited, shall not engage in more than three seasons of competition in any one sport. A student who transfers to a Division I member institution from another collegiate institution shall not engage in more than four seasons of competition with not more than three of those seasons in Division I.

**14.3.3.1 Application of Delayed Enrollment Legislation.** A student-athlete who is charged with a season (or seasons) of eligibility due to the application of delayed enrollment legislation (Bylaws 12.6.3.2 and 12.6.3.3) is considered to have used that season (or seasons) of competition for purposes of Bylaw 14.3.3. *(Revised: 7/15/15)*

**14.3.3.2 Fourth Season of Competition -- Nonqualifiers.** A fourth season of intercollegiate competition shall be granted to a student-athlete who is a nonqualifier, provided that at the beginning of the fifth academic year following the student-athlete's initial, full-time collegiate enrollment, the student-athlete has completed at least 80 percent of the student-athlete's designated degree program. *(Revised: 4/28/05 effective 8/1/05, 1/3/06, 10/27/11, 4/26/12 effective 8/1/16)*

**14.3.3.2.1 Waiver.** The Progress-Toward-Degree Waivers Committee shall have the authority to grant a fourth season of intercollegiate competition to a student-athlete who is a nonqualifier based on objective evidence of extraordinary circumstances that warrant a waiver of the normal application of this regulation. *(Adopted: 1/13/98 effective 8/1/98, Revised: 4/27/00 effective 8/1/00, 8/4/05, 1/3/06, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.4 Residence Requirement -- Academic Redshirts and Nonqualifiers.** An academic redshirt must fulfill an academic year of residence in order to be eligible to compete and to practice away from the institution. A nonqualifier must fulfill an academic year of residence in order to be eligible for practice, competition and athletically related financial aid (see Bylaw 14.3.2.1.1). *(Revised: 1/10/90 effective 8/1/90, 1/10/95 effective 8/1/96, 1/3/06, 4/14/10, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.5 Determination of Freshman Eligibility.**

**14.3.5.1 Participation Prior to Certification.** If a student-athlete reports for athletics participation or initial enrollment at the certifying institution before his or her qualification status has been certified, the student may practice, but not compete, during a 45-day period, provided the student meets all other requirements to be eligible to practice. An institution may provide athletically related financial aid to the student during this period, provided the student meets all other requirements to receive athletically related financial aid. After the 45-day period, the student shall have established minimum requirements (as certified by the Eligibility Center) to continue practicing, to continue receiving athletically related financial aid or to compete. *(Revised: 1/11/89, 10/7/05, 5/9/07, 9/18/07, 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 6/30/22 effective 8/1/22)*

**14.3.5.1.1 Effect of Violations.** A violation of Bylaw 14.3.5.1 in which the student-athlete is subsequently certified as a qualifier shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

**14.3.5.2 High School Graduate.** In order to be considered a high school graduate, a prospective student-athlete shall meet all graduation requirements, including academic and nonacademic (e.g., state exit exams, community service, senior project) requirements, as defined for all students by the high school or secondary school. *(Adopted: 4/23/08)*

**14.3.5.2.1 Equivalency Test/Diploma.** A prospective student-athlete who does not graduate from high school but completes a state high school equivalency test [e.g., General Educational Development (GED)] and obtains a state high school equivalency diploma may satisfy the graduation requirement, provided the equivalency test is completed on or after the high school graduation date of the prospective student-athlete's class [as determined by the first year of enrollment in high school (ninth grade) or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility]. *(Revised: 6/16/04, 1/10/05 effective 8/1/05, 6/15/15)*

**14.3.5.3 Advanced Placement.** If the student-athlete is admitted with a minimum of 24 semester hours or a minimum of 36 quarter hours of advanced placement from a College Entrance Examination Board (CEEB) examination (or from a similar proficiency examination) and/or concurrent high school/college credit without previous enrollment at a collegiate institution, the student-athlete shall be immediately eligible. Credits earned from extension or summer-session courses may not be counted in satisfaction of this requirement. A "similar proficiency examination" must be an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. *(Revised: 1/14/12 effective 8/1/12)*

**14.3.5.3.1 International Certification.** An institution shall use the Eligibility Center to determine whether a "similar proficiency examination" taken by an international student-athlete is an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. In addition, the

Eligibility Center shall certify the eligibility of an international student-athlete based on the number of advanced placement hours accepted by the certifying institution. *(Adopted: 1/14/12 effective 8/1/12)*

**14.3.5.4 International Academic Standards.** A student from a foreign country shall satisfy the requirements outlined in the NCAA Guide to International Academic Standards for Athletics Eligibility. *(Revised: 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

## 14.4 Progress-Toward-Degree Requirements.

**14.4.1 Progress-Toward-Degree Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall maintain progress toward a baccalaureate or equivalent degree at that institution as determined by the regulations of that institution subject to controlling legislation of a conference or similar association of which the institution is a member and applicable NCAA legislation. (See Bylaw 20.2.4.13 regarding the obligations of members to publish their progress-toward-degree requirements for student-athletes.) *(Revised: 5/29/08, 4/15/09)*

**14.4.1.1 Bona Fide International Exchange Student.** The eligibility for competition of a bona fide international exchange student, as defined in Bylaw 14.5.1.3.1, shall be based on satisfactory completion of at least: *(Revised: 1/14/08 effective 8/1/08, 4/14/09)*

(a) Six semester or six quarter hours of academic credit during the preceding regular academic term in which the student has enrolled full time at the certifying institution;

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) A minimum grade-point average per academic term of enrollment as set forth in Bylaw 14.4.3.3.

**14.4.1.2 Temporary Student.** A student-athlete having the status of temporary, transient or exchange student shall not represent an institution in intercollegiate athletics competition unless such status is specifically allowed and governed by provisions adopted by the membership.

**14.4.2 Eligibility for Financial Aid and Practice.** Eligibility for institutional financial aid and practice during each academic year after a student-athlete's initial year of residence or after the student-athlete has used one season of eligibility in a sport shall be based upon the rules of the institution and the conference, if any, of which the institution is a member.

**14.4.3 Eligibility for Competition.**

**14.4.3.1 Fulfillment of Credit-Hour Requirements.** Eligibility for competition shall be determined based on satisfactory completion of at least: *(Revised: 1/10/92, 10/31/02 effective 8/1/03, 3/10/04, 4/28/05)*

(a) Twenty-four semester or 36 quarter hours of academic credit prior to the start of the student-athlete's second year of collegiate enrollment (third semester, fourth quarter);

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) Six semester or six quarter hours of academic credit during the preceding regular academic term (e.g., fall semester, winter quarter) in which the student-athlete has been enrolled full time at any collegiate institution (see Bylaw 14.4.3.4.3 for postseason certification).

**14.4.3.1.1 Regular Academic Year.** For purposes of Bylaw 14.4.3.1, the regular academic year shall be defined as the time beginning with the opening of the institution's fall term and concluding with the institution's spring commencement exercises. *(Adopted: 4/2/03 effective 8/1/03, Revised: 6/1/06)*

**14.4.3.1.2 Transfer.** To be eligible for competition, a transfer student-athlete must meet the following credit-hour requirements based on attendance at the previous institution or institutions for the specified time and may use any hours of academic credit earned at any collegiate institution: *(Adopted: 10/31/02 effective 8/1/03, Revised: 5/12/05)*

(a) Equivalent of one semester/one quarter: six semester or six quarter hours of academic credit;

(b) Equivalent of one academic year (e.g., two semesters/three quarters): 24 semester or 36 quarter hours of academic credit;

(c) Equivalent of three semesters/four quarters: 30 semester or 42 quarter hours of academic credit; or

(d) Equivalent of four semesters/six quarters and thereafter: six semester or six quarter hours of academic credit during the previous term of full-time enrollment, if applicable (see Bylaw 14.4.3.1.2.1).

**14.4.3.1.2.1 Six-Hour Requirement for Transfer.** A transfer student-athlete from a domestic two-year or four-year collegiate institution must complete six hours of academic credit during the previous term of full-time enrollment regardless of when the student-athlete enrolls in the certifying institution. A transfer student-athlete from a foreign collegiate institution is not required to complete six hours of academic credit in the previous term of full-time enrollment. *(Adopted: 5/12/05)*

**14.4.3.1.3 Regaining Eligibility.** For purposes of Bylaw 14.4.3.1-(a), a student-athlete who does not meet the 24 semester or 36 quarter credit-hour requirement prior to the start of the student-athlete's second year of collegiate enrollment (third semester, fourth quarter), may become eligible at the beginning of the next academic term by successfully completing 24 semester or 36 quarter hours during the previous two semesters or three quarters. *(Adopted: 4/14/03 effective 8/1/03, Revised: 4/28/05)*

**14.4.3.1.3.1 Exception -- Baseball.** In baseball, a student-athlete who is subject to the 24 semester or 36 quarter credit-hour requirement at the beginning of an institution's fall term and fails to meet the requirement based on the student-athlete's academic record in existence at that time shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.4 Application of Rule.** For purposes of Bylaw 14.4.3.1-(b), once a student-athlete initially enrolls as a full-time student [including a midyear enrollee (freshman or transfer)], the student-athlete must meet the 18 semester/27 quarter hour requirement prior to the start of the institution's third semester or fourth quarter following the student-athlete's initial full-time enrollment. Further, the 18 semester/27 quarter hour requirement applies to each academic year in which a student-athlete is enrolled as a full-time student during any term of that academic year. (See Bylaw 14.02.12.) Credits earned during a term in which a student-athlete is enrolled in less than a full-time program of studies may be used to satisfy the 18 semester/27 quarter hour requirement only if such credits are combined with credits earned during a term that immediately precedes or immediately follows a term in which the student-athlete is enrolled as a full-time student. Credits earned during a part-time term may be completed at an institution other than the certifying institution. *(Adopted: 4/14/03 effective 8/1/03, Revised: 9/18/07, 4/8/09, 10/17/19)*

**14.4.3.1.4.1 Application to a Midyear Enrollee.** After a midyear enrollee's initial certification, (prior to the start of the institution's third semester or fourth quarter following the student-athlete's initial full-time enrollment), the student-athlete's completion of the 18 semester/27 quarter hour requirement shall be certified prior to the start of each academic year based on the student-athlete's record since the beginning of the previous fall term. *(Adopted: 4/8/09)*

**14.4.3.1.4.2 Additional Application -- Baseball.** In baseball, a student-athlete who is subject to the 18 semester/27 quarter hour requirement at the beginning of an institution's fall term and fails to meet the requirement based on the student-athlete's academic record in existence at that time shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.5 Additional Application of Six-Hour and Transfer Rules -- Baseball.** In baseball, a student-athlete who fails to meet the requirements of Bylaws 14.4.3.1-(c) or 14.4.3.1.2, or both, to be eligible for an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.6 Additional Requirements -- Football. [FBS/FCS]** In football, a student-athlete who is a member of the institution's football team and who does not successfully complete at least nine semester hours or eight quarter hours of academic credit during the fall term or does not earn the Academic Progress Rate eligibility point for the fall term (or does not successfully complete either requirement) shall not be eligible to compete in the first four contests against outside competition in the following playing season. *(Adopted: 4/28/11 effective 8/1/11, Revised: 5/28/13)*

**14.4.3.1.6.1 Regaining Eligibility for Two Contests. [FBS/FCS]** A student-athlete who is ineligible, pursuant to Bylaw 14.4.3.1.6, to compete in the first four contests of a playing season against outside competition may regain eligibility to compete in the third and fourth contests of that season, provided the student-athlete successfully completes at least 27 semester hours or 40 quarter hours of academic credit before the beginning of the next fall term. A student-athlete in the initial year of full-time collegiate enrollment may use credit hours earned at the certifying institution during the summer prior to initial full-time enrollment and credit hours earned during the summer following the regular academic year to satisfy the 27 semester/40 quarter credit-hour requirement. *(Adopted: 4/28/11 effective 8/1/11, Revised: 2/6/12)*

**14.4.3.1.6.2 Regaining Full Eligibility -- One-Time Exception. [FBS/FCS]** One time during a student-athlete's five-year period of eligibility, a student-athlete who is ineligible, pursuant to Bylaw 14.4.3.1.6, to compete in the first four contests of a playing season against outside competition may regain eligibility to compete in the first four contests of that season, provided the student-athlete successfully completes at least 27 semester hours or 40 quarter hours of academic credit before the beginning of the next fall term. A student-athlete in the initial year

of full-time collegiate enrollment may use credit hours earned at the certifying institution during the summer prior to initial full-time enrollment and credit hours earned during the summer following the regular academic year to satisfy the 27 semester/40 quarter credit-hour requirement. *(Adopted: 4/28/11 effective 8/1/11, Revised: 2/6/12, 5/28/13)*

**14.4.3.1.7 Hours Earned or Accepted for Degree Credit.** The calculation of credit hours for the application of Bylaws 14.4.3.1-(a), 14.4.3.1-(c) and 14.4.3.1.6 shall be based on hours earned or accepted for degree credit at the certifying institution in a student-athlete's specific baccalaureate degree program, as follows: *(Adopted: 1/14/97, Revised: 1/9/06 effective 8/1/06, 3/12/12, 3/27/18, 1/29/19 effective 8/1/19 for certification of eligibility for competition that occurs on or after 8/1/19.)*

(a) During the first two years of enrollment, a student-athlete may use credits acceptable toward any of the institution's degree programs;

(b) By the beginning of the third year of enrollment (fifth semester or seventh quarter), a student-athlete shall be required to have designated a program of studies leading toward a specific baccalaureate degree. From that point, the credits used to meet the progress-toward-degree requirements must be degree credit toward the student's designated degree program;

(c) A student-athlete who changes designated degree programs between terms may comply with the progress-toward-degree requirements if:

   (1) The change in programs is documented appropriately by the institution's academic authorities;

   (2) The credits earned prior to the change are acceptable toward the degree previously sought; and

   (3) The credits earned from the time of the change are acceptable toward the new desired degree.

(d) A student-athlete who, in accordance with institutional policy, changes designated degree programs during a regular academic term may use credits earned during the term to fulfill credit-hour requirements toward the degree previously sought or the newly designated degree; and

(e) Once a student-athlete has begun the third year of enrollment (fifth semester or seventh quarter), a course may not be used to fulfill the credit-hour requirements for meeting progress toward degree if the student ultimately must repeat the course to fulfill the requirements of the student's major, even if the course fulfills an elective component of the student-athlete's degree program.

**14.4.3.1.7.1 Exception -- Final Academic Year of Degree Program.** A student-athlete who is in the final academic year (final two semesters or three quarters) of the student-athlete's designated degree program may use credit hours acceptable toward any of the institution's degree programs to satisfy the six-hour requirement (see Bylaw 14.4.3.1) and the nine semester or eight quarter-hour requirement (see Bylaw 14.4.3.1.6), provided the institution certifies that the student is enrolled in courses necessary to complete degree requirements at the end of the two semesters or three quarters or the following summer. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree requirements and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Adopted: 8/5/04, Revised: 3/27/18)*

**14.4.3.1.7.2 Hours Earned or Accepted Toward a Minor.** Credit hours earned or accepted toward a minor, including a voluntary or optional minor (a minor that is not a required element of the original baccalaureate degree program for all students) may be used to satisfy the credit-hour requirements after the first two years of enrollment, provided the minor is officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. *(Adopted: 9/24/09, Revised: 4/26/17 effective 8/1/17, 4/18/18)*

**14.4.3.1.7.3 Hours Earned or Accepted Toward an Undergraduate Certificate Program.** Credit hours earned or accepted toward an undergraduate certificate program may be used to satisfy credit-hour requirements after the first two years of enrollment, provided the following conditions are met: *(Adopted: 4/26/17 effective 8/1/17, Revised: 4/18/18)*

(a) Completion of the certificate requires a minimum of nine credit hours;

(b) Enrollment in the program is only available to regular, degree-seeking, undergraduate students; and

(c) The student-athlete officially designates the program (pursuant to institutional policy)  before the conclusion of the institution's first five days of classes of the applicable term.

**14.4.3.2 Fulfillment of Percentage of Degree Requirements.** A student-athlete who is entering the third year of collegiate enrollment shall have completed successfully at least 40 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fourth year of collegiate enrollment shall have completed

successfully at least 60 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fifth year of collegiate enrollment shall have completed successfully at least 80 percent of the course requirements in the student's specific degree program. The course requirements must be in the student's specific degree program (as opposed to the student's major). *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/9/96, 10/31/02 effective 8/1/03)*

**14.4.3.2.1 Five-Year Degree Program.** If the student-athlete's degree is identified in the institution's official catalog as a five-year program or otherwise requires the completion of a minimum of 150 semester or 225 quarter hours, the student-athlete who is entering the third year of collegiate enrollment shall have completed successfully 33 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fourth year of collegiate enrollment shall have completed successfully 50 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fifth year of collegiate enrollment shall have completed successfully 67 percent of the course requirements in the student's specific degree program. *(Adopted: 1/14/97, Revised: 10/31/02 effective 8/1/03)*

**14.4.3.2.2 Application of Rule to Transfer Student.** The provisions of Bylaw 14.4.3.2 shall be applicable to the eligibility of a transfer student from a two-year or four-year collegiate institution, even if the student has not yet completed an academic year of residence or used a season of eligibility in a sport at the certifying institution. *(Adopted: 1/10/92 effective 8/1/92)*

**14.4.3.2.2.1 Exception -- National Service Academies.** The provisions of Bylaw 14.4.3.2 shall only apply to the eligibility of a student-athlete for those years in which the student-athlete is enrolled at a national service academy. *(Adopted: 4/24/03)*

**14.4.3.2.3 Timing of Certification.** A student-athlete's eligibility under this provision shall be determined on the basis of the student's academic record in existence at the beginning of that student's third or later academic year (fifth semester or seventh quarter) of full-time enrollment (see Bylaw 14.02.12). If the student-athlete is ineligible under the provisions of the progress-toward-degree legislation at the beginning of that term, eligibility may be reinstated at the beginning of any other regular term of that student's specific academic year, based on the student's later fulfillment of the necessary degree requirements. *(Adopted: 1/11/94, Revised: 1/10/95, 10/17/19)*

**14.4.3.2.3.1 Exception -- Baseball.** In baseball, a student-athlete who is ineligible under this provision at the beginning of an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.2.4 Hours Earned or Accepted Toward a Minor.** Credit hours earned or accepted toward a voluntary or optional minor (a minor that is not a required element of the original baccalaureate degree program for all students) may not be used to satisfy percentage-of-degree requirements even if the student-athlete must complete the requirements of the voluntary or optional minor to graduate. A student-athlete may use credits earned in a minor only if the minor is a required element for all students to obtain the original baccalaureate degree. *(Adopted: 9/24/09)*

**14.4.3.3 Fulfillment of Minimum Grade-Point Average Requirements.** A student-athlete who is entering the second year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum 4.000) that equals at least 90 percent of the institution's overall cumulative grade-point average required for graduation. A student-athlete who is entering the third year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum of 4.000) that equals 95 percent of the institution's overall cumulative minimum grade-point average required for graduation. A student-athlete who is entering the fourth or later year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum of 4.000) that equals 100 percent of the institution's overall cumulative grade-point average required for graduation. If the institution does not have an overall grade-point average required for graduation, it is permissible to use the lowest grade-point average required for any of the institution's degree programs in determining the cumulative minimum grade-point average. The minimum grade-point average must be computed pursuant to institutional policies applicable to all students. *(Adopted: 1/10/92 effective 8/1/92, Revised: 10/31/02 effective 8/1/03, 4/15/09)*

**14.4.3.3.1 Application of Rule to Transfer Student.** The provisions of Bylaw 14.4.3.3 shall be applicable to the eligibility of a transfer student from a two-year or four-year collegiate institution who has completed an academic term of residence at the certifying institution. A student-athlete who attends the certifying institution as a full-time student, transfers to another institution and later returns to the original institution is immediately subject to the provisions of Bylaw 14.4.3.3 on re-enrollment. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/9/06 effective 8/1/06, 4/15/09, 9/24/09)*

**14.4.3.3.2 Timing of Certification -- Sports Other Than Men's Wrestling.** In sports other than men's wrestling, a student-athlete's eligibility under this provision shall be certified by the first date of competition or contest of each regular term of an academic year beginning with that student's second or later academic year (third semester or

fourth quarter) of full-time enrollment (see Bylaw 14.02.12). The certification shall be based on the student-athlete's academic record in existence at the beginning of the applicable term. *(Adopted: 1/11/94, Revised: 1/10/95, 4/24/03 effective 8/1/03, 5/9/08, 4/15/09, 10/17/19, 6/30/22 effective 8/1/22)*

**14.4.3.3.2.1 Exception -- Baseball.** In baseball, a student-athlete who is ineligible under this provision at the beginning of an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.3.3 Additional Requirement -- Men's Wrestling.** In men's wrestling, a student-athlete who has completed an academic term in residence at the certifying institution shall present either a cumulative minimum grade-point average or a term minimum grade-point average of at least 2.000. A student-athlete's eligibility under this provision shall be certified by the first date of competition or contest of each regular term of an academic year beginning with that student-athlete's second term of full-time enrollment. The certification shall be based on the student-athlete's record in existence at the beginning of the applicable term. *(Adopted: 6/30/22 effective 8/1/22, Revised: 8/16/22)*

**14.4.3.4 Change in Eligibility Status.** If a student-athlete's academic eligibility changes at the end of a quarter or semester, the student-athlete shall become eligible or ineligible to compete on the date eligibility officially is certified by the appropriate institutional authority. In a case in which the student becomes eligible at the end of the term, the earliest date on which the student can become eligible to compete is the day after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. In a case in which the student becomes ineligible, the ineligibility shall become effective not later than the first day of classes of the following semester or quarter. In any case, if the student-athlete is academically eligible to compete at the time of the student-athlete's or the institution's first participation in an NCAA championship, the student-athlete shall remain eligible for the remainder of the championship. *(Revised: 7/31/14)*

**14.4.3.4.1 Certification of Eligibility at the End of the Academic Year.** A student-athlete who was ineligible to compete during an entire academic year (did not meet progress-toward-degree requirements or was serving a transfer year of residence) may not be certified as eligible to compete in the season already in progress (e.g., outdoor track and field, baseball) at the end of the academic year. A student-athlete who was eligible for competition at the beginning of the academic year but became ineligible at midyear (e.g., due to failure to meet the six-hour requirement) may be certified as eligible at the end of the academic year for competition in a season already in progress (e.g., outdoor track and field, baseball), provided the student-athlete meets all applicable progress-toward-degree requirements to be eligible for competition during the subsequent fall term. *(Adopted: 10/4/16)*

**14.4.3.4.2 Exception.**

**14.4.3.4.2.1 Institutions With Official Posting Date for Grades.** An institution whose official posting date for grades falls within three days of the first day of classes for the following academic term shall have three business days from the official date on which grades must be posted to certify that student-athletes have satisfactorily completed at least six semester or six quarter hours of academic credit during the preceding regular academic term (see Bylaw 14.4.3.1) and to certify that student-athletes have satisfied the grade-point average requirements per Bylaw 14.4.3.3. For those institutions that post grades on a rolling basis, the three-business-day period shall begin within the first week of classes. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

**14.4.3.4.2.2 Institutions With No Official Posting Date for Grades.** An institution whose official submission date for grades falls on or after the first day of classes for the following academic term shall have five business days from the date on which grades are submitted to certify that student-athletes have satisfactorily completed at least six semester or six quarter hours of academic credit during the preceding regular academic term (see Bylaw 14.4.3.1) and to certify that student-athletes have maintained grade-point average requirements per Bylaw 14.4.3.3. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

**14.4.3.4.2.3 Certification of Eligibility.** During the three-business-day or five-business day period, a student-athlete who is otherwise eligible under NCAA, conference and institutional requirements, shall be permitted to compete. If during the exception period, a student-athlete is certified ineligible, the student-athlete shall be declared immediately ineligible for competition. If the three-business-day or five-business-day period concludes prior to the certification of eligibility for any student-athlete, the student-athlete shall be ineligible until such time the student-athlete is declared eligible for competition. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

**14.4.3.4.3 Eligibility for Postseason Competition -- Between Terms.** To be eligible to compete in a postseason event (e.g., conference tournament, bowl game, National Invitation Tournament, Women's Basketball Invitation Tournament, NCAA championship) that occurs between regular terms (including summer) a student-athlete shall have satisfactorily completed six semester or six quarter hours of academic credit during the preceding

regular academic term of full-time enrollment (see Bylaws 14.02.12, 14.4.3.1 and 14.4.3.1.7). *(Adopted: 4/28/05 effective 8/1/05, Revised: 12/12/06, 1/8/07 effective 8/1/07, 4/26/07 effective 8/1/07, 7/31/14, 10/17/19)*

**14.4.3.4.3.1 Less Than Full-Time Enrollment.** A student-athlete who was enrolled in less than a minimum full-time program of studies pursuant to an exception or waiver during the term immediately prior to the postseason event is subject to the following requirements: *(Adopted: 1/8/07 effective 8/1/07)*

(a) If the student-athlete was enrolled in at least six credit hours, the student-athlete shall have satisfactorily completed six semester or six quarter hours of academic credit; or

(b) If the student-athlete was enrolled in fewer than six credit hours, the student-athlete shall have satisfactorily completed the number of semester or quarter hours of academic credit in which the student-athlete was enrolled.

**14.4.3.4.3.2 Timing of Certification.** A student-athlete's eligibility under this provision shall be determined within 14 business days (see Bylaw 14.02.3) (regardless of the date on which grades are posted or submitted) after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. If the postseason event occurs prior to the conclusion of the 14 business days, eligibility shall be determined by using grades from the immediately preceding regular academic term (e.g., fall term if certifying for a bowl game), provided a sufficient number of grades from the term have been posted. All grades posted in accordance with institutional procedures by 5 p.m. local time (where the institution is located) on the day prior to the postseason event must be considered. If the postseason event occurs prior to the conclusion of the 14 business days and an insufficient number of grades from the immediately preceding term have been posted, eligibility shall be determined by using grades from the most recent regular academic term for which a sufficient number of grades have been posted. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/31/14)*

**14.4.3.4.3.2.1 Certification for Multiday Events.** A student-athlete who is certified eligible for the first day of a multiday event (e.g., conference track and field championship) remains eligible for the entire event regardless of whether additional grades are posted after the certification deadline, provided the event concludes prior to the start of the next regular academic term. If an insufficient number of grades are posted for a student-athlete to be certified eligible based on the immediately preceding term and the student-athlete will participate in another postseason event (e.g., NCAA championship) that occurs during the same period between regular terms, the institution must recertify the student-athlete with grades available by 5 p.m. local time (where the institution is located) on the day prior to the start of the additional postseason event. *(Adopted: 10/21/13, Revised: 7/31/14)*

**14.4.3.4.4 Eligibility for Postseason Competition -- Postseason Football Bowl Game During an Institution's Second Academic Term. [FBS]** If an institution is selected to participate in a postseason bowl game that will occur during the institution's second regular term (e.g., winter quarter, spring semester) of the academic year, a student-athlete's eligibility to compete in the bowl game shall be certified consistent with the standards applicable to postseason competition that occurs between terms (see Bylaws 14.4.3.4 and 14.4.3.4.3). However, a student-athlete must meet full-time enrollment requirements applicable to term-time competition (see Bylaw 14.2.2). *(Adopted: 4/26/07, Revised: 7/31/14)*

**14.4.3.5 Regulations for Administration of Progress Toward Degree.**

**14.4.3.5.1 Nontraditional Terms.** An institution that determines registration other than on a traditional semester- or quarter-hour basis shall submit a statement describing the continuing-eligibility requirements applicable to its student-athletes for approval by the Committee on Academics. *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**14.4.3.5.2 Advanced-Placement Tests/Credit by Examination.** Credit received through advanced-placement tests or by examination before initial full-time enrollment may be used to meet the 24 semester or 36 quarter-hour requirement specified in Bylaw 14.4.3.1-(a) and percentage-of-degree requirements specified in Bylaw 14.4.3.2, provided the subject for which the examination is an alternative is offered by the institution as acceptable degree credit. Credit received after initial full-time enrollment through advanced-placement tests or by examination may be used to meet all progress-toward-degree requirements, provided the subject for which the examination is an alternative is offered by the institution as acceptable degree credit. *(Revised: 10/4/17)*

**14.4.3.5.3 Nontraditional Courses From Another Institution.** Nontraditional courses (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) completed at an institution other than the certifying institution, may be used to meet credit-hour and percentage-of-degree requirements, provided the following conditions are met: *(Revised: 4/28/11 effective 8/1/11)*

(a) The course is available to any student at the certifying institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student; and

(c) Enrollment in the course occurs within the offering institution's regular enrollment periods (pre-registration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.4.3.5.3.1 Summer Courses.** A student-athlete may enroll in a nontraditional course during the certifying institution's summer vacation period at a time other than during the offering institution's regular enrollment periods for traditional courses and may use credits from such courses to meet the 24 semester or 36 quarter credit-hours requirement and percentage-of-degree requirements, provided the course is completed before the first day of the certifying institution's regular fall term. *(Adopted: 10/21/13)*

**14.4.3.5.4 Remedial, Tutorial or Noncredit Courses.** Remedial, tutorial or noncredit courses may be used by the student to satisfy the minimum academic progress requirement of Bylaw 14.4.3.1 only if they meet all of the following conditions: *(Revised: 10/31/02 effective 8/1/03, 3/27/18)*

(a) The courses must be considered by the institution to be prerequisites for specific courses acceptable for any degree program;

(b) The courses must be given the same weight as others in the institution in determining the student's status for full-time enrollment;

(c) Noncredit courses may not exceed the maximum institutional limit for such courses in any baccalaureate degree program (or the student's specific baccalaureate degree program once a program has been designated); and

(d) Credit in such courses shall not exceed six semester or nine quarter hours, and the courses must be taken before the start of the student's second year of collegiate enrollment (third semester, fourth quarter).

**14.4.3.5.5 Incomplete Grades.** A student who receives an incomplete grade in a course may use the course in question to fulfill the minimum progress-toward-degree requirements, subject to the following conditions:

(a) The incomplete grade must have been removed in accordance with the institution's regulations applicable to all students;

(b) Such a course may be counted only once after a grade has been achieved that is acceptable to the institution for determining progress toward degree; and

(c) The course with the acceptable grade shall be counted either during the term in which the student initially enrolled in the course or during the term in which the incomplete grade was removed and acceptable credit was awarded.

**14.4.3.5.5.1 Summer Courses -- Credit-Hour Requirements.** If a student enrolls in a summer course but completes the course during the regular academic year, for purposes of Bylaws 14.4.3.1 and 14.4.3.1.6, credit for the course must be counted in the summer term of initial enrollment in the course. *(Adopted: 3/27/18)*

**14.4.3.5.6 Repeated Courses.** Credit for courses that are repeated may be used by a student to satisfy the minimum academic progress requirements only under the following conditions: *(Revised: 3/27/18)*

(a) A course repeated due to an unsatisfactory initial grade (as determined by the institution's regulations applicable to all students) may be used only once, and only after it has been satisfactorily completed;

(b) Credit for a course for which credit is given only once may not be used in the term in which the course is repeated if the same grade is received as was received for the course in a previous term;

(c) Credit for a course for which credit may be earned more than once (e.g., a physical education activities course) shall be limited by institutional regulations; and

(d) Credits earned in courses for which credit may be earned more than once may not exceed the maximum institutional limit for credits of that type for any baccalaureate degree program (or for the student's specific baccalaureate degree program once a program has been designated).

**14.4.3.5.7 Credit From Other Institutions.**

**14.4.3.5.7.1 Before Initial Full-Time Enrollment.** Credit hours earned before initial full-time enrollment may be used to fulfill the 24 semester or 36 quarter-hours requirement specified in Bylaw 14.4.3.1-(a) and the percentage-of-degree requirements specified in Bylaw 14.4.3.2. *(Revised: 1/16/93, 10/31/02 effective 8/1/03, 4/5/06, 7/27/16)*

**14.4.3.5.7.2 Concurrent Enrollment.** Credit hours earned from a traditional course during a regular term at another institution while enrolled as a full-time student at the certifying institution may be used to satisfy

progress-toward-degree requirements specified in Bylaws 14.4.3.1 and 14.4.3.2 (see Bylaw 14.4.3.5.3). Such credits may be used to meet the requirements of Bylaws 14.4.3.1-(b) and 14.4.3.1-(c), provided: *(Revised: 7/27/16)*

(a) The course is available to any student at the certifying institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student; and

(c) Enrollment in the course occurs within the offering institution's regular enrollment periods (preregistration or drop/add period) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.4.3.5.8 Cooperative Educational Work Experience and Study-Abroad Programs.** A student-athlete shall not be required to complete six semester or six quarter hours of academic credit during a regular academic term or terms of full-time enrollment in a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) or an institutionally approved study-abroad program. *(Adopted: 4/29/04, Revised: 10/8/10)*

**14.4.3.6 Exceptions to Progress-Toward-Degree Rule.** The following provisions are exceptions to the progress-toward-degree rule: *(Revised: 1/10/90, 1/10/92, 1/9/96, 10/31/02 effective 8/1/03, 4/24/03 effective after the 2003 fall term, 4/29/04, 8/25/04, 4/28/05 effective 8/1/05, 1/9/06 effective 8/1/06, 5/28/09, 4/26/17 effective 8/1/17, 3/27/18, 1/5/21, 4/18/24)*

(a) **Missed Term.** One time during a student-athlete's entire period of collegiate enrollment, the provisions of Bylaw 14.4.3.1-(b) may be prorated at nine hours per term of actual attendance if the student-athlete misses a complete term or consecutive terms during an academic year, subject to the following conditions:

(1) The student-athlete did not attend class during a regular academic term while enrolled in a full-time program of studies;

(2) The student-athlete engaged in no outside competition in the sport during the academic term or terms in which the student was not in attendance; and

(3) At the time of certification, the student has fulfilled the progress-toward-degree requirements (per Bylaw 14.4.3.1) for the terms in which the student was in attendance.

A transfer student from a two-year college is not eligible to use this one-time exception during the first academic year of residence at the certifying institution in order to maintain eligibility during the second year of residence. Hours earned while enrolled as a part-time student during the "missed term" may be used to satisfy the 24/36 hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3).

(b) **Nonrecruited, Nonparticipant.** A student-athlete may qualify for an exception to the application of the progress-toward-degree regulation for the initial season of eligibility if the student was not recruited by the certifying institution; has never received athletically related financial assistance; has never practiced or participated in intercollegiate athletics, except that a student may have participated in limited preseason tryouts; and is otherwise eligible under all institutional, conference and NCAA rules. The student-athlete's eligibility in following seasons would be governed by the provisions of the progress-toward-degree rule, which would be applied from the beginning of the first term the student began participation. This exception shall not apply to the percentage-of-degree (see Bylaw 14.4.3.2) and minimum grade-point average (see Bylaw 14.4.3.3) requirements.

(c) **Postgraduate Student Exception.** A postgraduate student-athlete who is otherwise eligible for regular-season competition shall be exempt from the provisions of this regulation, except the six-hour requirement as specified in Bylaw 14.6.3. (See Bylaw 14.6.)

(d) **Cooperative Educational Work Experience and Study Abroad Programs.** The provisions of Bylaw 14.4.3.1-(b) may be prorated at nine hours for each term the student-athlete is enrolled in a cooperative educational work experience (e.g., co-op, internship, practicum, student teaching) or an institutionally approved study-abroad program, subject to the following conditions:

(1) The institution considers the student-athlete to be a full-time student while participating in the cooperative educational work experience or study-abroad program;

(2) The student-athlete satisfactorily completes the cooperative educational work experience or study-abroad program; and

(3) At the time of certification, the student-athlete has fulfilled the progress-toward-degree requirements (per Bylaw 14.4.3) for the terms in which the student-athlete has been in regular full-time attendance.

**14.4.3.7 Waivers of Progress-Toward-Degree Rule.** The Progress-Toward-Degree Waivers Committee shall establish appropriate criteria for waivers of this legislation. The following waivers shall be administered by the conference

members of the Association or, in the case of an independent institution, by the Progress-Toward-Degree Waivers Committee. *(Revised: 1/9/96, 10/28/97, 4/27/00, 10/31/02 effective 8/1/03, 3/10/04, 4/28/05, 1/17/09 effective 8/1/09, 1/14/12, 5/22/13, 3/27/18, 1/22/20, 1/22/20)*

(a) **Medical Absence.** The credit hours required under the progress-toward-degree regulation of Bylaws 14.4.3.1-(b), 14.4.3.1-(c), 14.4.3.1.6 and 14.4.3.6-(c) may be prorated at nine hours per term of actual attendance during an academic year in which a student misses a term or is unable to complete a term as a full-time student as a result of an injury or illness. Such an exception may be granted only when circumstances clearly supported by appropriate medical documentation establish that a student-athlete is unable to attend a collegiate institution as a full-time student as a result of an incapacitating physical injury or illness involving the student-athlete or a member of the student-athlete's immediate family. Credits earned by the student during the term to which the waiver applies may be used to satisfy the 24/36 hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3). However, a term to which a medical absence waiver applies does not count as a term of full-time enrollment for purposes of the 24/36 credit-hour requirement, percentage-of-degree requirements or grade-point average requirements.

(b) **International Competition.** The credit hours required under the progress-toward-degree regulation of Bylaws 14.4.3.1 and 14.4.3.6-(c) may be prorated at nine hours per term of actual attendance during an academic year in which a student is not enrolled for a term or terms or is unable to complete a term as a full-time student as a result of participation in the Pan American Games, Parapan American Games, Olympic Games, Paralympic Games, World Championships, World Cup, FIFA U-20 World Cup, World University Games (Universiade) or World University Championships (including final tryouts and the officially recognized training program that directly qualifies participants for those tryouts). This waiver provision may be applied to not more than two semesters or three quarters. Credits earned by the student during the term or terms to which the waiver applies may be used to satisfy the 24-/36-hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3). However, a term to which an international competition waiver applies does not count as a term of full-time enrollment for purposes of the 24/36 credit-hour requirement, percentage-of-degree requirements or grade-point average requirements.

**14.4.3.8 Waiver -- Olympic or Paralympic Games.** The Progress-Toward-Degree Waivers Committee may waive this general progress-toward-degree requirement for any participant in the Olympic or Paralympic Games, who because of such participation, may lose eligibility for practice and competition in any sport. *(Adopted: 10/31/02 effective 8/1/03, Revised: 1/22/20)*

**14.4.3.9 Waiver -- Student-Athletes With Education-Impacting Disabilities.** The Progress-Toward-Degree Waivers Committee may waive the general progress-toward-degree requirements for a student-athlete when objective evidence demonstrates that the institution has defined full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the student's education-impacting disability. *(Adopted: 10/31/02 effective 8/1/03, Revised: 8/7/08)*

**14.4.3.10 Additional Progress-Toward-Degree Waivers.** The Progress-Toward-Degree Waivers Committee shall have the authority to waive all other progress-toward-degree requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary, aggregate form. *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/28/97, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 8/7/14)*

# 14.5 Transfer Regulations.

**14.5.1 General Principle.** A student who transfers (see Bylaw 14.5.2) to a member institution from any collegiate institution is required to satisfy the applicable transfer requirements or qualify for an exception as set forth in this bylaw before being eligible to compete. *(Revised: 1/10/91 effective 8/1/91, 4/27/00 effective 8/1/01, 5/19/08, 6/24/09, 4/14/10, 8/3/22, 4/18/24)*

**14.5.1.1 Disciplinary Suspension.** A student who transfers to any NCAA institution from a collegiate institution while the student is disqualified or suspended from the previous institution (as opposed to one of the institution's teams) for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution. *(Revised: 1/14/97 effective 8/1/97, 10/4/17)*

**14.5.1.2 Outside Competition -- Not a Qualifier.** A two-year college transfer student who is not a qualifier and does not meet the applicable transfer requirements may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team during the first academic year of residence. A four-year college transfer student who is not a qualifier and who does not meet the applicable four-year college

transfer requirements may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team until eligibility is regained pursuant to Bylaw 14.5.5.1. *(Adopted: 1/14/97, Revised: 1/3/06, 4/18/24)*

**14.5.1.3 International Transfer Student-Athletes.** A transfer student from an international collegiate institution (college, university or two-year college), except one entering as a bona fide exchange student, shall comply with the applicable four-year college transfer requirements set forth in Bylaw 14.5.5. *(Revised: 4/18/24)*

**14.5.1.3.1 Bona Fide International Exchange Student Exception.** A bona fide international exchange student is an individual who is sponsored by the government of the student's nation, or is sponsored by the U.S. Department of State, Rotary International, the Ford Foundation, the Institute of International Education or a similar organization. For a student to be considered a bona fide exchange student, the sponsoring organization shall identify the student prior to the student's departure from the student's home country and make the necessary arrangements to finance the student's education under the international exchange program. If these arrangements have not been completed before the student's enrollment at the certifying institution, the student is considered to be a transfer student and may not represent the institution in competition until the individual has satisfied the applicable four-year college transfer requirements (see Bylaw 14.5.5). *(Revised: 4/18/24)*

**14.5.2 Conditions Affecting Transfer Status.** A transfer student is an individual who transfers from a collegiate institution after having met any one of the following conditions at that institution: *(Adopted: 1/10/90, Revised: 4/26/01, 4/14/03, 6/26/19 effective 8/1/19 applicable to full time enrollment in a regular term on or after 8/1/19, 4/18/24)*

(a) The student attended a class or classes in any quarter or semester in which the student was enrolled in a minimum full-time program of studies, even if the enrollment was on a provisional basis and the student was later determined by the institution not to be admissible;

(b) The student attended a branch school that does not conduct an intercollegiate athletics program, but the student had been enrolled in another collegiate institution prior to attendance at the branch school;

(c) The student attended a branch school that conducted an intercollegiate athletics program and transfers to an institution other than the parent institution;

(d) The student reported for a regular squad practice (including practice or conditioning activities that occur prior to certification per Bylaws 14.3.5.1 and 14.5.4.6.7), announced by the institution through any member of its athletics department staff, prior to the beginning of any quarter or semester, as certified by the athletics director. Participation only in picture-day activities would not constitute "regular practice";

(e) The student participated in practice or competed in a given sport even though the student was enrolled in less than a minimum full-time program of studies; or

(f) The student received institutional financial aid while attending a summer term, summer school or summer-orientation program (see Bylaws 15.2.7.1.3 and 15.2.7.1.4). A recruited student who receives institutional financial aid pursuant to Bylaw 15.2.7.1.4 is subject to the transfer provisions, except that a prospective student-athlete (recruited or nonrecruited) who is denied admission to the institution for full-time enrollment shall be permitted to enroll at another institution without being considered a transfer student.

**14.5.3 Conditions Not Constituting Transfer Status.** Unless otherwise covered by conditions set forth in Bylaw 14.5.2, a student-athlete is not considered a transfer under the following enrollment conditions:

**14.5.3.1 Summer School, Extension Courses or Night School.** The student has been enrolled in or attended classes only in a summer school, extension course or night school, unless the night school is considered by the institution to be a regular term (semester or quarter) the same as its day school, the student is enrolled for a minimum full-time load in this regular night term, and the student is considered by the institution to be a regularly enrolled student.

**14.5.3.2 Prospective Student-Athlete Attending Summer School Prior to Initial Full-Time Enrollment.** A prospective student-athlete receiving financial aid to attend summer school prior to initial full-time enrollment who is denied admission to the institution for full-time enrollment. *(Adopted: 4/26/01)*

**14.5.3.3 Branch School.** The student has been enrolled in or attended classes only in a branch school, provided the branch school does not conduct an intercollegiate athletics program. If the branch school conducts an intercollegiate athletics program, the student shall not be considered a transfer only upon enrollment at the parent institution directly from the branch school. (For definition of "branch school," see Bylaw 14.02.2.)

**14.5.3.4 Second Campus of Institution.** The student is in residence at an institution's campus that is not in the same city as the institution's main campus, provided the campus at which the student is in residence does not conduct an

intercollegiate athletics program, classes on the campus are taught by the same instructors who teach classes on the main campus, the credits received by all class enrollees are considered as regular credits by the institution's main campus, and the degrees awarded to all students come from the institution's main campus.

**14.5.3.5 Academic Exchange Program.** The student participates in a regular academic exchange program between two four-year institutions that requires a participant to complete a specified period of time at each institution, and the program provides for the student-athlete to receive at least two baccalaureate or equivalent degrees at the conclusion of this joint academic program.

**14.5.4 Two-Year College Transfers.** A student who transfers to a member institution from a two-year college or from a branch school that conducts an intercollegiate athletics program must complete an academic year of residence unless the student meets the following eligibility requirements. *(Revised: 1/19/92, 4/14/10)*

**14.5.4.1 Qualifier.** A transfer student from a two-year college who was a qualifier (per Bylaw 14.3.1.1) is eligible for competition in the first academic year of residence if the student meets the requirements for a nonqualifier to be eligible for competition (per Bylaw 14.5.4.2.1) or: *(Revised: 4/24/03 effective 8/1/03, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after)*

(a) Has spent at least one full-time semester or one full-time quarter of residence at the two-year college (excluding summer sessions);

(b) Has presented a minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2); and

(c) Has satisfactorily completed an average of at least 12-semester or quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution for each full-time academic term of attendance at the two-year college.

**14.5.4.1.1 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a qualifier who satisfies the provisions of Bylaw 14.5.4.1, but initially enrolls at the certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 4/27/00 effective 8/1/01, Revised: 3/10/04, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

**14.5.4.2 Nonqualifier.**

**14.5.4.2.1 Eligibility for Financial Aid, Practice and Competition.** A transfer student from a two-year college who was a nonqualifier (per Bylaw 14.3.2.1) is eligible for institutional financial aid, practice and competition during the first academic year of residence only if the student: *(Revised: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16, 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six-semester or eight-quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a cumulative grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2).

**14.5.4.2.2 Eligibility for Financial Aid and Practice.** A transfer student from a two-year college who was a nonqualifier (per Bylaw 14.3.2.1) is eligible for institutional financial aid and practice during the first academic year of residence only if the student: *(Adopted: 10/27/11 effective 8/1/12, Revised: 8/2/12 effective 8/1/16, 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six semester or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a minimum cumulative grade-point average of 2.000 (see Bylaw 14.5.4.6.3.2).

**14.5.4.2.3 Use of Hours Earned During Summer Terms.** Not more than a total of 18 semester or 27 quarter hours of the transferable-degree credit may be earned during summer terms, and not more than nine semester or 13.5 quarter hours of the transferable-degree credit may be earned during the summer term or terms immediately prior to the academic year in which the transfer occurs (including a midyear transfer). *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/4/17)*

**14.5.4.2.4 Three-Semester/Four-Quarter Attendance Requirement.** A student-athlete is not permitted to satisfy the three-semester/four-quarter attendance requirement during one academic year. *(Adopted: 6/8/99)*

**14.5.4.2.5 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who was not a qualifier (per Bylaw 14.3.1.1) who satisfies the provisions of Bylaw 14.5.4.2, but initially enrolls at a certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 4/27/00 effective 8/1/01, Revised: 3/10/04, 6/1/06, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

**14.5.4.3 Academic Redshirt.** A transfer student from a two-year college who was an academic redshirt (per Bylaw 14.3.1.2) is eligible for competition during the first academic year of residence only if the student: *(Adopted: 8/1/12 effective 8/1/16, Revised: 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six semester or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a cumulative grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2).

**14.5.4.3.1 Use of Hours Earned During Summer Term.** Not more than a total of 18 semester or 27 quarter hours of the transferable-degree credit may be earned during summer terms, and not more than nine semester or 13.5 quarter hours of the transferable-degree credit may be earned during the summer term or terms immediately prior to the academic year in which the transfer occurs (including a midyear transfer). *(Adopted: 8/2/12 effective 8/1/16, Revised: 10/4/17)*

**14.5.4.3.2 Three-Semester/Four-Quarter Attendance Requirement.** A student-athlete is not permitted to satisfy the three-semester/four-quarter attendance requirement during one academic year. *(Adopted: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.5.4.3.3 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who was an academic redshirt (per Bylaw 14.3.1.2) who satisfies the provisions of Bylaw 14.5.4.3 but initially enrolls at the certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16, Revised: 1/12/23 effective 8/1/23)*

**14.5.4.4 Status as Nonqualifier.** A prospective student-athlete who does not graduate from high school before enrolling as a regular student in a two-year college may not transfer work back to the high school, graduate from the high school and establish initial eligibility at a member institution on the basis of the revised high school record. Such a student is considered to be a two-year college transfer who was a nonqualifier.

**14.5.4.5 Status of Nonqualifier, Nonrecruited.** A two-year college student-athlete who transferred to a Division I institution without meeting the requirements of Bylaw 14.5.4.2 shall not be eligible for regular-season competition and practice during the first academic year of residence. However, such a student who was not recruited per Bylaw 13.02.15.1 and for whom admission and financial aid were granted without regard to athletics ability shall be eligible for nonathletics institutional financial aid. *(Revised: 1/23/19)*

**14.5.4.6 Two-Year College Transfer Regulations.** The following regulations shall be applied in administering the eligibility requirements for two-year college transfers.

**14.5.4.6.1 Multiple Two-Year Colleges.** If a student-athlete has been in residence at two or more two-year colleges, the terms of residence at all two-year colleges may be combined in order to satisfy the residence requirement. All grades and all course credits that are transferable from the two-year colleges to the certifying institution shall be considered in determining the student-athlete's eligibility under Bylaw 14.5 (see also Bylaw 14.5.6). In addition, at least 25 percent of the credit hours used to fulfill the student's academic degree requirements must be earned at the two-year college that awards the degree. *(Revised: 1/11/94)*

**14.5.4.6.2 Credit Earned at Four-Year Institution.** If a student-athlete attends a two-year college and, prior to regular enrollment at a member institution, attains additional credits as a part-time student in a four-year collegiate institution, the hours accumulated at the four-year institution may be used by the member institution in determining the student-athlete's eligibility under the two-year college transfer provisions, provided: *(Revised: 4/28/14)*

(a) The hours are accepted by the two-year college and are placed on the transcript by the two-year college from which the student-athlete transfers prior to the date of initial regular enrollment at the NCAA member institution; or

(b) The hours are accepted by the two-year college and are placed on any other official document (other than the student's transcript) used by the two-year college for this purpose prior to the date of initial regular enrollment at the NCAA member institution. Such a document must include the official seal of the two-year college, be signed by the appropriate academic official of the two-year college and be forwarded directly from the two-year college to the appropriate admissions official of the certifying institution.

**14.5.4.6.3 Determination of Transferable Degree Credit.** For the purpose of determining transferable degree credit, the institution may count those courses accepted as degree credit in any of its colleges, schools or departments.

**14.5.4.6.3.1 Transferable Credit, Unacceptable Grade.** Credit hours for courses with grades not considered acceptable for transferable degree credit for all students at an institution shall not be counted in determining whether the transfer requirement for total number of hours is satisfied.

**14.5.4.6.3.2 Calculation of Grade-Point Average for Transferable Credit.** Grades earned in all courses that are normally transferable to an institution shall be considered in determining the qualitative grade-point average for meeting transfer requirements, regardless of the grade earned or whether such grade makes the course unacceptable for transferable degree credit. Only the last grade earned in a course that has been repeated shall be included in the grade-point-average calculation.

**14.5.4.6.4 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable-degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for the specific degree program to fulfill the transferable-degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/13/10, 10/27/11 effective 8/1/12)*

**14.5.4.6.5 Degree Requirement.** In order to satisfy the two-year-college graduation requirement for eligibility immediately upon transfer from a two-year college to a member institution, a student-athlete must receive an associate or equivalent degree in an academic or technical, rather than a vocational, curriculum. The Progress-Toward-Degree Waivers Committee shall have the authority to determine whether a two-year college degree is academic or technical, rather than vocational, in nature. *(Revised: 1/10/95, 1/12/99 effective 8/1/99, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10)*

**14.5.4.6.6 Transfer to Four-Year College Prior to Completion of Requirements.** The requirements set forth in Bylaw 14.5.4 must be met prior to a student-athlete's transfer to the certifying institution. Thus, if a two-year college student transfers (as defined in Bylaw 14.5.2) to a member institution prior to the completion of applicable transfer requirements, the student is subject to the one-year residence requirement at the certifying institution, even though the student transfers back to the two-year college and completes the necessary requirements.

**14.5.4.6.7 Participation Prior to Certification.** If a two-year college transfer student reports for athletics participation or initial enrollment at the certifying institution before the student's high school or two-year college academic record has been certified, the student may practice, but not compete, during a 45-day period, provided the student meets all other requirements to be eligible to practice. An institution may provide athletically related financial aid to the student during this period, provided the student meets all other requirements to receive athletically related financial aid. After the 45-day period, the student shall have established minimum requirements as a transfer student to continue practicing, to continue receiving athletically related financial aid or to compete. *(Adopted: 1/10/90, Revised: 9/18/07, 1/19/13 effective 8/1/13, 6/30/22 effective 8/1/22)*

**14.5.4.6.8 Competition in Year of Transfer.** A transfer student from a two-year institution, who has met the two-year transfer eligibility requirements per Bylaw 14.5.4, is not eligible to compete at the certifying institution during the segment that concludes with the NCAA championship if the student-athlete has competed at the two-year college during that segment of the same academic year in that sport. *(Revised: 1/11/94, 4/29/04 effective 8/1/04)*

**14.5.4.7 Exceptions for Transfers From Two-Year Colleges.** A transfer student from a two-year college or from a branch school that conducts an intercollegiate athletics program is not subject to the residence requirement at the certifying institution if any one of the following conditions is met. An individual who is not a qualifier shall not be permitted to use the exceptions under this bylaw. *(Revised: 4/27/06)*

**14.5.4.7.1 Discontinued/Nonsponsored Sport Exception.** The student changed institutions in order to continue participation in a sport because the student's original two-year college dropped the sport from its intercollegiate program (even though it may subsequently establish that sport on a club basis) or never sponsored the sport on the intercollegiate level while the student was in attendance at that institution, provided the student never transferred (see Bylaw 14.5.2) from any other collegiate institution that offered intercollegiate competition in that sport while the student was in attendance and the student earned at least a minimum 2.500 grade-point average (see Bylaw 14.5.4.6.3.2) at the two-year college. *(Revised: 1/11/89, 1/10/90, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 10/4/17)*

**14.5.4.7.1.1 Original Collegiate Institution.** In applying this provision for an exception to the residence requirement, the original collegiate institution shall be the two-year college in which the student was enrolled immediately prior to the transfer to the certifying institution, provided that, if the student is transferring from a two-year college that never sponsored the sport on the intercollegiate level, the student never shall have transferred from any other collegiate institution that offered intercollegiate competition in that sport while the student was in attendance. *(Revised: 10/4/17)*

**14.5.4.7.2 Two-Year Nonparticipation or Minimal Participation Exception.** The student transfers to the certifying institution from a two-year college and, for a consecutive two-year period immediately before the date on which the student begins participation (practice and/or competition), the student has neither engaged in intercollegiate competition nor engaged in other countable athletically related activities in the involved sport in intercollegiate athletics beyond a 14 consecutive-day period, and has neither practiced with a noncollegiate amateur team nor engaged in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. The 14 consecutive-day period begins with the date on which the student-athlete first engages in any countable athletically related activity (see Bylaw 17.02.1). The two-year period does not include any period of time before the student's initial collegiate enrollment. *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/9/06)*

**14.5.4.8 Submission of Information Necessary to Determine Academic Initial-Eligibility Status.** An institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine the academic initial-eligibility status of a two-year college transfer student-athlete prior to the end of the student-athlete's first regular academic term of full-time enrollment at the institution. If a two-year college transfer student-athlete is added to an institution's squad list after the end of the first regular academic term of full-time enrollment at the institution, the institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine academic initial-eligibility status prior to end of the academic year in which the student-athlete is added to the squad list. The necessary information may be submitted through official or unofficial transcripts or test-score reports. **[D]** *(Adopted: 4/30/09 effective 8/1/10 for two-year college transfer student-athletes who initially enroll full time at the certifying institution on or after 8/1/10)*

**14.5.4.8.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The Committee on Academics shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/10 for two-year college transfer student-athletes who initially enroll full time at the certifying institution on or after 8/1/10, Revised: 8/7/14)*

**14.5.4.9 Waivers.** The Progress-Toward-Degree Waivers Committee shall have the authority to waive all two-year college transfer requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The Progress-Toward-Degree Waivers Committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary aggregate form. *(Adopted: 10/27/11 effective 4/1/12, Revised: 8/7/14)*

**14.5.5 Four-Year College Transfers.** An undergraduate transfer student from a four-year institution is eligible for competition if at the time of transfer to the certifying institution (see Bylaw 14.5.2), the student would have been academically eligible to compete had the student remained at the institution where the student most recently attended class during a regular

term as a full-time student, except that the student is not required to have fulfilled percentage-of-degree requirements at the previous institution. *(Revised: 4/18/24)*

**14.5.5.1 Regaining Eligibility.** For purposes of Bylaw 14.5.5, an undergraduate transfer student-athlete who was not academically eligible at the previous institution at the time of transfer may become eligible to compete at the certifying institution after the conclusion of the first regular term following transfer (consistent with Bylaw 14.4.3.4) by successfully meeting all applicable progress-toward-degree requirements at the certifying institution. *(Revised: 1/10/91 effective 8/1/91, 4/14/10, 4/18/24)*

**14.5.5.1.1 Exception -- Baseball.** In baseball, a transfer student-athlete who fails to meet the applicable requirements of Bylaw 14.4.3 to be eligible for an institution's fall term shall not be eligible until the following academic year. *(Revised: 1/9/06 effective 8/1/07, 4/18/24)*

**14.5.5.2 Competition in Year of Transfer.** A transfer student from a four-year institution who satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition in which the student-athlete's performance could be used for NCAA championship qualification or consideration if the student-athlete participated in competition at the previous four-year institution in the same sport in which the student-athlete's performance could have been used for NCAA championship qualification or consideration. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/14/97 effective 8/1/97, 4/29/04 effective 8/1/04, 5/1/19 effective 8/1/19, 4/18/24)*

**14.5.5.2.1 Receipt of Athletically Related Financial Aid in Year of Transfer -- Tennis.** In tennis, in addition to the application of Bylaw 14.5.5.2, a transfer student from a four-year institution who enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition until the following academic year if the student has received athletically related financial aid during the same academic year from the previous four-year institution. *(Adopted: 1/17/09 effective 8/1/10, Revised: 1/16/10 effective 8/1/10, 5/1/19 effective 8/1/19, 4/18/24)*

**14.5.5.3 Eligibility for Institutional Athletically Related Financial Aid.** A transfer student from a four-year institution may receive institutional athletically related financial aid during the first academic year at the certifying institution only if the student-athlete would have been academically eligible to compete during the next regular academic term had the student-athlete remained at the previous institution. A student-athlete who transfers from a four-year institution to a two-year institution and then to the certifying institution shall complete at least one regular academic term of enrollment at the two-year institution to be eligible for institutional athletically related financial aid at the certifying institution. *(Adopted: 1/9/06 effective 8/1/07, Revised: 1/8/07 effective 8/1/07)*

**14.5.5.3.1 Exceptions.** A four-year transfer student-athlete may receive institutional athletically related financial aid during the first academic year at the certifying institution, provided: *(Adopted: 9/18/07)*

(a) The student-athlete transferred from a four-year institution that did not sponsor the student-athlete's sport on the intercollegiate level while the student-athlete was in attendance and the student-athlete did not previously transfer from any other collegiate institution that offered intercollegiate competition in the sport; or

(b) The student-athlete has not participated in intercollegiate competition and has not engaged in other countable athletically related activities in the sport beyond a 14-consecutive-day period.

**14.5.5.4 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student-athlete who initially enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition until the ensuing academic year. (See Bylaw 14.6.1.1 for the application to graduate transfer student-athletes.) *(Adopted: 6/24/09, Revised: 4/26/17 effective 8/1/17, 1/12/23 effective 8/1/23, 4/18/24)*

**14.5.5.4.1 Return to Original Institution Exception -- Basketball.** In basketball, a midyear four-year college transfer student who transfers to a second four-year collegiate institution, does not compete at the second institution and does not engage in other countable athletically related activities in the involved sport at the second institution beyond a 14-consecutive-day period and returns to the original institution is not subject to the restriction in Bylaw 14.5.5.4. The 14-consecutive-day period begins with the date on which the student-athlete first engages in any countable athletically related activity (see Bylaw 17.02.1). *(Adopted: 6/24/09, Revised: 4/18/24)*

**14.5.6 4-2-4 College Transfers.** A student who transfers from a four-year college to a two-year college and then to the certifying institution shall complete one academic year of residence at the certifying institution prior to engaging in intercollegiate competition, unless: *(Revised: 1/10/90, 2/16/00, 1/9/06 effective 8/1/06, 10/27/11 effective 8/1/12, 3/27/18)*

(a) The student has completed an average of at least 12 semester or quarter hours of transferable-degree credit, with a cumulative minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2), acceptable toward any baccalaureate degree

program at the certifying institution for each term of full-time attendance at the two-year college following transfer from the four-year college most recently attended;

(b) One calendar year has elapsed since the student's departure from the previous four-year college (one year since the date that the student-athlete takes formal action with the appropriate institutional authorities required for all students to indicate that the student-athlete is leaving the previous four-year institution and no longer will be attending classes); and

(c) The student has graduated from the two-year college.

**14.5.6.1 Exceptions.** A "4-2-4" transfer student who does not meet the requirements of Bylaw 14.5.6 is not subject to the residence requirement for intercollegiate competition if any of the following conditions are met: *(Adopted: 1/11/89, Revised: 9/8/07, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 4/18/24)*

(a) The student returns to the four-year college from which the student transferred to the two-year college, provided the student satisfied the applicable four-year college transfer requirements at the time of the transfer from the four-year college (see Bylaw 14.5.5). ;

(b) The student initially was enrolled in a four-year collegiate institution that never sponsored the student's sport on the intercollegiate level while the student was in attendance at the institution (provided the student never had attended any other four-year collegiate institution that offered intercollegiate competition in that particular sport) and provided the student was a qualifier and satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution during each academic term of attendance with a cumulative minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2), and spent at least two semesters or three quarters of residence at the two-year college (excluding summer sessions); or

(c) The student qualifies for an exception to the two-year college transfer requirements (see Bylaw 14.5.4.7).

**14.5.6.2 Additional Transferable Degree Credit Requirements for Academic Redshirts and Nonqualifiers.** A student who was not a qualifier shall have satisfactorily completed a minimum of six semesters or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math credit and three semester or four quarter hours of transferable natural/physical science credit. Remedial English, math and natural/physical science courses may not be used to satisfy this requirement. The student may use transferable English, math and natural/physical science credits earned while enrolled at a previous four-year college to meet these requirements. *(Adopted: 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, Revised: 5/16/18)*

**14.5.6.3 Multiple Two-Year Colleges.** If a student-athlete has been in residence at two or more two-year colleges following transfer from the four-year collegiate institution most recently attended, all grades and all course credits that are transferable from the two-year colleges to the certifying institution shall be considered in determining the student-athlete's eligibility under Bylaw 14.5.6-(a). In addition, at least 25 percent of the credit hours used to fulfill the student's academic degree requirements must be earned at the two-year college that awards the degree.  *(Adopted: 3/27/18)*

**14.5.6.4 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable-degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for the specific degree program to fulfill the transferable-degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/13/10, 10/27/11 effective 8/1/12)*

**14.5.6.5 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who satisfies the provisions of Bylaw 14.5.6, but initially enrolls at a certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Revised: 3/10/04, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

**14.5.6.5.1 Return to Original Institution -- Baseball and Softball.** In baseball and softball, a midyear 4-2-4 transfer student who qualifies for the return-to-original institution exception [see Bylaw 14.5.6.1-(a)] to the transfer residence requirement is not eligible for competition until the ensuing academic year. *(Adopted: 6/24/09, Revised: 1/12/23 effective 8/1/23)*

**14.5.6.5.2 Return to Original Institution -- Basketball.** In basketball, a midyear 4-2-4 transfer student who qualifies for the return-to-original institution exception [see Bylaw 14.5.6.1-(a)] to the transfer residence requirement is not subject to the restriction in Bylaw 14.5.6.5. *(Adopted: 6/24/09)*

**14.5.6.6 Calendar-Year Time Lapse.** It is not required that the calendar year specified in Bylaw 14.5.6 elapse prior to the student's initial enrollment as a regular student in the second four-year institution, but the calendar year must elapse

before the student represents the certifying institution in intercollegiate competition. However, the student-athlete shall be eligible on the first day of classes or on the date of the first scheduled intercollegiate contest that falls earlier than the first day of classes in the regular academic term in which the student would become eligible, provided the student has fulfilled the one-academic-year requirement.

**14.5.6.7 Transfer Prior to Completion of Requirements.** All transfer requirements set forth in Bylaw 14.5.6, except the calendar-year time-lapse requirement (see Bylaw 14.5.6.6), must be met prior to the student-athlete's transfer to the certifying institution. Thus, if a student-athlete transfers from a four-year institution to a two-year college and, prior to completing the applicable transfer requirements, transfers to a member institution, the student-athlete shall be subject to the one-year residence requirement, even though during the course of that one-year residence at the certifying institution, the student-athlete may complete the necessary requirements.

**14.5.6.8 Eligibility for Institutional Athletically Related Financial Aid.** A student-athlete who transfers from a four-year institution to a two-year institution and then to the certifying institution shall complete at least one regular academic term of enrollment at the two-year institution to be eligible for institutional athletically related financial aid at the certifying institution. (See Bylaw 14.5.5.3.) *(Adopted: 1/8/07 effective 8/1/07)*

**14.5.6.9 Submission of Information Necessary to Determine Academic Initial-Eligibility Status.** An institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine the academic initial-eligibility status of a 4-2-4 transfer student-athlete prior to the end of the student-athlete's first regular academic term of full-time enrollment at the institution. If a 4-2-4 transfer student-athlete is added to an institution's squad list after the end of the first regular academic term of full-time enrollment at the institution, the institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine academic initial-eligibility status prior to the end of the academic year in which the student-athlete is added to the squad list. The necessary information may be submitted through official or unofficial transcripts or test-score reports. **[D]** *(Adopted: 4/30/09 effective 8/1/10)*

   **14.5.6.9.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The Committee on Academics shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/10, Revised: 8/7/14)*

**14.5.6.10 Waivers.** The Progress-Toward-Degree Waivers Committee shall have the authority to waive all two-year college transfer requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The Progress-Toward-Degree Waivers Committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary aggregate form. *(Adopted: 10/27/11 effective 4/1/12, Revised: 8/7/14)*

# 14.6 Postgraduate Student Participation. A student-athlete who has previously received a baccalaureate degree may participate in intercollegiate athletics provided the student: *(Revised: 1/10/90, 1/16/93 effective 8/1/93, 7/31/14, 4/18/24)*

(a) Is enrolled in a graduate or professional school, a second baccalaureate or equivalent degree, or is continuing as a full-time student while taking course work that would lead to the equivalent of another major, degree or certificate program as defined and documented by the institution (see Bylaw 14.6.2);

(b) Has eligibility remaining and such participation occurs within the applicable five-year period set forth in Bylaw 12.6; and

(c) If the student initially enrolls at the certifying institution after attending a regular academic term as a full-time postgraduate student at another institution, the student would have been academically eligible to compete had the student remained at the institution where the student most recently attended class during a regular term as a full-time student.

**14.6.1 Competition in Year of Transfer.** A postgraduate student-athlete who initially enrolls at the certifying institution after the conclusion of the first term of the academic year shall not be eligible for competition in which the student-athlete's performance could be used for NCAA championship qualification or consideration if the student-athlete participated in competition at the previous four-year institution in the same sport in which the student-athlete's performance could have been used for NCAA championship qualification or consideration. *(Revised: 4/18/24)*

   **14.6.1.1 Receipt of Athletically Related Financial Aid in Year of Transfer -- Tennis.** In tennis, in addition to the application of Bylaw 14.6.1, a transfer student from a four-year institution who enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable requirements for postgraduate student participation (see Bylaw 14.6) shall not be eligible for competition until the following academic year if the student has received athletically related financial aid during the same academic year from the previous four-year institution. *(Adopted: 4/18/24)*

**14.6.1.2 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a postgraduate transfer student-athlete who initially enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year may be immediately eligible for competition, provided the student-athlete satisfies all other applicable eligibility requirements for postgraduate student-athletes (see Bylaw 14.6). *(Adopted: 4/26/17 effective 8/1/17, Revised: 5/19/22 effective 8/1/22, 1/12/23 effective 8/1/23, 4/18/24)*

**14.6.2 Full-Time Enrollment -- Requirements for Practice and Competition.** To be eligible to participate in organized practice sessions and competition, a postgraduate student-athlete shall be enrolled in at least a minimum full-time program of studies as defined by the institution. *(Adopted: 4/18/24)*

**14.6.2.1 Eligibility Following Final Term.** A postgraduate student-athlete who is eligible during the term in which degree work is completed (or is eligible as a postgraduate, per Bylaw 14.6) remains eligible for practice, regular-season competition that occurs after the term and any postseason event that begins within 60 days after the end of the term [including an academic year interim term (e.g., mini-term, J-term)] in which the student completes the requirements for the degree (or postgraduate eligibility). A postgraduate student-athlete who attends a quarter-system institution and who graduates at the end of the winter quarter may compete in any postseason event (and preceding regular-season competition) that occurs during the same academic year following the completion of the winter quarter. *(Adopted: 4/18/24)*

**14.6.3 Six-Hour Requirement for Postgraduate Student-Athletes.** A student-athlete shall successfully complete a minimum of six semester or quarter hours of academic credit from course work that meets the postgraduate program requirements during each regular academic term in which the student is enrolled full time as a postgraduate student. A postgraduate student-athlete who is enrolled in a specific program (e.g., graduate degree, second baccalaureate, certificate program) must earn six hours of academic credit applicable toward the designated program. *(Adopted: 4/18/24)*

**14.6.4 International Student Exception.** The remaining eligibility of a student who has received a foreign postsecondary degree that is identified as a "baccalaureate" but is not equivalent to a U.S. baccalaureate and who is entering an undergraduate program must be reviewed on a case-by-case basis by the International-Student Records Committee. *(Adopted: 1/16/93, Revised: 11/1/07 effective 8/1/08, 7/31/14)*

**14.6.5 Disciplinary Suspension.** A postgraduate student who transfers to the certifying institution while disqualified or suspended from the previous institution for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution before the student may be eligible for competition. *(Adopted: 4/15/14, Revised: 7/31/14, 4/18/24)*

## 14.7 Additional Waivers for Eligibility Requirements. Conditions under which exceptions are permitted or waivers may be granted to specific eligibility requirements in this bylaw are noted in other sections of this bylaw. *(Revised: 11/1/07 effective 8/1/08)*

**14.7.1 Academic and General Requirements Waivers.** The Committee on Academics may waive academic eligibility requirements under the following conditions or circumstances: *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

(a) For student-athletes in times of national emergency;

(b) For member institutions that have instituted a trimester or other accelerated academic program, provided any member institution applying for a waiver shall demonstrate a reasonable need for such waiver. Further, no waiver shall be granted that permits a student-athlete to compete in more than the maximum permissible number of seasons of intercollegiate competition (see Bylaw 12.6). Under the waiver allowed, if a student in an accelerated academic program completes the requirements for a degree before completing eligibility, the student may participate in competition that begins within 90 days after completion of the requirements for the degree; and

(c) For institutions that have suffered extraordinary personnel losses from one or more of their intercollegiate athletics teams due to accident or illness of a disastrous nature.

## 14.8 Academic Performance Program.

### 14.8.1 Penalties, Rewards and Access to Postseason Competition.

**14.8.1.1 Penalties.** The Committee on Academics shall notify an institution or team when it fails to satisfy the appropriate academic standards as outlined in the academic performance program. The institution shall then apply the applicable penalty pursuant to the policies of the academic performance program. *(Adopted: 4/29/04 effective 8/1/04, Revised: 7/31/13, 8/7/14)*

**14.8.1.1.1 Determination of Penalties.** The Committee on Academics shall apply multiple levels of analysis when identifying those institutions or teams that fail to satisfy the academic performance program. The Committee on Academics shall publish annually to the membership the standards for determining unsatisfactory performance under

the academic performance program. An institution or team may be required to apply penalties for failing to meet the identified review factors, as determined by the committee's policies and procedures. *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/6/09, 7/31/13, 8/7/14)*

**14.8.1.1.2 Appeal Opportunity.** An institution or team may appeal the application of penalties to the Committee on Academics, as specified by the committee's policies and procedures. *(Adopted: 6/29/16)*

**14.8.1.1.3 Monitoring Period.** An institution or team that receives penalties must satisfy the identified review factors, as determined by the committee's policies and procedures, for three consecutive years before it is released from being subject to additional penalties. *(Adopted: 6/29/16)*

**14.8.1.2 Access to Postseason Competition.** An institution or team that fails to satisfy the academic performance program shall be ineligible for any postseason competition, as specified in the policies and procedures of the academic performance program. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13)*

**14.8.1.2.1 Determining Access to Postseason Competition.** The Committee on Academics shall apply multiple levels of analysis to identify institutions or teams that are ineligible for postseason competition. The Committee on Academics shall publish annually to the membership the standards for determining ineligibility for postseason competition under the academic performance program. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13, 8/7/14)*

**14.8.1.2.2 Individual Sports.** A student-athlete who is a member of an individual sport team (see Bylaw 17.02.20.2) that is ineligible for postseason competition pursuant to Bylaw 14.8.1.2 shall not participate in postseason competition, including NCAA championships, as an individual (see Bylaw 14.4). *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13)*

**14.8.1.2.3 Appeal Opportunity.** An institution or team may appeal the application of postseason ineligibility to the Committee on Academics, as specified in the committee's policies and procedures. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13, 8/7/14)*

**14.8.2 Appeal Procedures.** An institution or team subject to penalty (or penalties) due to its failure to satisfy the appropriate standards of the academic performance program may appeal the application of such penalty (or penalties) to the Committee on Academics, as specified by the committee's policies and procedures. *(Adopted: 4/29/04, Revised: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, 7/31/13, 8/7/14)*

**14.8.2.1 Authority and Duties of Committee.** The Committee on Academics shall act on appeals from institutions or teams subject to penalty (or penalties) pursuant to the legislation and the standards and procedures of the academic performance program published to the membership on an annual basis. The committee's determination shall be final, binding and conclusive and shall not be subject to further review by any other authority unless otherwise specified in this bylaw. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

**14.8.3 Establishment and Revision of Academic Performance Policies and Procedures.**

**14.8.3.1 Amendment of Policies and Procedures.** The Committee on Academics may establish or amend the policies and procedures of the academic performance program. The Board of Directors, at its discretion, may review, amend and/or act on any academic performance program policy adopted by the Committee on Academics. *(Revised: 11/1/07 effective 8/1/08, 7/31/13, 8/7/14, 11/5/14)*

**14.8.3.1.1 Notification to Membership.** The Committee on Academics shall notify the membership of any changes to the policies and procedures of the academic performance program. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

**14.8.4 Institutional Staff Member Responsibility -- Academic Performance Program.** An institutional staff member shall not knowingly submit erroneous material information to the academic performance program. *(Adopted: 4/28/16 effective 8/1/16)*

# 14.9 Academic Integrity.

**14.9.1 General Principle.** All institutional staff members and student-athletes are expected to act with honesty and integrity in all academic matters. *(Adopted: 10/27/21)*

**14.9.2 Definitions.**

**14.9.2.1 Institutional Staff Member.** For purposes of Bylaw 14.9, an institutional staff member is any individual, excluding a student employee, who performs work for the institution or the athletics department, regardless of whether the individual receives compensation for such work. *(Adopted: 10/27/21)*

**14.9.2.1.1 Student Employee.** For purposes of Bylaw 14.9, a student employee is an institutional staff member if: *(Adopted: 10/27/21)*

  (a) The individual has institutional responsibilities to provide academic services to student-athletes; or

  (b) The individual engages in an academic integrity violation at the direction of a nonstudent employee, a student employee who has institutional responsibilities to provide academic services to student-athletes or a representative of the institution's athletics interests.

**14.9.3 Preenrollment Academic Integrity.** A prospective student-athlete, student-athlete, representative of an institution's athletics interests or a current or former institutional staff member shall not: *(Adopted: 10/27/21)*

(a) Arrange for a false or inaccurate academic record (e.g., courses, grades, credits, transcripts, test scores) for a prospective student-athlete; or

(b) Provide false, inaccurate or incomplete information to the NCAA or an institution regarding a prospective student-athlete's academic record.

**14.9.4 Post-Enrollment Academic Integrity.**

**14.9.4.1 Policies and Procedures, Investigation and Adjudication.** An institution must: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) Have written institutional policies and procedures regarding violations or breaches of an institutional policy regarding academic honesty or integrity applicable to the general student body, including student-athletes. The policies and procedures must be approved through the institution's normal process for approving such policies and must be kept on file or be accessible on the institution's website; and

(b) Investigate and adjudicate an alleged violation or breach of an institutional policy regarding academic honesty or integrity in accordance with established policies .

**14.9.4.1.1 Expedited Review.** An institution may establish a policy that permits an expedited investigation and adjudication of an alleged academic violation by a student-athlete, provided other applicable policies and procedures are observed and the policy for expedited review is approved through the institution's normal process for approving such policies and is approved by the institution's president or chancellor (or designee). Further, the policy that permits an expedited review must be kept on file or must be accessible on the institution's website. *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

**14.9.4.2 Prohibited Conduct -- Student-Athlete.** A student-athlete shall not be involved in a violation or breach of an institutional policy regarding academic honesty or integrity: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) Involving the alteration or falsification of a student-athlete's transcript or academic record;

(b) Involving a current or former institutional staff member or representative of an institution's athletics interests; or

(c) Without the involvement of a current or former institutional staff member or representative of an institution's athletics interests, that results in:

  (1) An erroneous declaration of eligibility to participate in intercollegiate athletics and the student-athlete subsequently competes for the institution while ineligible;

  (2) An erroneous declaration of eligibility to receive financial aid and the student-athlete subsequently receives financial aid while ineligible; or

  (3) The erroneous awarding of an Academic Progress Rate point.

**14.9.4.3 Prohibited Conduct -- Institutional Staff Member or Representative of Athletics Interests.** A current or former institutional staff member or a representative of an institution's athletics interests shall not be involved (with or without the knowledge of the student-athlete) in: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) A violation or breach of an institutional policy regarding academic honesty or integrity related to a student-athlete;

(b) The alteration or falsification of a student-athlete's transcript or academic record; or

(c) The provision of academic assistance or an exception that is not otherwise permissible pursuant to Bylaw 16.3, is not generally available to the institution's students and results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics, receive financial aid, or earn an Academic Progress Rate point.

**14.9.4.3.1 Application.** If an institution determines, pursuant to its policies and procedures, that conduct violates an institutional policy regarding academic honesty or integrity, a violation of Bylaw 14.9.4.3-(c) shall not be cited by the institution or through an enforcement investigation. If an institution determines, pursuant to its policies and

procedures, that conduct does not violate an institutional policy regarding academic honesty or integrity, the conduct in question may still constitute a violation of Bylaw 14.9.4.3-(c). *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

**FIGURE 14-1**
**Initial Eligibility**

How NCAA legislation (Bylaw 14.3) affects student-athletes during their initial year of college attendance.

| Are they eligible for... | Qualifier | Academic Redshirt | Nonqualifier |
|---|---|---|---|
| Academic/tutoring services | Yes | Yes | Yes |
| Competition | Yes | No | No |
| Complimentary admissions<br>One for self; all regular-season home athletics contests | Yes | Yes | Yes |
| Four complimentary admissions; home or away contests in the student-athlete's sport | Yes | Yes (home contests only | No |
| Conditioning program (including workout apparel) | Yes | Yes | Yes (supervised only by institution's strength coach or trainer for safety purposes) |
| Drug-rehabilitation expenses | Yes | Yes | Yes |
| Financial aid | | | |
| Regular term | Yes | Yes | Yes (aid must be based on financial need and may not be from an athletics source) |
| Summer-orientation program (subject to the conditions of Bylaws 15.2.7.1.3 and 15.2.7.1.4) | Yes | Yes | Yes |
| Summer school prior to initial year (subject to the conditions of Bylaws 15.2.7.1.3 and 15.2..1.4) | Yes | Yes | Yes |
| Training table | Yes | Yes | No (unless student-athlete pays full cost) |
| Institutional awards<br>Banquets—expenses/meals | Yes | Yes | No |
| Insurance, athletics medical | Yes | Yes | Yes |
| Occasional home meal | Yes | Yes | Yes |
| Outside competition (basketball) | | | |
| During the season | No (except intramurals) | No (except intramurals) | No (except intramurals) |
| During remainder of the academic year (other than during the season) | No (except intramurals) | No (except intramurals) | No (except intramurals) |
| Summer after initial academic year | Yes (only in approved summer league) | Yes (only in approved summer league) | Yes (only in approved summer league) |

| Are they eligible for... | Qualifier | Academic Redshirt | Nonqualifier |
|---|---|---|---|
| Outside competition (sports other than basketball) | | | |
|     During the season | No (except intramurals and individual competition) | No (except intramurals and individual competition) | No (except intramurals and individual competition) |
|     During remainder of the academic year (other than during the season) | No (except intramurals and individual competition) | No (except intramurals and individual competition) | No (except intramurals and individual competition) |
|     Summer after initial academic year | Yes | Yes | Yes |
|     Tryouts for outside team | Yes | Yes | Yes |
| Practice | Yes | Yes (on campus during first term)* | No |
| Promotional activities that do not involve countable athletically related activities | Yes | Yes | Yes |
| Promotional activities that involve countable athletically related activities (e.g., midnight madness) | Yes | Yes (on campus during first term)* | No |
| Promotional materials, inclusion of photos in media guide, game programs, brochures, etc. | Yes | Yes | Yes |
| Rehabilitation expenses (postsurgical) for injury unrelated to athletics participation | Yes | Yes | Yes |
| Student host | Yes | No | No |
| Surgical expenses for injury during voluntary workout | Yes | Yes | Yes |
| Team manager | Yes | No | No |
| Team travel | Yes | No | No |
| Training-room facilities (in conjunction with weight-training program) | Yes | Yes | Yes |
| Weight training | Yes | Yes | Yes (supervised only by institution's strength coach or trainer for safety purposes) |

* Must successfully complete nine semester or eight quarter hours of academic credit during each applicable regular academic term of the initial year of residence in order to be eligible for practice in the immediately subsequent term of the initial year of residence.



**FIGURE 14-2**
Academic Integrity Analysis